JS 44
(Rev 07/89)

United States District Court
Southern District of Texas
FILED

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

SEP. 0 6 2000

Michael N. Milby
Clerk of Court

## I (a) PLAINTIFFS

Darwin Bishop

*Receipt 114174*

## DEFENDANTS

Union Standard Insurance Company

B-00-138

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Cameron__
(EXCEPT IN U S PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __Oklahoma__
(IN U S PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
R. W. Armstrong
R.W. Armstrong & Associates
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
(956) 546-5556

ATTORNEYS (IF KNOWN)
Carla M. Saenz
Griffith, Saenz & Hill, L.L.P.
100 Savannah Avenue, Suite 620
McAllen, Texas 78503
(956) 971-9446

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U S Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. Section 1441 and 28 U.S.C. 1332

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl Ret Inc. Security Act | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE
Sept 5, 2000

SIGNATURE OF ATTORNEY OF RECORD
*Carla M Saenz*

UNITED STATES DISTRICT COURT

# ORIGINAL

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

**JURY**

United States District Court
Southern District of Texas
FILED

**SEP - 6 2000**

Michael N. Milby
Clerk of Court.

| | | |
|---|---|---|
| DARWIN BISHOP | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. **B-00-138** |
| vs. | § | |
| | § | |
| UNION STANDARD INSURANCE | § | |
| COMPANY | § | |
| *Defendant* | § | |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES **UNION STANDARD INSURANCE COMPANY**, Defendant in the above

numbered and styled cause and files this its Notice of Removal, and in support would show:

### I.

**UNION STANDARD INSURANCE COMPANY** is the defendant in a civil action filed

on August 7, 2000, in the 357th Judicial District Court of Cameron County, Texas, entitled

*Darwin Bishop vs. Union Standard Insurance Company*, Cause No. 2000-08-3247-E.  A copy

of the citation, original petition, answer of this defendant, and notice of removal are attached and

constitute all process, pleadings, and orders served in the action.  Also filed simultaneously with

this notice of removal is an Index of Matters Filed and a list of Attorneys in Charge.

### II.

The citation issued to **UNION STANDARD INSURANCE COMPANY** and petition in

this action were served upon William Clark Thornton, on August 7, 2000, in Irving, Texas.

Defendant's Notice of Removal                                                                                    1

Defendant **UNION STANDARD INSURANCE COMPANY'S** notice of removal is filed within thirty days of receipt of the petition and is timely filed under 28 U.S.C. § 1446(b).

## III.

The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that defendant is now and was at the time the action was commenced a foreign corporation with corporate headquarters in Oklahoma City, Oklahoma. Defendant **UNION STANDARD INSURANCE COMPANY** is not incorporated in the State of Texas.  At the time this action was commenced, defendant **UNION STANDARD INSURANCE COMPANY** was, and still is, a foreign corporation with corporate headquarters in Oklahoma City, Oklahoma.

## IV.

Should plaintiff prevail on the claim against defendant as stated in the Plaintiff's Original Petition, attached to this notice, plaintiff's damages are believed to be in excess of Seventy Five Thousand Dollars ($75,000.00).

## V.

Removal of this action is proper under 28 U.S.C. § 1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. § 1332 because the plaintiff and defendant are diverse in citizenship.

WHEREFORE, **UNION STANDARD INSURANCE COMPANY**, Defendant in this action, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. s 1446, removes this action for trial from the 357th Judicial District Court of Cameron County, Texas, on this the 6th day of September, 2000.

Respectfully submitted,

**GRIFFITH, SAENZ & HILL, L.L.P.**
One Park Place - Suite 620
100 Savannah Avenue
McAllen, Texas  78503
(956) 971-9446
(956) 971-9451 fax


BY: _____
CARLA M. SAENZ
Texas Bar No. 17514595
Federal Id. No. 7994

**ATTORNEY FOR DEFENDANT,**
**UNION STANDARD INSURANCE COMPANY**

CMPDF - www.fasiio.com

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been sent on this _6th_ day of September, 2000, to all counsel of record, to wit:

Mr. R. W. Armstrong
**R.W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

*Attorney for Plaintiff*

_____
CARLA M. SAENZ

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

**JURY**

| | | |
|---|---|---|
| **DARWIN BISHOP** | § | |
| *Plaintiff* | § | |
| | § | |
| **VS.** | § | CIVIL ACTION NO. **B-00 - 1 3 8** |
| | § | |
| **UNION STANDARD INSURANCE** | § | |
| **COMPANY** | § | |
| *Defendant* | § | |

**INDEX OF PLEADINGS BEING FILED**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **UNION STANDARD INSURANCE COMPANY,** and files this its Index of Pleadings filed in Cause No. 2000-08-3247-E in the 357th Judicial District Court, Cameron County, Texas and in the United States District Court for the Southern District of Texas, Brownsville Division.

1.    Civil Cover Sheet.

2.    Defendant's Notice of Removal (State Court).

3.    Defendant's Notice of Counsel of Filing Notice of Removal.

4.    Plaintiff's Original Petition.

5.    Citation issued to Defendant Union Standard Insurance Company by serving its registered agent, William Clark Thornton, via personal service.

6.    Copy of Return received on citation issued to Defendant Union Standard Insurance Company by serving its registered agent, William Clark Thornton, via personal service

served on August 7, 2000.

7.   Defendant's, Union Standard Insurance Company, First Original Answer to Plaintiff's

Original Petition.

8.   Defendant's Notice of Removal (Federal Court).

9.   Civil Docket Sheet.

10.  List of Counsel of Record.

Respectfully submitted,

**GRIFFITH, SAENZ & HILL, L.L.P.**
One Park Place - Suite 620
100 Savannah Avenue
McAllen, Texas  78503
(956) 971-9446
(956) 971-9451 fax


BY:  _Carla M Saenz_
     CARLA M. SAENZ
     Texas Bar No. 17514595
     Federal Id. No. 7994

**ATTORNEY FOR DEFENDANT,**
**UNION STANDARD INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been sent on this ___6th___ day of September, 2000, to all counsel of record, to wit:


Mr. R. W. Armstrong
**R.W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

*Attorney for Plaintiff*


_____
CARLA M. SAENZ

JS 44
(Rev 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Darwin Bishop

## DEFENDANTS

Union Standard Insurance Company

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Cameron__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __Oklahoma__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
R. W. Armstrong
R.W. Armstrong & Associates
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
(956) 546-5556

ATTORNEYS (IF KNOWN)
Carla M. Saenz
Griffith, Saenz & Hill, L.L.P.
100 Savannah Avenue, Suite 620
McAllen, Texas 78503
(956) 971-9446

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. Section 1441 and 28 U.S.C. 1332

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt Relations | ☐ 863 DWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl Ret Inc Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE Sept. 5, 2000

SIGNATURE OF ATTORNEY OF RECORD Carla M Saenz

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### JURY

| | | |
|---|---|---|
| **DARWIN BISHOP** | § | |
| *Plaintiff* | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **UNION STANDARD INSURANCE** | § | |
| **COMPANY** | § | |
| *Defendant* | § | |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES **UNION STANDARD INSURANCE COMPANY**, Defendant in the above numbered and styled cause and files this its Notice of Removal, and in support would show:

### I.

**UNION STANDARD INSURANCE COMPANY** is the defendant in a civil action filed on August 7, 2000, in the 357th Judicial District Court of Cameron County, Texas, entitled *Darwin Bishop vs. Union Standard Insurance Company*, Cause No. 2000-08-3247-E. A copy of the citation, original petition, answer of this defendant, and notice of removal are attached and constitute all process, pleadings, and orders served in the action. Also filed simultaneously with this notice of removal is an Index of Matters Filed and a list of Attorneys in Charge.

### II.

The citation issued to **UNION STANDARD INSURANCE COMPANY** and petition in this action were served upon William Clark Thornton, on August 7, 2000, in Irving, Texas.

Defendant's Notice of Removal                                                                                          1

Defendant **UNION STANDARD INSURANCE COMPANY'S** notice of removal is filed within thirty days of receipt of the petition and is timely filed under 28 U.S.C. § 1446(b).

### III.

The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that defendant is now and was at the time the action was commenced a foreign corporation with corporate headquarters in Oklahoma City, Oklahoma. Defendant **UNION STANDARD INSURANCE COMPANY** is not incorporated in the State of Texas. At the time this action was commenced, defendant **UNION STANDARD INSURANCE COMPANY** was, and still is, a foreign corporation with corporate headquarters in Oklahoma City, Oklahoma.

### IV.

Should plaintiff prevail on the claim against defendant as stated in the Plaintiff's Original Petition, attached to this notice, plaintiff's damages are believed to be in excess of Seventy Five Thousand Dollars ($75,000.00).

### V.

Removal of this action is proper under 28 U.S.C. § 1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. § 1332 because the plaintiff and defendant are diverse in citizenship.

WHEREFORE, **UNION STANDARD INSURANCE COMPANY**, Defendant in this action, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. s 1446, removes this action for trial from the 357th Judicial District Court of Cameron County, Texas, on this the 6th day of September, 2000.

Defendant's Notice of Removal                                                                                         2

Respectfully submitted,

**GRIFFITH, SAENZ & HILL, L.L.P.**
One Park Place - Suite 620
100 Savannah Avenue
McAllen, Texas  78503
(956) 971-9446
(956) 971-9451 fax


BY: _Carla M Saenz_
      CARLA M. SAENZ
      Texas Bar No. 17514595
      Federal Id. No. 7994

**ATTORNEY FOR DEFENDANT,
UNION STANDARD INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been sent on this _6th_ day of September, 2000, to all counsel of record, *to wit*:

Mr. R. W. Armstrong
**R.W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

*Attorney for Plaintiff*

_____
CARLA M. SAENZ

Defendant's Notice of Removal                                         4

## CAUSE NO. 2000-08-3247-E

| | | |
|---|---|---|
| DARWIN BISHOP | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| UNION STANDARD INSURANCE | § | |
| COMPANY | § | 357TH JUDICIAL DISTRICT |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **UNION STANDARD INSURANCE COMPANY**, Defendant in the above

numbered and styled cáuse and files this its Notice of Removal, and in support would show:

### I.

Union Standard Insurance Company is the defendant in a civil action filed on August 7,

2000, in this Court.

### II.

The citation issued to Union Standard Insurance Company and petition in this action were

served upon on William Clark Thornton, on August 7, 2000, in Irving, Texas.

### III.

The district courts of the United States have original jurisdiction over this action based on

diversity of citizenship among the parties, in that defendant is now and was at the time the action

was commenced a citizen of a foreign state. Union Standard Insurance Company, defendant in

this action, pursuant to these statutes and in conformance with the requirements set forth in 28

U.S.C. § 1446, removes this action for trial from the 357th Judicial District Court of Cameron

County, Texas, on this the _6th_ day of September, 2000.

Defendant's Notice of Removal                                                                 1

Respectfully submitted,

**GRIFFITH, SAENZ & HILL, L.L.P.**
One Park Place - Suite 620
100 Savannah Avenue
McAllen, Texas 78504
(956) 971-9446 Telephone
(956) 971-9451 Facsimile


BY: _____
        CARLA M. SAENZ
        State Bar No. 17514595
        **ATTORNEYS FOR DEFENDANT,**
        **UNION STANDARD INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been

sent on this _6th_ day of September, 2000, to all counsel of record, to wit:


Mr. R. W. Armstrong
**R.W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

*Attorney for Plaintiff*




_Carla M Saenz_
CARLA M. SAENZ

Defendant's Notice of Removal                                         3

## CAUSE NO. 2000-08-3247-E

| | | |
|---|---|---|
| DARWIN BISHOP | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| UNION STANDARD INSURANCE | § | |
| COMPANY | § | 357TH JUDICIAL DISTRICT |

## DEFENDANT'S, UNION STANDARD INSURANCE COMPANY NOTICE TO COUNSEL OF FILING OF REMOVAL

TO:   Plaintiff, Darwin Bishop, by and through his attorney of record:

Mr. R. W. Armstrong
**R.W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

Please take notice that **UNION STANDARD INSURANCE COMPANY**, Defendant in the above-entitled action, has this date filed its Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court, for the Southern District of Texas, Brownsville, Texas.

You are also advised that Defendant **UNION STANDARD INSURANCE COMPANY**, upon filing its Notice of Removal, filed a copy of this Notice with the District Court of Cameron County, Texas.

Defendant's Notice to Counsel of Filing of Removal                                                 1

Respectfully submitted,

**GRIFFITH, SAENZ & HILL, L.L.P.**
One Park Place - Suite 620
100 Savannah Avenue
McAllen, Texas 78504
(956) 971-9446 Telephone
(956) 971-9451 Facsimile


BY: _____
        CARLA M. SAENZ
        State Bar No. 17514595
        **ATTORNEYS FOR DEFENDANT,
        UNION STANDARD INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been sent on this _6th_ day of September, 2000, to all counsel of record, to wit:

Mr. R. W. Armstrong
**R.W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

*Attorney for Plaintiff*

CARLA M. SAENZ

Defendant's Notice to Counsel of Filing of Removal                                                3

FILED _9:10_ O'CLOCK _P_ M
AURORA DE LA GARZA DIST. CLERK

AUG 0 7 2000

DISTRICT COURT OF CAMERON COUNTY TEXAS

CAUSE NO. _2000-08-3247-F_

| | | |
|---|---|---|
| DARWIN BISHOP | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| | § | |
| UNION STANDARD INSURANCE | § | 357th JUDICIAL DISTRICT |
| COMPANY | § | |

===============================================================

## PLAINTIFF'S ORIGINAL PETITION

===============================================================

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, **Darwin Bishop,** and files this his Original Petition complaining of Defendant **Union Standard Insurance Company**. Pursuant to Texas Rules of Civil Procedure, Rule 190.3, Plaintiff alleges discovery is intended to be conducted under Level 2. For cause of action, Plaintiff, **Darwin Bishop**, would respectfully show the Court and Jury the following:

### I.

### PARTIES

Plaintiff **Darwin Bishop** is an individual residing in Cameron County, Texas. Defendant **Union Standard Insurance Company** (hereinafter referred to as "Union Standard") is a foreign corporation with corporate headquarters in Oklahoma City, Oklahoma. Defendant is licensed to conduct business in the State of Texas, with its principal place of business in Irving, Texas, and may be served through its registered agent for process, Mr.

File server/petition/bishop, d, #99-219

William Clark Thornton, 122 West Carpenter Freeway, Suite 350, Irving, Texas 7039-2008.

## II.

## <u>VENUE</u>

Venue is proper in Cameron County, pursuant to Tex. Civ. Prac. & Rem. Code §§ 15.001, 15.002, as all or a substantial portion of the events giving rise to this cause of action took place in Cameron County.

## III.

## <u>FACTS</u>

Plaintiff is the owner of certain valuable antique objects (hereinafter, "property"), which had a fair market value of over $57,000.00 on March 12, 1997. On that date, the property was stolen by unknown persons from Plaintiff's residence at 2419 East Washington, Harlingen, Texas, and never recovered by Plaintiff. The property was covered by an insurance policy, policy number HP5619958-20, sold to Plaintiff by Defendant **Union Standard**. This policy had a maximum limit of $57,000.00. Defendant **Union Standard** failed to reasonably investigate or to effectuate a prompt, reasonable, or equitable settlement of Plaintiff's claim of loss. Defendant only offered Plaintiff $10,000.00 on the claim.

## IV.

## <u>CAUSES OF ACTION AGAINST DEFENDANT UNION STANDARD:</u>

### a. <u>TEXAS INSURANCE CODE</u>

Plaintiff would show that Defendant **Union Standard**, the insurer of the property in question, failed to effectuate a

File server/petition/bishop, d, #99-219

prompt, fair, and equitable settlement of Plaintiff's claim of loss, when **Union Standard**'s liability was reasonably clear. All conditions precedent to **Union Standard**'s liability on the insurance policy in question have occurred. Defendant **Union Standard** also failed to affirm within a reasonable time whether Plaintiff's claim would be affirmed or denied. Such acts by Defendant **Union Standard** are in violation of Texas Insurance Code, Article 21.21 (West 1998) Sec. 4 (10)(a)(ii), and Sec. 4 (10)(a)(v)(A), and Art. 21.21-2 Sec. 2(b)(4), and were knowingly committed by Defendant **Union Standard**. Defendant **Union Standard** also made, published, disseminated, and circulated advertisements, circulars, and/or statements which misrepresented the terms of the policy issued to Plaintiff, or the benefits promised thereby, and misrepresented material facts or policy provisions in violation of Art. 21.21 Sec. 4(1), and (10)(a)(i) and Art. 21.21-2 Sec. 2(b)(1). Defendant **Union Standard** also failed to make a reasonable investigation of Plaintiff's claim, prior to refusing it, in violation of Art. 21.21 Sec. 4(10)(a)(viii).

### b. DTPA

Plaintiff would show that Defendant **Union Standard** has knowingly violated the Texas Deceptive Trade Practices Act, Business and Commerce Code § 17.01 et seq., (West 1998) in the following particulars:

a) Citing policy exclusions that do not apply, or exclusions that are at best ambiguous, in violation of DTPA § 17.46(b)(5) and (12).

File server/petition/bishop, d, #99-219

b) Misrepresenting that if Plaintiff suffered a loss, Defendant **Union Standard** would cover the loss, in violation of DTPA § 17.46(b)(5) and (12).

c) Defendant **Union Standard**'s agents and employees unconscionably denied Plaintiff's claims by taking advantage of Plaintiff's lack of knowledge, ability, and experience to a grossly unfair degree, in violation of DTPA § 17.50(a)(3).

d) Defendant engaged in unfair practices in the insurance business in violation of DTPA § 17.50(a)(4).

Plaintiff seeks recovery for these unfair business practices Defendant has knowingly engaged in.

### c. <u>NEGLIGENCE</u>

Alternatively, Plaintiff would claim that Defendant **Union Standard** failed to exercise due care when processing, investigating, and denying Plaintiff's claim. Such lack of due care constitutes negligence, for which Plaintiff seeks recovery herein.

### d. <u>FRAUD</u>

Defendant **Union Standard** committed common law fraud by making material representations to Plaintiff about the coverage it offered Plaintiff in the insurance policy in question. These representations were made as positive assertions with the intention that Plaintiff act upon them, and Plaintiff did in fact rely upon them to Plaintiff's detriment. Plaintiff seeks recovery herein for the damages it has suffered as a result of this reliance.

File server/petition/bishop, d, #99-219

### e.   **BREACH OF CONTRACT**

Defendant **Union Standard** breached its contract with Plaintiff in the following particulars:

a) Failing to reasonably and promptly settle Plaintiff's claim when Defendant **Union Standard**'s liability on the contract was reasonably clear.

b) Failing to conduct a reasonable investigation of Plaintiff's claim.

c) Failing to inform Plaintiff within a reasonable time whether its claim was to be denied or not.

All conditions precedent to Defendant **Union Standard**'s liability on the contract have occurred. Plaintiff made all required premium payments on the contract, and the contract had not been modified, altered, or rescinded as to any material portion by any party thereto.

### V.

### DAMAGES

The fair market value of the property at the time of loss was at least $57,000.00. The policy, which covered the property in question, had a limit of $100,000.00. Plaintiff is seeking to recover $57,000.00 from Defendant, along with attorney's fees, the aggregate amount does not exceed $74,500. Plaintiff is also entitled to court costs and reasonable and necessary attorney's fees under these provisions.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendant be cited to appear and answer and that on final trial of this cause, Plaintiff have the following:

File server/petition/bishop, d, #99-219

-5-

a.   Judgment against Defendant **Union Standard Insurance Company** for a sum in the amount of $74,500.00, which includes prejudgment interest, attorney fees; and

b.   Such other and further relief to which Plaintiff may be justly entitled to receive.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas  78521
Telephone: (956) 546-5556
Telecopier:(956) 546-0470


R. W. Armstrong
TBA 01323500

**ATTORNEY FOR PLAINTIFF**

Case 1:00-cv-00138   Document 1   Filed in TXSD on 09/06/2000   Page 26 of 35

Citation for Personal Service – NON-RESIDENT NOTICE     Lit. Seq. # 5.002.01

No. 2000-08-003247-E

T H E     S T A T E     O F     T E X A S     **ORIGINAL**

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: UNION STANDARD INSURANCE COMPANY
BY SERVING ITS REGISTERED
AGENT, MR. WILLIAM CLARK
THORNTON, 122 W. CARPENTER FRWY
SUITE 350, IRVING, TX.

the        DEFENDANT        , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 357th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said        PETITION        was filed on AUGUST 07, 2000 . A copy of same accompanies this citation.

The file number of said suit being No. 2000-08-003247-E.

The style of the case is:

DARWIN BISHOP
VS.
UNION STANDARD INSURANCE COMPANY

Said petition was filed in said court by _____ HON. RON ARMSTRONG _____
(Attorney for        PLAINTIFF        ), whose address is
2600 OLD ALICE ROAD, SUITE A     BROWNSVILLE TX  78521                    .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the  7th  day of  AUGUST , A.D. 2000.

AURORA DE LA GARZA    , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By: _____ , Deputy

Case 1:00-cv-00138   Document 1   Filed in TXSD on 09/06/2000   Page 27 of 35

# OFFICERS RETURN OF SERVICE

ORIGINAL

CASE # 200008003247

DARWIN BISHOP

COURT 357
Clt. Ref.#

Clt.#    7172

VS

UNION STANDARD INSURANCE CO.

The documents came to our hand for service on 08/12/00  Time: 12:15:18

Documents received for service:

**CITATION; PLAINTIFF'S ORIGINAL PETITION**

The documents were delivered on 08/15/00  Time: 10:25:00

Executed at: 122 J.W. Carpenter Frwy.W.#350
             Irving, TX 75062

```
FILED 2:45 O'CLOCK ___ .M
AURORA OF   GARZA DIST. CLERK
       SEP - 1 2000
DISTRICT COURT OF CAMERON COUNTY, TEXAS
0042        DEPUTY
```

to the following: **Union Standard Insurance Company**
                   **By Delivering To Its' President, Craig Sparks**

____ PERSONALLY delivering the document to the person above.
____ SUBSTITUTE SERVICE per Order by delivering to _____ in person
who is sixteen (16) years of age or older, at the above listed address which is the
usual place of abode/business of the above named person.
____ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____

Witness Fee Tendered: _____

STATE OF TEXAS}

Dwight Mullen
Professional Civil Process Dallas, Inc.
714 Jackson St., Suite 930
Dallas, Texas 75202

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct.  Given my hand and seal of office this ___ day of ____ 2000.

PCP Inv.# D0800 259

NOTARY PUBLIC SIGNATURE

```
PETER S. ARMSTRONG
MY COMMISSION EXPIRES
April 16, 2003
```

<u>CAUSE NO. 2000-08-3247-E</u>

| | | |
|---|---|---|
| DARWIN BISHOP | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| UNION STANDARD INSURANCE | § | |
| COMPANY | § | 357TH JUDICIAL DISTRICT |

## DEFENDANT UNION STANDARD INSURANCE COMPANY'S
## FIRST ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **UNION STANDARD INSURANCE COMPANY**, Defendant in the above-styled and numbered cause of action and files this its Original Answer to Plaintiff's, **DARWIN BISHOP'S**, Original Petition, as filed in said cause, and for such Answer, would respectfully show unto the Court the following:

### I.

Defendant, **UNION STANDARD INSURANCE COMPANY**, generally denies the allegations contained in Plaintiff's Original Petition, each and every, all and singular, general and specific, and upon this denial demand a strict trial of the issues before the Court and to the jury.

### II.

#### Affirmative Defenses

2.01    Defendant would contend that Plaintiff's cause of action is barred by the statute of limitations, pursuant to Section 16.004 of the Texas Civil Practice & Remedies Code.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, **UNION STANDARD INSURANCE COMPANY**, prays that upon final hearing hereof, Plaintiff, **DARWIN BISHOP** recovers nothing from this suit; that Defendant, **UNION STANDARD INSURANCE COMPANY**, recover costs, expenses and fees; and for such other and further relief, general and special, both at law and in equity, to which this Defendant may be justly entitled.

Respectfully submitted,

**GRIFFITH, SAENZ & HILL, L.L.P.**
One Park Place - Suite 620
100 Savannah Avenue
McAllen, Texas 78504
(956) 971-9446 Telephone
(956) 971-9451 Facsimile


BY: _____
CARLA M. SAENZ
State Bar No. 17514595
**ATTORNEYS FOR DEFENDANT,
UNION STANDARD INSURANCE COMPANY**

# CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been

sent on this _21st_ day of August, 2000, to all counsel of record, to wit:

Mr. R. W. Armstrong
**R.W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

*Attorney for Plaintiffs*

_____
CARLA M. SAENZ

Case 1:00-cv-00138   Document 1   Filed in TXSD on 09/06/2000   Page 31 of 35

* * * * * C L E R K ' S   E N T R I E S * * * *

00002401
HON. RON ARMSTRONG
2600 OLD ALICE ROAD, SUITE A
BROWNSVILLE TX    78521 0000

(06)    DECEPTIVE TRADE PRACTICE

08    07    00

08/07/00    ORIGINAL PETITION FILED
08/07/00    CITATION: UNION STANDARD INSURANCE
            COMPANY
08/07/00    SERVED:

[SHOP

JRANCE COMPANY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

### JURY

| | | |
|---|---|---|
| **DARWIN BISHOP** | § | |
| *Plaintiff* | § | |
| | § | |
| **VS.** | § | CIVIL ACTION NO. B-00-138 |
| | § | |
| **UNION STANDARD INSURANCE** | § | |
| **COMPANY** | § | |
| *Defendant* | § | |

## LIST OF COUNSEL OF RECORD

Pursuant to Rule 3 (J) Local Rules of the United States District court for the Southern District of Texas, Defendant, **UNION STANDARD INSURANCE COMPANY**, files the List of Counsel of Record.  Counsel of Record are:

Mr. R. W. Armstrong
**R. W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
(956) 546-5556 Telephone
(956) 546-0470 Facsimile
Texas State Bar No. 01323500
*Attorney for Plaintiff, Darwin Bishop*

Ms. Carla M. Saenz
**Griffith, Saenz & Hill, L.L.P.**
One Park Place - Suite 620
100 Savannah Avenue
McAllen, Texas 78503
(956) 971-9446 Telephone
(956) 971-9451 Facsimile
*Attorney for Defendant, Union Standard Insurance Company*

List of Counsel of Record                                                          1

Respectfully submitted,

**GRIFFITH, SAENZ & HILL, L.L.P.**
One Park Place - Suite 620
100 Savannah Avenue
McAllen, Texas 78503
(956) 971-9446
(956) 971-9451 fax


BY: _____
CARLA M. SAENZ
Texas Bar No. 17514595
Federal Id. No. 7994

**ATTORNEY FOR DEFENDANT,
UNION STANDARD INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the above and foregoing document has been

sent on this _6th_ day of September, 2000, to all counsel of record, to wit:


Mr. R. W. Armstrong
**R.W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

*Attorney for Plaintiff*

_____
CARLA M. SAENZ

# UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

Darwin Bishop §
§
*versus* §  CIVIL ACTION B- **B-00-138**
Union Standard Insurance Co. §
§

## Order Setting Conference

1. Counsel shall appear for an initial pretrial conference:

    **January 16, 2001 at 2:30 p.m.**

    Before the Honorable Hilda G. Tagle
    United States District Judge
    Third Floor-Courtroom No. 3
    United States Courthouse
    600 E. Harrison Street, #306
    Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED

**SEP - 6 2000**

Michael N. Milby
Clerk of Court

2. Within 15 days of receiving this order, counsel must file a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations. When a group description is effective disclosure, an individual listing is not necessary. Underline the name of corporations with publicly traded securities. Counsel must promptly amend the list when parties are added or additional interested parties are identified.

3. The plaintiff must serve the defendant within 120 days of filing the complaint. The plaintiff's failure to file proof of service within that time may result in dismissal by the court on its own initiative. *See* Rule 4(m).

4. At least 14 days before the conference, counsel must file a joint case management plan with the identity and purpose of witnesses, sources and types of documents, and other requirements for a prompt and inexpensive preparation of this case for disposition by motion or trial. *See* Fed R. Civ. P. Rule 26(f).

5. The parties may agree on additional deadlines for completion of pretrial matters and bring a proposed Scheduling and Docket Control Order with them to the initial pretrial conference.

6. By the conference, counsel will have interviewed their clients and read the documents; readily available documents will have been exchanged at the plan meeting at the latest.

7. The court will set a schedule for initial preparation and may rule on motions pending or made at the conference.

8. Counsel who file or remove an action must serve a copy of this order on the other parties.

9. Counsel who appears at the conference must have authority to bind the client and must know the facts.

10. Counsel must have discussed alternative dispute resolution with their clients and each other; at the conference, the court will consider whether a method of ADR is suited to this case.

11. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of expenses.

BY THE ORDER OF THE COURT