ORIGINAL 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 1 2000

Michael N. Milby
Clerk of Court

JURY

| | | |
|---|---|---|
| DARWIN BISHOP | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-138 |
| | § | |
| UNION STANDARD INSURANCE | § | |
| COMPANY | § | |
| *Defendant* | § | |

# DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW, UNION STANDARD INSURANCE COMPANY,** Defendant in the above-styled and numbered cause and file this its Joint Disclosure of Interested Parties, and in support hereof would show this Honorable Court as follows:

**PLAINTIFFS:**

Plaintiff:
DARWIN BISHOP
P.O. Box 202
Zapata, Texas 78706.

Plaintiff's Counsel:
Mr. R.W. Armstrong
**R.W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
(956) 546-5556

DEFENDANTS:

Union Standard Insurance Company
Registered Agent:
William Clark
122 W. Carpenter Frwy, Suite 350
Irving, Texas 75039-2008.

Defendant's Counsel:

Carla M. Saenz
**Griffith, Saenz, & Hill, L.L.P.**
One Park Place - Suite 620
100 E. Savannah Avenue
McAllen, Texas 78503
(956) 971-9446 Telephone

Defendant agrees to amend this Disclosure of Interested Parties upon further discovery.

Respectfully Submitted this the 20th day of September, 2000:

Carla M. Saenz
**GRIFFITH, SAENZ & HILL, L.L.P.**
One Park Place - Suite 620
100 Savannah Avenue
McAllen, Texas  78503
(956) 971-9446
(956) 971-9451 fax

BY: _Carla M Saenz_
CARLA M. SAENZ
Texas Bar No. 17514595
Federal Id. No. 7994
**ATTORNEY FOR DEFENDANT,
UNION STANDARD INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been sent on this 20th day of September, 2000, to all counsel of record, to wit:

Mr. R. W. Armstrong                    VIA CMRRR 7099 3220 0000 0557 6094
**R.W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

*Attorney for Plaintiff*

_____
CARLA M. SAENZ

```
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
-----------------------------------------------------------------
ENTERTAINMENT BY J&J, INC.
as Broadcast Licensee of the September 13, 1997
DE LA HOYA/CAMACHO Program,

                Plaintiff,
    -against-                              CERTIFICATE OF INTERESTED
                                           PARTIES
                                           Civil Action No. B-00-135
JOSE JAIME CANO A/K/A JOSE JAIME CRUZ,
Individually and d/b/a JC'S PUB a/k/a JC'S PB &
DINER a/k/a JP'S PUB, et al.


                Defendants.
-----------------------------------------------------------------
```

**ORIGINAL**

United States District Court
Southern District of Texas
FILED

SEP 21 2000

Michael N. Milby
Clerk of Court

PURSUANT TO THE GENERAL RULES FOR UNTIED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff, ENTERTAINMENT BY J&J, INC., a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held:

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, ENTERTAINMENT BY J&J, INC.

Dated: September 18, 2000
       Ellenville, New York

ENTERTAINMENT BY J&J, INC.

By: _____
Julie Cohen Lonstein, Esq.
Attorney for Plaintiff
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY  12428
Tel: (845) 647-8500