4

United States District Court
Southern District of Texas
FILED

SEP 21 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DARWIN BISHOP §
 §
V. § CIVIL ACTION NO. B-00-138
 §
 §
UNION STANDARD INSURANCE CO. §

### PLAINTIFF DARWIN BISHOP'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **Darwin Bishop**, Plaintiff in the above styled cause and files this his Disclosure of Interested Parties and would respectfully show the Court the following:

### I.

### Disclosure of Interested Parties

To the best of Plaintiff's knowledge, the only interested parties, to date are:

a. Darwin Bishop, Plaintiff

b. Union Standard Insurance Co., Defendant.

RESPECTFULLY SUBMITTED,

R. W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone:   (956) 546-5556
Telecopier:   (956) 546-0470

_____
R. W. Armstrong
Texas State Bar No. 01323500
Federal I. D. No. 2237
**ATTORNEY FOR PLAINTIFF**

File Server:Bishop, Darwin [99-219]:D-Disclosure/parties

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2000, a true and correct copy of **Plaintiff Darwin Bishop's Disclosure of Interested Parties** was served via Fax and Certified Mail, return receipt requested, to wit:

*Certified Mail Z 258 926 750*

Ms. Carla Saenz
**GRIFFITH, SAENZ & HILL, L.L.P.**
One Park Place
100 Savannah, Suite 620
McAllen, Texas 78503

_____
R. W. Armstrong

File Server:Bishop, Darwin [99-219]:D-Disclosure/parties

-2-