

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 6 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DARWIN BISHOP | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-138 |
| | § | |
| | § | |
| UNION STANDARD INSURANCE CO. | § | |

## PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO RULE 26(a)(1)-(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Federal Rules Of Civil Procedure, Rule 26(a)(1)-(2), Plaintiff files this his Initial Disclosure:

1. **Initial Disclosures:**

(A) the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information;

Darwin Bishop
P. O. Box 202
906 Fresno Street
Zapata, Texas 78076
(956) 425-4442

Plaintiff. He has knowledge regarding items stolen at the time of the theft made the basis of this lawsuit.

Arabela G. Bishop
P. O. Box 202
906 Fresno Street
Zapata, Texas 78076
(956) 425-4442

Plaintiff's wife. She has knowledge of relevant facts relating to the incident in question.

William Green
INS Investigations, Inc.
2218 North Park Drive
Kingswood, Texas 77336
(281) 358-1061
(210) 967-6737

Investigator assigned to investigate the theft claim of Darwin Bishop. May have knowledge of relevant facts regarding the theft made the basis of this lawsuit.

Any and all Officers, Investigators, Detectives, personnel & staff of
Harlingen Police Department
And Custodian of Records
1102 S. Commerce Street
Harlingen, Texas 78550
(956) 427-8787

May have knowledge of relevant facts regarding the investigation of the theft made the basis of this lawsuit.

Joan Ethlan Santagrosse
Address unkown
Dodd City, Texas

Plaintiff's sister. She may have knowledge regarding theft made the basis of this lawsuit.

Detective Lieutenant Charles Manning
Harlingen Police Department
1102 S. Commerce Street
Harlingen, Texas 78550
(956) 427-8787

May have knowledge as to his investigation of the theft in question, causation, damages, and personal observations of the loss sustained by Plaintiff, but may be called for any purpose which is within his competence by reason of his training, experience, or personal knowledge.

Sheila M. Moss
Union Standard Insurance Company
10,000 IH-10 West, Suite 304
San Antonio, Texas 78230-3120
(210) 561-9061

Adjuster who handled Plaintiff's claim initially. May have knowledge of relevant facts relating to the alleged loss made the basis of this lawsuit.

Officer Eric Nelson
Harlingen Police Department
1102 S. Commerce Street
Harlingen, Texas 78550
(956) 427-8787

May have knowledge as to his investigation of the theft, causation, damages, and personal observations of the loss sustained by the Plaintiff, but may be called for any purpose which is within his competence by reason of his training, experience, or personal knowledge.

Any and all Representatives, personnel & staff of
Texas Agency, L.L.P.
Connelly & Bartnesky Ins.
1209 E. Harrison
Harlingen, Texas 78550

May have knowledge of the theft made the basis of this lawsuit.

Any and all owners, managers, personnel & staff of
Bull Rider, Western Wear
1606 S. 77
Harlingen, Texas 78550
(956) 425-7291

May have knowledge of the cost of clothing allegedly stolen at the time of the theft made the basis of this lawsuit.

Steve Titus
Ace Engine Rebuilders (work address)
1323 W. Tyler
Harlingen, Texas 78550

(956) 412-1223

Witness. May have knowledge of relevant facts regarding the theft made the basis of this lawsuit.

Officer Richard Turner
Harlingen Police Department
1102 S. Commerce Street
Harlingen, Texas 78550
(956) 427-8787

May have knowledge as to his investigation of the theft, causation, damages, and personal observations of the loss sustained by the Plaintiff, but may be called for any purpose which is within his competence by reason of his training, experience, or personal knowledge.

Any and all representatives, adjusters, personnel & staff of
Union Standard Insurance Company
122 W. Carpenter Freeway, Suite 350
Irving, Texas 75039-2008

May have knowledge regarding the investigation and claim handling regarding the theft made the basis of this lawsuit.

Patrol Division Captain Vasquez
Harlingen Police Department
1102 S. Commerce Street
Harlingen, Texas 78550
(956) 427-8787

May have knowledge as to his investigation of the theft, causation, damages, and personal observations of the loss sustained by the Plaintiff, but may be called for any purpose which is within his competence by reason of his training, experience, or personal knowledge.

Don Woods
Address unknown

May have knowledge of the theft made the basis of this lawsuit.

(B) a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings;

**RESPONSE**: Attached as Exhibit "A" is copy of the Officer's Offense Report. No other documents are in this party's possession at this time. Plaintiff reserves the right to supplement after further discovery is completed.

(C) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

**RESPONSE**:

Damages are listed in the itemized inventory which was previously provided to Defendant. Plaintiff will provide an additional inventory should Defendant request it.

(D) for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE**:

Defendant is in possession of the insurance agreement.

(2) **Disclosure of Expert Testimony**

A. In addition to the disclosures required by paragraph (1), a party shall disclose to other parties the identity of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

**RESPONSE**:

No experts have been retained at this time. Plaintiff anticipates calling the following as experts:

Any and all Officers, Investigators, Detectives, personnel & staff of
Harlingen Police Department
And Custodian of Records
1102 S. Commerce Street
Harlingen, Texas 78550
(956) 427-8787

Detective Lieutenant Charles Manning
Harlingen Police Department
1102 S. Commerce Street
Harlingen, Texas 78550
(956) 427-8787

Officer Eric Nelson
Harlingen Police Department
1102 S. Commerce Street
Harlingen, Texas 78550
(956) 427-8787

Patrol Division Captain Vasquez
Harlingen Police Department
1102 S. Commerce Street
Harlingen, Texas 78550
(956) 427-8787

Officer Richard Turner
Harlingen Police Department
1102 S. Commerce Street
Harlingen, Texas 78550
(956) 427-8787

While not retained as experts, the above experts will testify as to the investigation of the theft in question, and personal observations of the loss sustained by the Plaintiff, but may be called for any purpose which is within his competence by reason of his training, experience, or personal knowledge.

Additonally, Plaintiff reserves the right to call any witness who may be identified by any other party, either past or present, to this lawsuit.

   B. Except as otherwise stipulated or directed by the court, this disclosure shall, with respect to a witness who is retained or specifically employed to provide expert testimony in the case or whose duties as an employee of the party regularly involve giving expert testimony, be accompanied by a written report prepared and signed by the witness. The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefore; the data or other information considered by the witness in forming the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

**RESPONSE**:

Plaintiff has not yet retained any experts, however, Plaintiff has listed the investigating officers and intends to rely upon the Offense Report for their expert opinions. Defendants reserve their right to supplement this request according to the provisions of Rule 26(e) 1-2 of the Federal Rules of Civil Procedure.

Any and all Officers, Investigators, Detectives, personnel & staff of
Harlingen Police Department
And Custodian of Records
1102 S. Commerce Street
Harlingen, Texas 78550
(956) 427-8787

Detective Lieutenant Charles Manning
Harlingen Police Department
1102 S. Commerce Street
Harlingen, Texas 78550
(956) 427-8787

Officer Eric Nelson
Harlingen Police Department
1102 S. Commerce Street

File Server/Disclosures (Rule 26)/Bishop, D. -- #99-219
7

Harlingen, Texas 78550
(956) 427-8787

Patrol Division Captain Vasquez
Harlingen Police Department
1102 S. Commerce Street
Harlingen, Texas 78550
(956) 427-8787

Officer Richard Turner
Harlingen Police Department
1102 S. Commerce Street
Harlingen, Texas 78550
(956) 427-8787

                      RESPECTFULLY SUBMITTED,

                      **R.W. ARMSTRONG & ASSOCIATES**
                      2600 Old Alice Road, Suite A
                      Brownsville, Texas 78521
                      Telephone: (956) 546-5556
                      Telecopier: (956) 546-0470

BY:_____/s/_____
                      R. W. Armstrong
                      TBA#01323500
                      Federal ID#2401

                      **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I, R. W. Armstrong, hereby certify that a true and correct copy of the ***PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO RULE 26(a)(1)-(2)) OF THE FEDERAL RULES OF CIVIL PROCEDURE*** was on this the ____6th____ day of November, 2000 sent by U. S. Certified Mail, Return Receipt Requested, to Counsel for Defendant, to wit:

*Certified Mail Z 258 925 450*

Ms. Carla Saenz
**GRIFFITH, SAENZ & HILL, L.L.P.**
One Park Place
100 Savannah, Suite 620
McAllen, Texas 78503

_____
R. W. Armstrong

File Server/Disclosures (Rule 26)/Bishop, D. -- #99-219
9