10

United States District Court
Southern District of Texas
FILED

JAN 16 2001

Michael N. Milby, Clerk of Court

Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Fajardo   ■ Koerner |
| DATE | 01 — 16 — 00 |
| TIME | ☐ a.m. 2:56 p.m. — ☐ a.m. 3:14 p.m. |
| CIVIL ACTION | B — 00 — 138 |
| STYLE | Bishop versus Union Standard Insurance, et al, |

DOCKET ENTRY

(HGT)  ■ Initial Pretrial Conference;    ☐ Motion Hearing;    (Rptr. Breck Record  )

Ron Armstrong     for    ■ Ptf. # _____  ☐ Deft. # _____

Carla Saenz       for    ☐ Ptf. # _____  ■ Deft. # _____

☐ All motions not expressly decided are denied without prejudice.

☐ Evidence taken [exhibits or testimony].

☐ Argument heard on:  ☐ all pending motions;  ■ Following motions

1. Motion to Remand [Dkt. No.5].

☐ Motions taken under advisement: _____

■ Order to be entered on Motion to Remand [Dkt. No. 5].

☐ Miscellaneous review set: _____

■ Rulings orally rendered on:

1. Motion to Remand [Dkt. No. 5] DENIED because the Plaintiff's complaint pleads a knowing violation of both the Texas Deceptive Trade Practices Act and the Texas Insurance Code, which, if proven, entitle the Plaintiff to treble damages and attorney's fees. The economic damages pled in the complaint are $57,000.00.

2. The Parties have agreed to proceed before a magistrate judge. This case is therefore referred

1

Case 1:00-cv-00138 Document 10 Filed in TXSD on 01/16/2001 Page 2 of 2

to United States Magistrate Judge Recio