//

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Darwin Bishop, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-00-138 |
| Union Standard Insurance Company, | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED, that on January 16, 2001, the Court **DENIED** the Plaintiff's Motion to Remand [Dkt. No. 5] because it is apparent from the face of the Plaintiff's complaint that he claims more than the jurisdictional amount in controversy. See Gebbia v. Wal-Mart Stores, Inc., 233 F.3d 880, 882-83 (5th Cir. 2000). The Plaintiff alleges a knowing violation of both the Texas Deceptive Trade Practices Act and the Texas Insurance Code, which, if proven, may entitle the Plaintiff to treble actual damages. See Tex. Insurance Code § 21.21(b)(16) (2000); Tex. Bus. & Com. Code § 17.50(1) (2000). The actual damages pled in the complaint are $57,000.00. While the Plaintiff claims less than the amount in controversy in the complaint's prayer, that amount is not binding on the Plaintiff under the Texas Rules of Civil Procedure. See De Aguilar v. Boeing Co., 47 F.3d 1404, 1408 (5th Cir.1995).

DONE at Brownsville, Texas, this 16th day of January 2001.

Hilda G. Tagle
United States District Judge