```
================================================================
UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS
================================================================
```

DARWIN BISHOP                         §
                                      §
versus                                §   CIVIL ACTION NO. B-00-138
                                      §
UNION STANDARD INSURANCE COMPANY      §

United States District Court
Southern District of Texas
ENTERED

JAN 2 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| R.W. Armstrong | Darwin Bishop | 1.16.01 |
| Carla M Suarez | Union Standard Ins Co. | 1/16/01 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

1/16/01
Date

_____
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.