13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 3 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JURY

| | | |
|---|---|---|
| **DARWIN BISHOP** | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-138 |
| | § | (636(c)) |
| **UNION STANDARD INSURANCE** | § | |
| **COMPANY** | § | |
| *Defendant* | § | |

## AGREED SCHEDULING ORDER

On the __16th__ day of January, 2001, came on to be heard the parties' request for a Scheduling Order in the above-entitled and numbered Cause. The Court, having considered the pleadings and the request of the parties and having determined that the parties agreement to the following deadlines, it is of the opinion that the Agreed Scheduling Order should be entered.

**IT IS ORDERED** as follows:

1. Plaintiff shall identify any and all expert witnesses whom he expect to testify at the trial of this matter, and shall provide a written report, as well as a current curriculum vitae or resume, from each non-party testifying expert who is retained by Plaintiff on or before __90__ days before trial.

2. Defendant shall identify any and all expert witnesses whom it expects to testify at the trial of this matter, and shall provide a written report, as well as a current curriculum vitae or resume, from each non-party testifying expert who is retained by Defendants on or before __60__ days before trial.

3. The amount of discovery allowed in this case is limited in accordance with Federal Rules of Civil Procedure, however, depositions may be taken by the parties as are reasonably necessary for the purpose of this litigation.

4. Plaintiff shall produce his designated retained testifying expert witnesses for deposition on or before __60__ (120) days before trial.

Defendant's First Original Answer to Plaintiff's Original Petition                                                                 1

5.  Defendant shall produce its designated retained testifying expert witnesses for deposition on or before ~~30~~ 90 days before trial.

6.  The parties shall join any and all additional parties, including third parties on or before  90  days before trial.

7.  Plaintiff shall file any and all amended or supplemental pleadings on or before 30 days before trial.

8.  Defendants shall file any and all amended or supplemental pleadings on or before  15  days before trial.

9   Mediation shall take place on or before  30  days before trial.

10. Discovery shall be completed by all parties on or before  14  days before ~~trial~~ the joint pretrial is filed unless further agreement by all parties.

10(a)   SEE BELOW.

11. The case is set for a pretrial hearing on June 29, 2001, 2:00 p.m.

12. The case is set for jury ~~trial~~ selection and announcements on July 6, 2001, 9:00 a.m.

13. Jury trial is set for July 17, 2001, 9:00 a.m.

**IT IS FURTHER ORDERED** that the above-stated deadlines may be modified by the agreement of the parties or by an Amended Order signed by the Court. If the case is not reached for trial on the current trial setting, this Scheduling Order shall be void.

Signed this 25th day of January, 2001.

_____
**JUDGE PRESIDING**

10(a): The joint pretrial order shall be filed on or before June 22, 2001. (Plaintiff is responsible for filing the pretrial order on time.)

Defendant's First Original Answer to Plaintiff's Original Petition                                                2

ClibPDF - www.fastio.com

## APPROVED AND AGREED:

Mr. R. W. Armstrong
**R.W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
(956) 546-5556 Telephone
(956) 546-0470 Facsimile

BY: _____
R.W. Armstrong
SBN: 01323500
**Counsel for Plaintiffs**


Ms. Carla M. Saenz
**Griffith, Saenz & Hill, L.L.P.**
One Park Place - Suite 620
100 Savannah Avenue
McAllen, Texas 78503
(956) 971-9446 Telephone
(956) 971-9451 Facsimile

BY: _____
Carla M. Saenz
SBN: 17514595
**Counsel for Defendant**