14

United States District Court
Southern District of Texas
FILED

MAY 0 8 2001

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| DARWIN BISHOP | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-138 |
| | § | |
| UNION STANDARD INSURANCE CO. | § | |

## AGREED MOTION FOR CONTINUANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, **Darwin Bishop,** asks the Court to continue this case for at least 60 days.

1.  Plaintiff brought suit against Defendant **Union Standard,** for violation of the Texas Insurance Code, Article 21.21 (West 1998) Sec. 4 (10)(a)(ii), and Sec. 4 (10)(a)(v)(A), and Art. 21.21-2 Sec. 2(b)(4), for its failure to effectuate a prompt, fair, and equitable settlement of Plaintiff's claim of loss, when **Union Standard Insurance Company**'s liability was reasonably clear.    Additionally Plaintiff alleges that Defendant **Union Standard Insurance Company** knowingly violated the Texas Deceptive Trade Practices Act, Business and Commerce Code § 17.01 et seq., and Art. 21.21 Texas Insurance Code.

2.  This case is set for Docket Call, July 17, 2001.

3.  Plaintiff requests the Court to continue this case as Plaintiff underwent surgery, having a liver shunt replacement and Plaintiff is presently recovering.  Recovery time is expected to take six to twelve weeks.

4.  Plaintiff's attorney has conferred with opposing counsel for **Union Standard Insurance Company** and she has agree to this continuance.

5.  This request for continuance is not for delay only, but that justice may be done.

For these reasons, the parties ask the Court to continue this case for at least 60 days.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone:      (956) 546-5556
Telecopier:      (956) 546-0470

File Server/Disclosures (Rule 26)/Bishop, D. -- #99-219
1

BY: _____
              **R. W. Armstrong**
              Fed.Id.No. 2237
              Texas State Bar No. 01323500
              **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **Motion For Continuance** was on this the 7th day of May, 2001, served via *Certified Mail*, return receipt requested, to wit:

Ms. Carla Saenz
**GRIFFITH SAENZ & HILL, L.L.P.**
1325 Palm Blvd. Suite H
Brownsville, Texas 78521

_____
R. W. Armstrong

**File Server/Disclosures (Rule 26)/Bishop, D. -- #99-219**
2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

DARWIN BISHOP                              §
                                           §
V.                                         §          CIVIL ACTION NO. B-00-138
                                           §
                                           §
UNION STANDARD INSURANCE CO.               §

STATE OF TEXAS          §
                        §          **AFFIDAVIT OF R. W. ARMSTRONG**
COUNTY OF CAMERON        §

     BEFORE ME, the undersigned authority, on this day personally appeared **R. W. Armstrong**, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath, stated as follows:

     "My name is **R.W. Armstrong**.  I am the attorney for Plaintiff in the above-entitled and numbered cause. I would state that every statement contained therein is true and based either on personal knowledge or upon documents contained in the file of the United States District Court, Southern District of Texas, Brownsville Division, styled *Darwin Bishop vs. Union Standard Insurance Company.*"

                                                        _____
                                                         R.W. Armstrong

     SUBSCRIBED AND SWORN TO BEFORE ME by the said R.W. Armstrong, this the 7th day of May, 2001, to certify which witness my hand and official seal.



                          **KARIN T. LEWIS**     NOTARY PUBLIC
               Notary Public, State of Texas   My Commission Expires:_____
                My Commission Expires
                   MAY 9, 2001

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| DARWIN BISHOP | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-138 |
| | § | |
| UNION STANDARD INSURANCE CO. | § | |

## PROPOSED ORDER

On _____, 2001, the Court considered *Agreed Motion for Continuance.*

After considering the motion the Court

GRANTS the motion and continues this case for _____ days, until _____, 2001.

SIGNED for entry this the _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

R. W. Armstrong
**R. W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

Ms. Carla Saenz
**GRIFFITH SAENZ & HILL, L.L.P.**
1325 Palm Blvd. Suite H
Brownsville, Texas 78521

File Server/Disclosures (Rule 26)/Bishop, D. -- #99-219
4