15

United States District Court
Southern District of Texas
ENTERED

MAY 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DARWIN BISHOP | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-138 |
| | § | (636(c)) |
| UNION STANDARD INSURANCE CO. | § | |

**PROPOSED ORDER**

On __9th May__, 2001, the Court considered *Agreed Motion for Continuance*. After considering the motion the Court

GRANTS the motion and continues this case for __60__ days, until __September 6__, 2001. at 2:00 p.m., for docket call. (SEE BELOW FOR OTHER DATES.)
SIGNED for entry this the __9__ day of __May__, 2001.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

R. W. Armstrong
**R. W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

Ms. Carla Saenz
**GRIFFITH SAENZ & HILL, L.L.P.**
1325 Palm Blvd. Suite H
Brownsville, Texas 78521

Jury selection is set for September 7, 2001, at 9:30 a.m. The trial date will be set on September 7, 2001.

File Server/Disclosures (Rule 26)/Bishop, D. -- #99-219
4