*16*

United States District Court
Southern District of Texas
FILED

MAY 2 2 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DARWIN BISHOP | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-138 |
| | § | |
| UNION STANDARD INSURANCE CO. | § | |

### UNOPPOSED MOTION TO DISMISS PLAINTIFF DARWIN BISHOP'S TEXAS INSURANCE CODE AND TEXAS DTPA CLAIMS AGAINST DEFENDANT UNION STANDARD INSURANCE CO., ONLY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES, **Darwin Bishop**, Plaintiff in the above-referenced cause of action, and files this his Motion to Dismiss Plaintiff Darwin Bishop's Texas Insurance Code and Texas DTPA Claims Against Defendant Union Standard Insurance Co., Only and in support thereof would show:

### I.

Plaintiff **Darwin Bishop** now moves this Court to dismiss portions of his claim against Defendant **Union Standard**, namely the cause of action for violation of the Texas Insurance Code, Article 21.21 (West 1998) Sec. 4 (10)(a)(ii), and Sec. 4 (10)(a)(v)(A), and Art. 21.21-2 Sec. 2(b)(4), and the violation of the Texas Deceptive Trade Practices Act, Business and Commerce Code § 17.01 et seq.

Plaintiff Darwin Bishop desires to continue to prosecute his claims under contract and other remaining causes.

WHEREFORE, **Darwin Bishop**, Plaintiff, requests this Court to sign an order dismissing this suit without prejudice with costs of suit taxed to Plaintiff.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone:   (956) 546-5556
Telecopier:   (956) 546-0470

File Server:Bishop, Darwin [99-219]:Notice/nonsuit

1

BY: _____
**R. W. Armstrong**
Fed. Id.No. 2237
Texas State Bar No. 01323500
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **Motion to Dismiss Plaintiff Darwin Bishop's Texas Insurance Code and Texas DTPA Claims Against Defendant Union Standard Insurance Co.** was on this the 22nd day of May, 2001, served via *Certified Mail*, return receipt requested, to wit:

Ms. Carla Saenz
**GRIFFITH SAENZ & HILL, L.L.P.**
1325 Palm Blvd. Suite H
Brownsville, Texas 78521

_____
R. W. Armstrong

File Server:Bishop, Darwin [99-219]:Notice/nonsuit