*18*

United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DARWIN BISHOP | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-138 |
| | § | (28 USC 636(c)) |
| UNION STANDARD INSURANCE CO. | § | |

## ORDER DISMISSING PLAINTIFF DARWIN BISHOP'S TEXAS INSURANCE CODE AND TEXAS DTPA CLAIMS AGAINST DEFENDANT UNION STANDARD INSURANCE CO., ONLY

The Court having examined and heard Plaintiff Darwin Bishop's **Unopposed Motion to Dismiss Plaintiff Darwin Bishop's Texas Insurance Code and Texas DTPA Claims Against Defendant Union Standard Insurance Co., Only**, and the Court having considered the pleadings, evidence and argument of counsel and being of the opinion that good cause has been shown and that Plaintiff Darwin Bishop's **Unopposed Motion to Dismiss Plaintiff Darwin Bishop's Texas Insurance Code and Texas DTPA Claims Against Defendant Union Standard Insurance Co., Only** should be **GRANTED**, it is therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiff Darwin Bishop's **Unopposed Motion to Dismiss Plaintiff Darwin Bishop's Texas Insurance Code and Texas DTPA Claims Against Defendant Union Standard Insurance Co., Only be GRANTED**.

SIGNED this the 6th day of June, 2001

_____
PRESIDING JUDGE

COPIES TO:

Mr. R. W. Armstrong
**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

Ms. Carla Saenz
**GRIFFITH SAENZ & HILL, L.L.P.**
1325 Palm Blvd. Suite H
Brownsville, Texas 78521

File Server:Bishop, Darwin [99-219]:Mtn/Nonsuit

3