# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| DARWIN BISHOP | * |
| | * |
| VS | *  C.A. NO. B-00-138 |
| | *  (636(c)) |
| UNION STANDARD INSURANCE CO. | * |

## ORDER SETTING HEARING

Defendant's Motion to Motion for Partial Summary Judgment, in the above-captioned cause of action, is hereby set for a hearing on June 28, 2001, at 2:00 p.m.

DONE at Brownsville, Texas, this 22nd day of June 2001.

_____
Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, Texas 78520
956/548-2701