Case 1:00-cv-00138   Document 20   Filed in TXSD on 06/26/2001   Page 1 of 3

20

United States District Court
Southern District of Texas
FILED

JUN 2 6 2001

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DARWIN BISHOP | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-138 |
| | § | |
| UNION STANDARD INSURANCE CO. | § | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Plaintiff, **Darwin Bishop,** and files this his First Amended Complaint, complaining of Defendant **Union Standard Insurance Company**. For cause of action, Plaintiff, **Darwin Bishop**, would respectfully show the Court and Jury the following:

### I.

### PARTIES

Plaintiff **Darwin Bishop** is an individual residing in Cameron County, Texas. Defendant **Union Standard Insurance Company** (hereinafter referred to as "Union Standard") is a foreign corporation with corporate headquarters in Oklahoma City, Oklahoma. Defendant is licensed to conduct business in the State of Texas, with its principal place of business in Irving, Texas, and may be served through its registered agent for process, Mr. William Clark Thornton, 122 West Carpenter Freeway, Suite 350, Irving, Texas 7039-2008.

### II.

### VENUE

Venue is proper in Cameron County, pursuant to Tex. Civ. Prac. & Rem. Code §§ 15.001, 15.002, as all or a substantial portion of the events giving rise to this cause of action took place in Cameron County.

### III.

File server/petition/bishop, d, #99-219

- 1 -

# FACTS

Plaintiff is the owner of certain valuable antique objects (hereinafter, "property"), which had a fair market value of over $57,000.00 on March 12, 1997. On that date, the property was stolen by unknown persons from Plaintiff's residence at 2419 East Washington, Harlingen, Texas, and never recovered by Plaintiff. The property was covered by an insurance policy, policy number HP5619958-20, sold to Plaintiff by Defendant **Union Standard**. This policy had a maximum limit of $57,000.00. Defendant **Union Standard** failed to reasonably investigate or to effectuate a prompt, reasonable, or equitable settlement of Plaintiff's claim of loss. Defendant only offered Plaintiff $10,000.00 on the claim.

## IV.

## BREACH OF CONTRACT

Defendant **Union Standard** breached its contract with Plaintiff in the following particulars:

a) Failing to reasonably and promptly settle Plaintiff's claim when Defendant **Union Standard**'s liability on the contract was reasonably clear.

b) Failing to conduct a reasonable investigation of Plaintiff's claim.

c) Failing to inform Plaintiff within a reasonable time whether its claim was to be denied or not.

All conditions precedent to Defendant **Union Standard**'s liability on the contract have occurred. Plaintiff made all required premium payments on the contract, and the contract had not been modified, altered, or rescinded as to any material portion by any party thereto.

## V.

## DAMAGES

The fair market value of the property at the time of loss was at least $75,000.00. The policy, which covered the property in question, had a limit of $59,160.00. Plaintiff is seeking to recover $59,160.00 from Defendant, along with attorney's fees, in the amount of at least

File server/petition/bishop, d, #99-219

- 2 -

$5,000.00. Plaintiff is also entitled to court costs along with reasonable and necessary attorney's fees through any appellate proceedings.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendant be cited to appear and answer and that on final trial of this cause, Plaintiff has the following:

a.    Judgment against Defendant **Union Standard Insurance Company** for a sum in the amount of $59,160.00, which includes prejudgment interest;

b.    Plaintiff is entitled to recover reasonable attorney's fees in the amount of at least $5,000.00 through the trial of this cause and appellate proceedings; and

c.    Such other and further relief to which Plaintiff may be justly entitled to receive.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone: (956) 546-5556
Telecopier:(956) 546-0470

R. W. Armstrong
Federal Id.No. 2237
Texas Bar No. 01323500

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I, R. W. Armstrong, hereby certify that a true and correct copy of the **Plaintiff's First Amended Complaint** was on this the 26th day of June, 2001 sent by U. S. Certified Mail, Return Receipt Requested, to Counsel for Defendant, to wit:

Ms. Carla Saenz
**GRIFFITH, SAENZ & HILL, L.L.P.**
1325 Palm Blvd. Suite H
Brownsville, Texas 78521

R. W. Armstrong

File server/petition/bishop, d, #99-219

- 3 -