21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DARWIN BISHOP | § § § | |
| V. | § § § | CIVIL ACTION NO. B-00-138 |
| UNION STANDARD INSURANCE CO. | § § | |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COMES, DARWIN BISHOP, and files this Response to Defendant's Motion for Partial Summary Judgment, and by way of response would show:

1. Plaintiff DARWIN BISHOP is no longer pursuing his claims under the Texas Insurance Code and the Texas Deceptive Trade Practices Act. See Plaintiff's Unopposed Motion to Dismiss Plaintiff Darwin Bishop's Texas DTPA claims against Defendant Union Standard Insurance Co., Only.

2. Plaintiff has re-amended his petition to reflect that he is no longer pursuing any claims against Defendant Union Standard Insurance Co. except for breach of contract. See Plaintiff's First Amended Complaint.

WHEREFORE, Plaintiff DARWIN BISHOP prays that Defendant UNION STANDARD INSURANCE CO.'s Motion for Partial Summary Judgment be DENIED.

RESPECTFULLY SUBMITTED,

R.W. ARMSTRONG & ASSOCIATES

BY: _____
R. W. Armstrong
Fed.Id.No. 2237
Texas Bar No. 01323500
2600 Old Alice Road, Ste. A
Brownsville, Texas 78521
Telephone:   (956) 546-5556
Telecopier:   (956) 546-0470
**ATTORNEY FOR PLAINTIFF
DARWIN BISHOP**

File Server:Bishop, Darwin [99-219]:Mtn/Summary Judgment/Response

1

## CERTIFICATE OF SERVICE

I, R. W. Armstrong, hereby certify that a true and correct copy of the **Plaintiff's Response to Defendant's Motion for Partial Summary Judgment** was on this the 26th day of June, 2001 sent by U. S. Certified Mail, Return Receipt Requested, to Counsel for Defendant, to wit:

Ms. Carla Saenz
**GRIFFITH, SAENZ & HILL, L.L.P.**
One Park Place
100 Savannah, Suite 620
McAllen, Texas 78503

_____
R. W. Armstrong

File Server:Bishop, Darwin [99-219]:Mtn/Summary Judgment/Response

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DARWIN BISHOP | § | |
| V. | § § § § | CIVIL ACTION NO. B-00-138 |
| UNION STANDARD INSURANCE CO. | § | |

## ORDER DENYNG DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

The motion of Defendant Union Standard Insurance Company, having come on to be heard by this Court on the _____ day of _____, 2001, and R.W. Armstrong appearing as counsel for Plaintiff, and Carla Saenz appearing as counsel for Defendant, and this Court having considered such motion, and all proceedings heretofore had herein, and having heard arguments of counsel, and it appearing to this Court that the above-referenced motion is without merit, it is, therefore,

ORDERED that Defendant Union Standard Insurance Company's Motion for Partial Summary Judgment should be DENIED.

THUS DONE AND SIGNED on this the _____ day of _____ 2001.

_____
PRESIDING JUDGE

File Server:Bishop, Darwin [99-219]:Mtn/Summary Judgment/Response