Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 1 of 161

22

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

DARWIN BISHOP          §
                       §

V.                         §         CIVIL ACTION NO. B-00-138
                       §

UNION STANDARD INSURANCE CO.    §

## OPPOSED MOTION FOR SUMMARY JUDGMENT

NOW COMES Plaintiff **Darwin Bishop** through his counsel and moves this Court, pursuant to Rule 56 (A) of the Federal Rules of Civil Procedure, for an order directing entry of summary judgment in favor of Plaintiff **Darwin Bishop** and against Defendant **Union Standard Insurance Company** on the cause of action and for the relief sought in Plaintiff's complaint.

1.      This motion is made on the grounds that no genuine triable issue of material fact exists and that Plaintiff **Darwin Bishop** is entitled to judgment as a matter of law.

2.      This motion is based on the *Affidavit of Darwin Bishop*, attached hereto as **Exhibit A** and made a part hereof for all purposes and on the documents attached to Plaintiff's exhibits as well as the files and pleadings in the procedure.

3.      The motion is also based on the *Affidavit of R. W. Armstrong*, attorney for Plaintiff **Darwin Bishop.** Such affidavit is attached hereto as **Exhibit B** and made a part hereof for all purposes.

4.      In further support of this MOTION FOR SUMMARY JUDGMENT, Plaintiff **Darwin Bishop** would show that Defendant **Union Standard Insurance Company** issued a policy of insurance, Policy No. HP5619958-20, insuring Plaintiff's **Darwin Bishop** home and contents thereof. This policy had a maximum content value of $59,160.00. A copy of the policy is attached hereto as **Exhibit C** and made a part hereof for all purposes.

COPY

5.      On or about March 12, 1997, Plaintiff **Darwin Bishop** suffered a loss (theft) at his residence at 2419 East Washington, Harlingen, Texas.  The undisputed facts further show that Plaintiff **Darwin Bishop** timely notified Defendant **Union Standard Insurance Company** of this loss and submitted a claim in writing evidencing this loss, the loss exceeds $100,000. Defendant **Union Standard Insurance Company** has failed to pay the loss after demand, causing the necessity of this suit.  A copy of the demand letter to Defendant **Union Standard Insurance Company** is attached hereto as **Exhibit D** and made a part hereof for all purposes.

6.      It was necessary for Plaintiff **Darwin Bishop** to employ an attorney to represent him before this court; accordingly, Plaintiff **Darwin Bishop** is entitled to recover reasonable attorney's fees, which Plaintiff **Darwin Bishop** alleges to be the sum of $5,000.00 to date. Plaintiff's **Darwin Bishop** claim encompasses all issues before this honorable court and Plaintiff **Darwin Bishop** requests judgment in the amount of $59,160.00 along with pre-judgment interest, post-judgment interest, attorney's fees, and costs.

Dated the __26__ day of __JUNE__, 2001.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Ste. A
Brownsville, Texas 78521
Telephone:    (956) 546-5556
Telecopier:   (956) 546-0470

BY: _____
**R. W. Armstrong**
Fed.Id.No. 2237
State Bar No. 01323500
**Attorney for Plaintiff**
**Darwin Bishop**

File Server:Bishop, Darwin [99-219]:Mtn/Summary Judgment

## CERTIFICATE OF CONFERENCE

I certify that I, R.W. Armstrong, conferred with opposing counsel; she is opposed to this motion.

_____
R. W. Armstrong

## CERTIFICATE OF SERVICE

I, R. W. Armstrong, hereby certify that a true and correct copy of the **Motion for Summary Judgment** was on this the 25 day of June, 2001 sent by U. S. Certified Mail, Return Receipt Requested, to Counsel for Defendant, to wit:

Ms. Carla Saenz
**GRIFFITH, SAENZ & HILL, L.L.P.**
1325 Palm Blvd. Suite H
Brownsville, Texas 78521

_____
R. W. Armstrong

File Server:Bishop, Darwin [99-219]:Mtn/Summary Judgment

# EXHIBIT A
## Affidavit of Darwin Bishop

File Server:Bishop, Darwin [99-219]:Mtn/Summary Judgment

4

CutePDF - www.tevio.com

STATE OF TEXAS                §

                              §          **AFFIDAVIT OF DARWIN BISHOP**

COUNTY OF CAMERON             §


    BEFORE ME, the undersigned Notary Public in and for the State of Texas, this day

appeared **Darwin Bishop,** who upon oath deposed and said as follows:

1.    "My name is Darwin Bishop.  I am over the age of 18 years and am fully competent to

      make this affidavit.  I have personal knowledge of the facts stated below each of which are

      true and correct.

2.    On or about March 12, 1997, I suffered a theft at my residence, located at 2419 East

      Washington, Harlingen, Texas.

3.    Unknown persons stole personal property belonging to me, which had a fair market value

      of in excess of $57,000.

4.    The stolen property was covered by an insurance policy, Policy No. HP5619958-20,

      issued by Union Standard Insurance Company.  This policy had a maximum content value

      of $57.8000.  Attached is a true and correct itemized list of the personal property stolen.

5.    I timely filed a claim under the policy, but Union Standard Insurance Company failed to

      effect a prompt, reasonable, or equitable settlement of my claim.

6.    There is due and owing the sum of $57,800 according to the terms of the policy.

    **AFFIANT FURTHER SAYETH NOT.**


                              _Darwin Merritt Bishop_
                              Darwin Bishop

    SUBSCRIBED AND SWORN TO BEFORE ME on this the 22nd day of June, 2001, to

certify which witness my hand and seal of office.

    HOMER P. MANAUTOU
    Notary Public, State of Texas          Notary Public, State of Texas
    My Commission Expires 07-27-04


File Server:Bishop, Darwin [99-219]:Mtn/Summary Judgment

5

# SWORN STATEMENT IN PROOF OF LOSS

**AMOUNT OF POLICY AT TIME OF LOSS**
$97,000   Dwelling
$58,200   Contents

**POLICY NUMBER**
HP 5619958

**DATE ISSUED**
9/10/96

Harlingen, texas
AGENCY AT

**DATE EXPIRES**

**AGENT** Connelly & Bartneski
1209 E. Harrison
Harlingen, Texas
78550

To the **Union Standard Insurance Company**
of **Irving, Texas**

At time of loss by the above indicated policy of insurance you insured **Darwin Bishop**

against loss by **H. O. - B** to the property described under Schedule "A", according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. Time and Origin: A **Theft** loss occurred about the hour of **11:41** o'clock **P** M. on the **12th** day of **March** 19**97** The cause and origin of the said loss were: **Theft of Personal Property By Persons Unknown**

2. Occupancy: The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: **Private Residence**

3. Title and Interest: At the time of the loss the interest of your insured in the property described herein was **Owner**. No other person or persons had any interest therein or incumbrance thereon except: **None**

4. Changes: Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except: **None**

5. Total Insurance: The total amount of insurance upon the property described by this policy was, at the time of the loss $ **58,200** as more particularly specified in the apportionment attached under Schedule "C," besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. The Actual Cash Value of said property at the time of the loss was        $ **105,370.46**

7. The Whole Loss and Damage was        $ **105,370.46**

8. Less Amount of Deductible        $

9. The Amount Claimed under the above numbered policy is        $

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of **Texas**
County of **Cameron**

**Darwin Merritt Bishop**
Insured

Subscribed and sworn to before me this **11th** day of **September** 19 **97**

**Blanch Gardner** Notary

**001**

STATEMENT IN PROOF OF LOSS

**AMOUNT OF POLICY AT TIME OF LOSS**

$97,000.00—Dwelling
$58,200.00—Contents

COPY

**POLICY NUMBER**

**DATE ISSUED**

10-10-96

**AGENCY AT**

**DATE EXPIRES**

10-10-97

**AGENT**

To the _____ Union Standard Insurance Company
of _____ Irving, Texas
At time of loss, by the above indicated policy of insurance you insured _____ Darwin Merritt Bishop
and his primary place of residence

against loss by _____ HO-10-HO-B _____ to the property described under Schedule "A", according to the terms conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. Time and Origin: A _____ Theft _____ loss occurred about the hour of 11:00 o'clock P M.,
on the 12 day of March _____ 19 97 The cause and origin of the said loss were: Theft
STATE KIND

2. Occupancy: The building described, or containing the property described, was occupied at the time of the loss as follows, and no other purpose whatever: _____ Private Residence

3. Title and Interest: At the time of the loss the interest of your insured in the property described herein was _____ none _____ No other person or persons had any interest therein or incumbrance there except: _____ NONE

4. Changes: Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except: _____ NONE N C

5. Total Insurance: The total amount of insurance upon the property described by this policy was, at the time of the $ 58,200.00 s more particularly specified in the apportionment attached under Schedule "C," besides which there is no policy or other contract of insurance, written or oral, valid or invalid.

6. The Actual Cash Value of said property at the time of the loss was   $ 105 379.0

7. The Whole Loss and Damage was   $

8. Less Amount of Deductible   $

9. The Amount Claimed under the above numbered policy is   $

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank for the preparation of proofs by a representative of the above insurance company is not a waiver

SUSIE M. CORONA
Notary Public
State of Texas My
Comm. Exp. 03-11-2000
County of CAMERON

Subscribed and sworn to before me this 11th day of SEPTEMBER 19 97

Susie M. Corona Notary Public

Darwin Merritt Bishop   Insur

( 002

**INSURED'S STATEMENT OF CLAIM**                    PAGE 8

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| | Swan & Birds Ash. | H F B | | | | | 5.00 |
| | Lee Bear | H F B | | | | | 5.00 |
| | Dolphin | H F B | | | | | 5.00 |
| | Birds Life | H F B | | | | | 6.00 |
| | MG | H F B | | | | | 5.00 |
| | Pigs Standing | H A | | | | | 5.00 |
| | Corn Cob | 6 F B | | | | | 5.00 |
| | Turtle Soap Dish | 6 F B | | | | | 15.00 |
| | Lighthouse | Alem | | | | | 5.00 |
| | Indian Head | — O — | | | | | 5.00 |
| | Porket Watch | — O — | | | | | 5.00 |
| | Thermos | — O — | | | | | 5.00 |
| | Anchor Stills | — O — | | | | | 5.00 |
| | Magnifing Glass | — O — | | | | | 5.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP!

INSURED'S SIGNATURE: _B'4y. Budey_  DATE: _07-30-97_  TOTALS: $70.00

INSURED'S SIGNATURE: _____

SAN ANTONIO
JUN 17 1997
RECEIVED

LenB.08-14-97

003

07-25-97

A-11

5-17-97 prop

Some had stuff
But these thing I don't know if I ever wrote lessen
I cant remember only

INSURED'S STATEMENT OF CLAIM                    PAGE 8

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (cheek, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Snail | — 0 — | | | | | 5.00 |
| 1 | Razr | — 0 — | | | | | 5.00 |
| 1 | Razor | — 0 — | | | | | 5.00 |
| 1 | Raza | — 0 — | | | | | 5.00 |
| 1 | Dog Boy | Texas Toy | | | | | 5.00 |
| 1 | Viking Horn — Missing Cord | — " — | | | | | 5.00 |
| 1 | Grell tay | | | | | | 5.00 |
| 1 | Turtle | 6·F·B | | | | | 5.00 |
| 1 | Green Duck Blue Bag | C. Fr B | | | | | 5.00 |
| 1 | Pig | C. Fr B | | | | | 5.00 |
| 1 | Snail | — 0 — | | | | | 5.00 |
| 1 | Green Farm O.K. prop | FOUND — 07-14-97 prop | | | | | O.K. found |
| 1 | Owl | 0/M | | | | | 5.00 |
| 1 | Penguin | 0/M | | | | | 5.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____   DATE: 07-30-97   TOTALS: 65.00

INSURED'S SIGNATURE: _____

DMB-08-14-97

SAN ANTONIO
JUN 17 1997
RECEIVED

004

07-25-97

A-10

**INSURED'S STATEMENT OF CLAIM**    PAGE 8

| QUANTITY | ARTICLE*<br>Complete description, model number,<br>serial number, brand name, etc. | WHERE<br>PURCHASED | WHEN<br>PURCHASED<br>MO. - YEAR | PAID BY<br>(check, cash,<br>charge, etc) | COST | DEPRECIATION | VALUE AT<br>TIME OF<br>LOSS |
|---|---|---|---|---|---|---|---|
| In HardCase | White Indian Bed tyl | Fla. H J B | | | | | 100.00 |
| 1 | Brass shot | H.T.B | | | | | 30.00 |
| 1 | Brass Long Stem | W W T. B BBS | | | | | 30.00 |
| 1 | Tobacco Pouch Turtle | Pla ~ | | | | | 70.00 |
| 1 | Ford Tractor metal 4" | ChilHood Toy | 40's 57 | | | | 75.00 |
| 1 | John Paul metal 4" | / | | | | | 75.00 |
| 1 | Bulldog metal 4" | / | | | | | 75.00 |
| 1 | Potmill 4" | / | | | | | 75.00 |
| 1 | Milk Truck - Hays | / | | | | | 150.00 |
| 1 | Police Car 1940 Pb | / | | | | | 75.00 |
| 1 | Firetruck 1930 | / | | | | | 175.00 |
| 1 | Airline 1950's | / | | | | | 125.00 |
| 1 | Boat metal | / | | | | | 75.00 |
| 1 | Gas Plant YELLOW | / | | | | | 200.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____ DATE: 07-28-97   TOTAL: $1200.00 $1280.00

INSURED'S SIGNATURE: _____

DMB 08-14-97

005

07-25-97

A-9

9

## INSURED'S STATEMENT OF CLAIM                    PAGE #

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Oil Can | WFB | -0- | | | | 5.00 |
| 1 | Oil Can | " | -0- | | | | 5.00 |
| 1 | Oil Can | " | -0- | | | | 5.00 |
| 1 | Barber Brush | " | -0- | | | | 5.00 |
| 1 | Ice funnel | " | -0- | | | | 5.00 |
| 1 | Bullet | " | -0- | | | | 5.00 |
| 1 | Shot gun Shell | " | -0- | | | | 5.00 |
| 1 | Cowboy Boot | " | -0- | | | | 5.00 |
| 1 | Decoy | " | -0- | | | | 5.00 |
| 1 | Bell Wood | " | -0- | | | | 5.00 |
| 1 | Spring | " | -0- | | | | 5.00 |
| 1 | Broken Toy | " | -0- | | | | 5.00 |
| 1 | Mom Fishing | " | -0- | | | | 5.00 |
| 1 | Stove pipe | " | -0- | | | | 5.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP!

INSURED'S SIGNATURE: _____  DATE: 07-30-97  TOTALS: $70.00

INSURED'S SIGNATURE: _____

SMZ 98-14-97

SAN ANTONIO
JUN 1 1997
RECEIVED

0  006

07-25-97

A-8

**INSURED'S STATEMENT OF CLAIM**            PAGE #

*Battley*

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Trout | G.F. Bishop | | | N/K | | 5.00 |
| 1 | Book chew kit | '' | | | N/K | | 5.00 |
| 1 | big chew kit | '' | | | N/K | | 5.00 |
| 1 | Wrench | G.F. Bishop | | | N/K | | 5.00 |
| 1 | Fishing Lure | G.F. Bishop | | | N/K | | 5.00 |
| 1 | Hammer | G.F. Bishop | | | N/K | | 5.00 |
| 1 | Whistle Missing Toy | '' | | | N/K | | 5.00 |
| 1 | Joist | '' | | | | | 5.00 |
| 1 | Cannon Pin Mount | '' | | | | | |
| 1 | And I might | '' | | | | | |
| 1 | be wrong on the | '' | | | | | |
| 1 | Davino - Coy could be | '' | | | | | |
| 1 | lost | | | | | | |
| 1 | set of Avon picture | '' | | | | | |

ATTACH AVAILABLE RECEIPTS ON OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: *D. M. Roby*        DATE: 05-30-97      TOTALS:

$50.00
SAN ANTONIO
JUN 17 1997
RECEIVED

007

07-25-97

A-7

INSURED'S STATEMENT OF CLAIM                    PAGE #

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Parker Pen Drawg | Japan - Dec | 1941's | | | | $156.00 |
| 1 | Pink Enterbed Set | Japan | 40's-54 | | | | $50.00 |
| 1 | Shefer White Pt Black | Iowa Pi.A.F.B | 40's-50 | | | | $90.00 |
| 1 | Parker Pen Pet | -0- | 40's-70's | | | | $125.00 |
| 1 | Pearl Black Black | Christmas 87 | 4's-70's | | | | $150.00 |
| 1 | Enterbed Set - Black | Fla. | ? | | | | $50.00 |
| 1 | Tiger Light Fishin scow | Fla | ? | | | | $30.00 |
| 1 | Tiger Retirement | Lackland AFB | ? | | | | $30.00 |
| 1 | Tiger Lackland A.F.B | Jon Antone | ? | | | | $30.00 |
| 1 | McDill A.F.B | -0- | ? | | | | $30.00 |
| 1 | Plain Tiger - S.F.B. | -0- | ? | | | | $30.00 |
| 1 | Ronson Cork Light Set | -0- | | | | | $30.00 |
| 1 | Keywode White Tiger | -Green Stamps | | | | | $30.00 |
| 1 | Keywode Explic Jefe | - Fla. | | | | | $50.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

                                                              $875.00

INSURED'S SIGNATURE: D.M. Briley          DATE: 07-21-97   TOTALS:

INSURED'S SIGNATURE:

SMB 087497

008

07-25-97
A-6

**INSURED'S STATEMENT OF CLAIM**   PAGE #

A. J. Doy  Picture - Oil Painting

| QUANTITY | ARTICLE - Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Common Octopus - Coral Background - above Verona 8 X 12 | As B.E.H. | All Painted In Years Before | | | | $300.00 |
| 1 | Sailfish - Florida Keys with boat, Angler Background Throwing about - 8 X 12 Oil | As B.E.H. | 1942 | | | | $700.00 |
| 1 | Northern Pike - (No Location) Oil - 8 X 12 | As B.E.H. | | | | | $300.00 |
| 1 | Common Snapper Turtle Everett Florida on Log - 8 X 12 - Oil | As B.E.H. | | | | | $300.00 |
|  |  |  |  |  |  |  | $1200.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP

INSURED'S SIGNATURE _____  DATE: 07-7-97  TOTALS:

INSURED'S SIGNATURE _____

DMR ✓ 08-14-97

07-25-97
A-5

*Collectibles*

(5)

**INSURED'S STATEMENT OF CLAIM** _____ PAGE 8

A. J. Day Pictures  Oil painting

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Large Atlantic both apt  Canada - 8X12  Oil | Dr. B.E. Hooley | at their | | | | $300.00 |
| | Autumn in Edinburgh  8X12  Oil | Dr. B.E.H | | | | | $300.00 |
| 1 | Tug Boat - statue on Liberty in Background - Oil | Dr. B.E Hoop  Ron Gonzalez | | | | | |
| 1 | Dutch Coolist Harbor  multi Boats  Whitewash White - Oil  8X12 | Dr. B.E.H  and Ron  Gonzales | | | | | $300.00 |
| 1 | Dr. B.J. French  8X12 oil | Dr. B.J. Gh. | | | | | $300.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP!

INSURED'S SIGNATURE _R. M. Bailey_ _____ DATE 05-30-97   TOTALS: $1200.00

INSURED'S SIGNATURE: _____

SAN ANTONIO
JUN 1
✓ 08-14-97         REC 010

INSURED'S STATEMENT OF CLAIM          PAGE 8

| QUANTITY | ARTICLE: Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP

INSURED'S SIGNATURE:_____          DATE:_____          TOTALS:

INSURED'S SIGNATURE:_____

SAN ANTONIO
JUN 17 1997
RECEIVED

0.7-25-97
4-4

✓ 08-14-97

011

INSURED'S STATEMENT OF CLAIM                    PAGE 8

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHERE PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE:_____   DATE:_____   TOTALS:

INSURED'S SIGNATURE:_____

SAN ANTONIO
JUN 17 1997
RECEIVED

7-25-97
4-3

08-14-97

*I Need Help, Need Help.*
*Gordon Tom*

## INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE*<br>Complete description, model number,<br>serial number, brand name, etc. | WHERE<br>PURCHASED | WHEN<br>PURCHASED<br>MO. - YEAR | PAID BY<br>(check, cash,<br>charge, etc.) | COST | DEPRECIATION | VALUE AT<br>TIME OF<br>LOSS |
|---|---|---|---|---|---|---|---|
| | Kayak | | | | | | $14,300.00 |
| | Tool Box's | | | | | | |
| | Kennedy | | | | | | |
| | Rosrs | | | | | | |
| new 1 | Rolls Rogers | | | | | | $ 150.00 |
| new | | | | | | | $ 150.00 |
| "GEE" used 1 | | | | | | | $ 250.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____   DATE: _____   TOTALS: $4875.00

SAN ANTONIO
JUN 17 1997
RECEIVED

7-25-97
-2

✓ 08-14-97

note on Kayak — two estimates
$#4875.00 and $3800.00
DMB.

## INSURED'S STATEMENT OF CLAIM

PAGE b

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE at TIME OF LOSS | |
|---|---|---|---|---|---|---|---|---|
| 1 | Insulated Coveralls - Blue-Sears | Sears-W. Ft W | 1998 | Christmas Pres | $150.00 | | $185.00 | 8-05 |
| 1 | Duck Jacket | Christmas | 1990 | " | | | $70.00 | |
| 1 | Jock Key | K-mart | | | | | $2.00 | |
| ? Custom body Ard | Crochett Spurs | Ft Worth | ? 50's | | | | $200.00 | 8-05 |
| Type Oma in 84 | Keller Layne | Ft Worth | 50's | | | | $200.00 | 8-05 |
| 1 | Kelly Belt | Family | | | | | $90.00 | 8-05 |
| 1 | Charle saddle horse | Escobar | 1970's | | | | $300.00 | 8-05 |
| 1 | Jefo Kisbee | Escobar | 1970's | | | | $185.00 | 8-05 |
| 1 | Hoof Pick | Family | | | | | $3.14 | 8-05 |
| 1 | Con quik Oil | Escobar | | | | | $5.00 | |
| 1 | Suitcase with 7 Levis 2 Shirts | Thud Kit Ft Worth | | Uoticor-Krit | | | $700.00 | |
| 1 | Stanley Thermos First Aid | Fed-May's | | | | | $55.00 | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _Dennis Mitchell Philp_   DATE: 05-17-97

INSURED'S SIGNATURE: _____

TOTALS: $1865.14

SAN ANTONIO
JUN 17 97
RECEIVED

7-25-97
^.1

$1865.14
done
Von 08-14-97

"07-25-97" Every Sheet

Received
07-25-97

-1- Packet

This is the best that I can do
in estimating. I have had some
serious health problems including a
neck injury and have been
limited in productivity.

I will contact you as soon
as I receive more information

[signature]
06-11-97

SAN ANTONIO
JUN 1 ? 1997
RECEIVED

.015

07-25-77

B-7

**INSURED'S STATEMENT OF CLAIM**

Tool Pouch

PAGE # 7

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Wire strippers 16-26 | Johnny's | | | 11.95 | -6 | $4,000 |
| 1 | Wire strippers 10-18 | Johnny's | | | 11.95 | 11 | 11 |
| 1 | Multipurpose elec. tool | Johnny's | | | 15.95 | 11 | 11 |
| 1 | Heavy-duty fence tool | Family $\frac{90}{Hdbk}$ | | | 19.95 | 11 | 11 |
| 1 | 27pc. Spiral Ratcheting Screwdriver set | | | | 17.95 | | 11 |
| 1 | Craftsman scribes | Johnny's | | | 4.95 | | 11 |
| 1 | 10 inch Levels | | | | 19.95 | | 11 |
| 1 | 9 pc. Plumbers Repair kit | Lowe | | | 24.95 | | 11 |
| 1 | Drywall Hanger | " | | | 17.95 | | 11 |
| 1 | Pocket Socket | Johnny's | | | 49.95 | | 11 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: Sarah M. Bixby    DATE: 07-17-07    TOTALS: $383.90

INSURED'S SIGNATURE:

08-14-07:
SMB.

016

07-25-97

B-8

INSURED'S STATEMENT OF CLAIM

Tod louch

PAGE # 6

| QUANTITY | ARTICLE*<br>Complete description, model number,<br>serial number, brand name, etc. | WHERE<br>PURCHASED | WHEN<br>PURCHASED<br>MO. • YEAR | PAID BY<br>(check, cash,<br>charge, etc) | COST | DEPRECIATION | VALUE AT<br>TIME OF<br>LOSS |
|---|---|---|---|---|---|---|---|
| X 1 | Nest of Saws | Sears of San Antonio | 1997 | | 23.19 | | same |
| X 1 | 3/4 wood chisel | Family | -0- | | 6.95 | | |
| X 1 | 1" wood chisel | " | " | | 7.69 | | |
| X 1 | 1 1/2 wood chisel | " | " | | 11.85 | | |
| X 1 | 1/2 wood chisel | " | " | | 6.19 | | |
| X 1 | 1/4 Pin punch | " | " | | 4.19 | | |
| X 1 | 1/4 cold chisel | " | " | | 4.35 | | |
| X 1 | 3/4 cold chisel | " | " | | 4.36 | | 1 |
| X 1 | 3/8 cold chisel | " | " | | 5.79 | | |
| X 1 | 3/4 cold chisel | " | " | | 6.15 | | |
| X 1 | 7 piece Nutdriver | Johnnys | 1993 | -0- | 18.99 | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE _____

DATE: 08-18-97    TOTALS: 101.99

INSURED'S SIGNATURE _____

V-08-14-97

SAN ANTONIO
JUN 1997
RECEIVED

017

07-25-97

B-5

**INSURED'S STATEMENT OF CLAIM**    PAGE # 5

Tool Pouch

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| X 1 | 1¼ Masons' chisel | X | | | $ 8.50 | | 3a smp |
| X 1 | tubing bender | 1/1 | | | $ 8.95 | | |
| V 1 | Robo-Grip pmb | Johnny | | | $ 19.92 | | |
| V 1 | steel long tape - 25' | Johnny | | | $ 12.49 | | |
| V 1 | ¼ cold chisel | Johnny | | | $ 3.95 | | |
| X 1 | self locking tape | J - s | | | $ 12.94 | | |
| X 1 | Floor chisel | 1/1 | | | $ 1100 | | |
| X 1 | Floor chisel | | | | $ 11.00 | | 1 |
| X 1 | screw starter | Broadway | | | $ 5.00 | | |
| X 1 | 1½ end cutter | Johnny | | | $ 12.99 | | |
| X 1 | off. set screwdriver | 1/1 | | | $ 1.95 | | |
| 1 | Home made Tool pouch q | Made from | | | $ - | | off Bett. |
| 1 | " | bort 79's | | | | | |
| 1 | " | | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP

INSURED'S SIGNATURE: Doris M. Riley    DATE: 05-14-97    TOTALS: $113.34

INSURED'S SIGNATURE:

08-14-97 DMR

SAN ANTONIO JUN 17 199 RECEIVED 018

07-25-97

B-4
PAGE # 4

INSURED'S STATEMENT OF CLAIM

Ted Perez

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 3 | steel rule (long) | Johnny | | | 1.?? | | 11 |
| 1 | steel rule | Johnny | | | 3.?? | | 11 |
| 1 | steel rule | Johnny | | | 2.01 | | 11 |
| X1 | 1/4 chuck key | 11 | | | 1.?? | | 11 |
| X1 | 1/2 chuck key | 11 | | | 2.?? | | 11 |
| X1 | 1/8 chuck key | 11 | | | 2.11 | | 11 |
| X1 | hammer (Plumb) | 11 | | | 21.?? | | 11 |
| X1 | 7 pc. hex set | 11 | | | 39.?? | | 1?? |
| X1 | side cutting pliers | 11 | | | 14.?? | | 1?? |
| X1 | pliers | 11 | | | 6.?? | | 11 |
| X1 | pliers | 11 | | | 6.?? | | 11 |
| | | | | | | | 11 |
| | | | | | | | 1? |
| | | | | | | | 1? |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _Antonio M. Perez_     DATE: 05-19-97     TOTALS: 112.05

INSURED'S SIGNATURE: _____

V-08-14-97
Amt.

SAN ANTONIO
JUN 17 1997
RECEIVED

019

07-25-97

B-3
PAGE # 3

**INSURED'S STATEMENT OF CLAIM**

Tool Box

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, old) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| X 1 | Nudle nose | | | | 18.99 | | 11 |
| 1 | 3/8 chuck key | Don & Johnny | -0- | | 1.85 | | 11 |
| X 1 | wrenchet | | | | 13.98 | | 11 |
| X 1 | Compression Vise grips | | | | 10.99 | | 11 |
| X 1 | Job saw | | | | 7.92 | | 11 |
| 1 | hack and coping saw | Don & Johnny | -0- | | 2.92 | | 11 |
| X 1 | R driver | | | | 7.99 | | 11 |
| X 1 | Crimping tool | | | | 2.99 | | 11 |
| X 1 | Philips screwdriver | | | | 5.99 | | 11 |
| X 1 | Philips screwdriver | | | | 2.99 | | 11 |
| X 1 | Philips screwdriver | | | | 6.99 | | 11 |
| | | | | | | | |
| | | | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP

INSURED'S SIGNATURE _____     DATE: 07-12-97     TOTALS. 79.25     SAN ANTONIO
                                                                              JUN 17 1997
INSURED'S SIGNATURE _____                                           RECEIVED

✓ 08-14-97

020

07-25-97

B-2

PAGE # 2

## INSURED'S STATEMENT OF CLAIM

Tool Shed

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Philips screwdriver | True Value | —0— | | $3.99 | | 1 |
| 1 | screwdriver | | 0 | | $3.99 | | 1 |
| 1 | screwdriver | | 0 | | $3.99 | | 1 |
| 1 | philips screwdriver | | 0 | | $3.99 | | 1 |
| 1 | plain screwdriver | | 0 | | $3.99 | | 1 |
| 1 | Plain screwdriver | | 0 | | $3.99 | | 1 |
| 1 | plain screwdriver | | 0 | | $3.99 | | 1 |
| 1 | Plain screwdriver | | 0 | | $4.99 | | 1 |
| 1 | 3 pc extension bar set | | 0 | | $19.99 | | 1 |
| 1 | standard set nutdriver | | | | $19.99 | | 1 |
| 1 | Metric set nutdriver | | 0 | | $19.99 | | 1 |
| | | | | | | | |
| | | | | | $91.89 | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE _____  DATE: 05-18-97   TOTALS:

INSURED'S SIGNATURE _____

√08-14-97 DMB

ANTONIO
117 1997
RECEIVED

021

*B.*

V. DMB.
X ¥¥B

## INSURED'S STATEMENT OF CLAIM — PAGE 1

Leathy Tool Pach — Stamped D.MB. + Stain On Leather or Dye.

| ARTICLE*<br>Complete description, model number,<br>serial number, brand name, etc. | WHERE<br>PURCHASED | WHEN<br>PURCHASED<br>MO.-YEAR | PAID BY<br>(check, cash,<br>charge, etc) | COST | DEPRECIATION | VALUE AT<br>TIME OF<br>LOSS |
|---|---|---|---|---|---|---|
| Double-action Tool Pouch | toolwell | 1977 | | $134.00 | | $134.00 |
| belt | " | 1977 | | $ 95.00 | | " " |
| Buckle | military | 1977 | | $ 8.00 | | " " |
| 1/4-in Square Drive Bits | | | | $29.99 | | " " |
| Punch and chisel set | | | | $99.99 | | " " |
| Locking Pliers plie Like Grip | | | | $99.99 | | " " |
| Wide-Jaw diagonal | | | | $11.99 | | " " |
| Long Nose | | | | $11.99 | | " " |
| Plier with end cutter | | | | $11.99 | | " " |
| Needle Nose | | | | $11.99 | | " " |
| Bent Nose | | | | $11.99 | | " " |
| Diagonal | | | | $11.99 | -97 | " " |
| 5. piece Micro-Screwdriver Set | | | | $34.99 | | " " |
| Plier Wrench | | | | $34.99 | | " " |

AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE Druin M Bishop   DATE 08-13-97   TOTALS

B-1

07-25-97

V-08-14-97
DMB.

022

**INSURED'S STATEMENT OF CLAIM**

PAGE #

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID OF (labor), etc.) (cash, charge, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Boy Scout Folding Saw | — 0 — | — 0 — | — 0 — | — 0 — | | $ 10.00 |
| 1 | Boy Scout First Aid Kit | Florida | 1970's | — 0 — | — 0 — | | $ 50.00 |
| 1 | Boy Scout First Aid Kit | Utar | 1950's | — 0 — | — 0 — | — 0 — | $ 110.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE:_____  DATE:_____  TOTALS: $170.00

INSURED'S SIGNATURE: _____

$ 170.⁰⁰

SAN ANTONIO
JUN 17 1997
RECEIVED

C·3- *dmB*

07-25-97

08-14-97
*dmB*

023

INSURED'S STATEMENT OF CLAIM

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. · YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Aluminum BSA Folding Cub | —0— | —0— | —0— | —0— | | $ 200.00 |
| | Waterproof | | | | | | |
| | Sleeping Bag | | | | | | |
| | cut beam? | | | | | | |
| | Boy Scout with | | | | | | |
| | case Knife — 3 | —0— | —0— | | | | —0— |
| 1 | Boy Scout Pocket Knife | G.E. Bass | 20's or 34/1 | —0— | —0— | | $ 225.00 |
| 1 | Boy Scout   Knife | | 20's – 34/1 | | | | $ 225.00 |
| 1 | Boy Scout   Knife | | 40's – Sept | | | | $ 75.00 |
| 1 | Boy Scout   Knife | | 50's | | | | $ 95.00 |
| | Boy Scout Knife | | 30's | | | | $ 250.00 |
| | Boy Scout Knife | | 50's | | | | $ 65.00 |
| 1 | Hunting Knife with Scout Knife | | 50's | | | | $ 75.00 |
| | Cub Scout Hat & Neck | | 40's | | | | $ 50.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE:...................   DATE:.........

INSURED'S SIGNATURE:...................   TOTALS: $ 1200.00

$1200.00

SAN ANTONIO
JUN 17 1991
RECEIVED

C-2-Dunk

07-25-97

08-14-97 Dunk

024

INSURED'S STATEMENT OF CLAIM

PAGE #.

Boy Scout Order of Arrow Patch Collection ordosr

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 312 | Total | | | | | | |
| 1 | Binder with 60 | | | | 19.00 | | 48.00 |
| 4 | Area 9 Patche | | | | | | $150.00 |
| 17 | Lodge Patch | South Carolina | | | | | 85.00 |
| 49 | | Ohio | | | | | 245.00 |
| 2 | | Oklahoma | | | | | 10.00 |
| 14 | | Iowa | | | | | 70.00 |
| 29 | Lodge 272 | Texas | 1949 1972 | | | | 145.00 |
| 3 | | Kentucky | | | | | 15.00 |
| 1 | | Minnesota | | | | | 5.00 |
| 3 | | Louisiana | | | | | 15.00 |
| 18 | | California | | | | | 90.00 |
| 3 | | Missouri | | | | | 15.00 |
| 1 | | Rhode Island | | | | | 5.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: D.M. Biehl          DATE: 05-31-97          TOTALS: $

INSURED'S SIGNATURE:

SAN ANTONIO
JUN 17 1997
RECEIVED   898.00

C-7-00MB                    07-25-97.

Binder New is
$48.00
with hondles.
Mine was used
and it cost me
$19.00. I painted
it yellow myself.
DMB.

08-04-97
DMB.

025

D-7- *dmb*

07-23-97

(29)

INSURED'S STATEMENT OF CLAIM          PAGE #6 PB-7

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. + YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Barber Warden Tray | Walmart | 1997 | | | | $ 32.00 |
| 1 | Designs For Wholesaw | Hqn. San Ant | July 96 | | $1.00 | | $ 10.00 ? |
| 1 | Curing/Biciad Tool Belt | | | | | | $ 32.0 |
| 1 | set 7 pkg hairly | | | | | | $ 32.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP!

INSURED'S SIGNATURE: _____   DATE: 08-14-97   TOTALS: $___

INSURED'S SIGNATURE: _____

✓ 08-14-97
*dmb*

SAN ANTONIO
JUN 1 7 1997
RECEIVED

$104.00
026

D-6-DMB
07-25-97

INSURED'S STATEMENT OF CLAIM                    PAGE 06 FB-6

| QUANTITY | ARTICLE*<br>Complete description, model number,<br>serial number, brand name, etc. | WHERE<br>PURCHASED | WHEN<br>PURCHASED<br>MO. · YEAR | PAID BY<br>(check, cash,<br>charge, etc) | COST | DEPRECIATION | VALUE AT<br>TIME OF<br>LOSS |
|---|---|---|---|---|---|---|---|
| This is probably Antique<br>This Dad on 1924 Story<br>when I was in school but he finally Sold to Simply<br>this Story was already from the Public Grass or<br>Furniture Manufacture. My Dad Used I Store hair and<br>recently the 1960 (1) | Screen for Complex | Mould-<br>I bought in Kilgore<br>Rocky Well defined | I have Had<br>it since 1950 | | | | $18.00 |
| 1 | Falling Door Knife | | 40 yr + | | | | $65.00 |
| 1 | Pivating Handle Back Saw | | | | | | $50.00 |
| 1 | Mini Gutter Box | Johnny's | 1995 | Cash | $28.00 | | $28.00 |
| 1 | Jet Lure for Floor | " | " | Cash | $25.00 | | $25.00 |
| 1 | Jet Tring Swd Wheel | RED<br>Wing | | | | | $43.00 |
| 1 | Tenon Saw - 15 L. | | | | | | $68.00 |
| 1 | Dovetail - 2ott | | | | | | $73.00 |
| 1 | Kent & Saw - 15 1L. | | | | | | $49.00 |
| 1 | Butt Mortise Plane | | 20+ Yrs Age | | | | $86.00 |
| 1 | Bullnose Allgnale Plane | | -0- | | | | $80.00 |
| 1 | Tungston (Round) Plane | | -0- | | | | $120.00 |
| | | | | | | | $704.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: L. M. Bishop          DATE: 08-14-97     TOTALS:

INSURED'S SIGNATURE: _____

SAN ANTONIO
JUN 17 1997
RECEIVED

08-14-97 DMB

027

*D—5—Dmg*
*07-25-97*

RECEIVED
JUN 17 99
SAN ANTONIO

**INSURED'S STATEMENT OF CLAIM**          PAGE 6 *GPB-5*

| QUANTITY | ARTICLE*<br>Complete description, model number,<br>serial number, brand name, etc. | WHERE<br>PURCHASED | WHEN<br>PURCHASED<br>MO. - YEAR | PAID BY<br>(check, cash,<br>charge, etc) | COST | DEPRECIATION | VALUE AT<br>TIME OF<br>LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Set (2) Jorgensen Clamp 8" | G.F Bishop | | | | | $22.90 |
| 1 | " 12" | " | | | | | $22.90 |
| 1 | " 12" | " | | | | | $22.90 |
| 1 | Set 24" | " | | | | | $36.90 |
| 1 | " 24" | " | | | | | $36.90 |
| 1 | " 24" | " | | | | | $36.90 |
| 1 | Set 18" | " | | | | | $24.90 |
| 1 | Set 12" | " | | | | | $24.90 |
| 1 | Boomerangs How To Make Them | Brazos In San Marcos, Texas | | | | | $ 6.00 |
| 1 | Notebook of 80 Toy Plans | | | | | | $120.00 |
| 1 | Picture Framing Mats | | | | | | $ 30.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

I bought these from Dad in 95

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: *Dm Bishop*     DATE: *08-14-97*     TOTALS: $ 385.20

$385.20
028

(2)

D-4- DMB

07-25-97

"17"

26

## INSURED'S STATEMENT OF CLAIM

PAGE #6FB4

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 9/ | 1 | Water Hose Ind | G.F.B. | | | | $ 28.00 |
| | | Lit Ifans Hose (3) | " | | | | $ 60.00 |
| | | Chisel/Flood Bow Pump | " | | | | $ 28.00 |
| 1 Lit (2) | | Three Ft. Torgoram Toler | " | | | | $ 38.00 |
| 1 Lit (2) | | Four Ft. " | " | | | | $ 45.00 |
| 1 Lit | | Pipe Clamps | " | | | | $ 14.25 |
| 1 Lit | | " | " | | | | $ 14.25 |
| 1 Lit | | " | " | | | | $ 14.25 |
| 1 Lit | | " | " | | | | $ 14.25 |
| 1 Lit | | " | " | | | | $ 14.25 |
| 1 Lit | | " | " | | | | 2/2 |
| 1 | | Wilcox Band Vise Bad | " | | | | $ 60.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE DMBailey    DATE 08-14-97    TOTALS: $437.37

SAN ANTONIO
43877    JUN 17 1997
RECEIVED

INSURED'S SIGNATURE _____

$437.37

437/029

1/ 10-11-97 DMB

9-3-2000
07-25-97

**INSURED'S STATEMENT OF CLAIM** PAGE #GFB-3

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| | 1 5/8 | G F B. | 1990 | | | | $ 49.00 |
| | 1 3/4 | " | 1990 | | | | $ 52.00 |
| | 1 7/8 | " | 1990 | | | | $ 56.00 |
| | 2" | " | 1991 | | | | $ 60.00 |
| 1 | Wood Hog | " | 1991 | | | | $ 48.00 |
| 1 | Set Tenon Cutters 3/8 1/2 5/8 | " | 1991 | | | | $ 295.00 |
| 1 | Euro Hinge [illegible] Bit | " | -0- | | | | $ 36.00 |
| 1 | Set Plug Cutters 3/8, 1/2, 5/8, 3/4 | " | -0- | | | | $ 70.00 |
| | | " | -0- | | | | 26.00 |
| | | " | -0- | | | | 21.00 |
| | | " | -0- | | | | 19.00 |
| 1 | [illegible] | " | -0- | | | | 32.00 |
| 1 | Set Water Stones-800 | " | -0- | | | | 25.00 |
| | Box [illegible] 12.00 | | -1- | | | | 25.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP

INSURED'S SIGNATURE D.M. [signature] DATE 08-14-97 TOTALS $ [illegible] $763.00

INSURED'S SIGNATURE

RECEIVED JUN 17 1997 SAN ANTONIO

08-14-97

B-2-DMB
07-25-97

## INSURED'S STATEMENT OF CLAIM

PAGE #GFB-2

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 3" | | | 1 | | | | $ 138.00 |
| 1 | Set Han Cotine Plane | G.F Bishop | 1984 | | -0- | | $ 15.00 |
| 1 | Set Crodl Plane | 11 | 1984 | | -0- | | $ 15.00 |
| 1 | Rocking Abut Plane | 11 | 1984 | | -0- | | $ 15.00 |
| 1 | Roll Top Desk | 11 | 1984 | | -0- | | $ 15.00 |
| 1 | Trend Trailer Plane | 11 | 1984 | | -0- | | $ 15.00 |
| 1 | Set Forstner Bits 3/8 | 11 | 1990 | | -0- | | $ 16.00 |
| | 1/2 | 11 | 1990 | | -0- | | $ 18.00 |
| | 5/8 | 11 | 1990 | | -0- | | $ 20.00 |
| | 3/4 | 11 | 1990 | | -0- | | $ 24.00 |
| | 7/8 | 11 | 1990 | | | | $ 28.00 |
| | 1" | 11 | 1990 | | | | $ 30.00 |
| | 1 1/8 | 11 | 1990 | | | | $ 34.00 |
| | 1 1/4 | 11 | 1990 | | | | $ 36.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP

INSURED'S SIGNATURE D. M. Bishop DATE: 08-14-97 TOTALS: $419.00 $419.00

SAN ANTONIO JUN 17 1997 RECEIVED

INSURED'S SIGNATURE

D-1-Dmh

07-25-97

G.F.B.

D-1

# INSURED'S STATEMENT OF CLAIM

PAGE # GFB-1

G.F. Bishop Tools - Given To Me In 1990 - Note: Most Of The Boxes Of Tools [illegible] Were Used [illegible] Finished [illegible]

| QUANTITY | ARTICLE: Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| Set Dowel Drill | [illegible] | G.F.B. | -0- | -0- | -0- | | $ 68.34 |
| Set Mortise Bits | | " | | | | | $ 80.00 |
| Set Bit Collar | | " | | | | | $ 64.50 |
| Set Forstner Bits | Consisting Of 1" Carbide Tip Wooden Box | " | | | | | $ 48.00 |
| | 1 1/8 | " | | | | | 54.00 |
| | 1 1/4 | " | | | | | 56.00 |
| | 1 3/8 | " | | | | | 70.00 |
| | 1 1/2 | " | | | | | 75.00 |
| | 1 3/4 | " | | | | | 80.00 |
| | 1 7/8 | " | | | | | 90.00 |
| | 2 | " | | | | | 90.00 |
| | 2 1/8 | " | | | | | 95.00 |
| | 2 1/4 | " | | | | | 115.00 |
| | 2 1/2 | " | | | | | 135.00 |

D-1

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE [signature]

DATE: 05-27-97

Completed 06-11-97

TOTALS: $1041.24

SAN ANTONIO
JUN 17 1997
RECEIVED

032

ClibPDF - www.fastio.com

033

me 50% off on first for for cost in exchange for 104 ...

# INSURED'S STATEMENT OF CLAIM

PAGE #

Winchester Tool Cabinet

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE at time of LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Jack Plane - Bailey | G.F. Bishop | | | | | $ 97.00 |
| 1 | Fore Plane | | | | | | 85.00 |
| 1-5/8 | Spokeshaves (Old, Winchester) | | | | | | 45.00 |
| 1 | Gimlet Set | | | | | | 35.31 |
| 1 | Brace | | | | | | 160.00 |
| 1 | Set Auger Bits | | | | | | 80.00 |
| 1 | Hey Saw | | | | | | 45.00 |
| 1 | Rip Saw 20" | | | | | | 160.00 |
| 1 | Crosscut Saw 20" | | | | | | 160.00 |
| 1 | Back Saw | | | | | | 95.10 |
| 1 | Drawknife | | | | | | 75.00 |
| 1 | Iron Handled Framing Chisel | | | | | | 140.00 |
| 1 | Slick Gimlet | | | | | | 80.00 |
| 1 | Slick Gimlet | | | | | | 80.00 |

$1337.00

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: [signature]

DATE: 06-01-97

TOTALS: [redacted]

INSURED'S SIGNATURE:

SAN ANTONIO
JUN 17
RECEIVED

E-1-D.M.B.
07-25-97

V-08-14-97
[initials]

08-17-97 Gump

07-25-97

E-7-gump

Mary 69 1-

# INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO., YEAR | PAID BY (check, cash, charge, etc) | COST | SETTLE |
|---|---|---|---|---|---|---|
| 1 | Part of the Family of | | | 1 | | |
| 1 | Henry T. Baul | | 11 | | | |
| 1 | Probably | | 11 | | | |
| 1 | In My Shop | | 11 | | | $60. |
| 1 | Pillow | | 11 | | | $47. |
| 1 | Pillow | | 19 61 | | | $8.00 |
| 1 | Query | White + one | | 11 | | $50.00 |
| 1 | Black & Also WH | Was Plain | | 11 | | $50.00 |
| 1 | Flat Chit assent | Fla. Resort | | 11 | | $100.00 |
| 1 | Hand Crown | My Grandson | | 11 | | $100.00 |
| 1 | Back of Long Stroll take it ? | | | $200.00 |
| 1 | me When I | | | |
| 1 | Weatherholm 9'trop Blackholm that | | | $25.04 |
| 1 | Pillows 9'trop bekil Junk, Yall | | | $15.04 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: Tom Priddy

DATE: 07-31-97  TOTALS:

SAN ANTONIO  JUN 11  RECEIVED  1/30/0

INSURED'S SIGNATURE:

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 40 of 161

SEO 035   From G.F.R.   ~R~   INSURED'S STATEMENT OF CLAIM   PAGE 8

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | Kentucky Bell - Yellow | | 1940+'55 | | | |
| 1 | Double Duck - Red | | " | | | |
| 1 | Double Duck - Yellow | | " | | | 75.0 |
| son Fingertip | Duck Duck Yellow | | " | | | $ 75.00 |
| | TXL - Box | | " | | | $ 150.00 |
| 7-dier Filigree Tip | Morley Black | | " | | | $ 40.00 |
| it it was | | | | | | |
| repaired so that | | | | | | |
| my my Dad | | | | | | |
| use it we | | | | | | |
| broken. | | | | | | |
| | | | | | | |
| E-B | Yellow Wostenholm | Cantu, TX | 1961 | Toilet Lye 90 | | $ 80.00 |
| J.B. | Yellow Wostenholm | Cantu, TX | 1961 | Soap Box 90 | | $ 80.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _Al. M. Bishop_   DATE: 07-21-97   TOTALS: $785.00

INSURED'S SIGNATURE: _____

SAN ANTONIO
JUN 17 19
RECEIVED

E-6-demB.

07-25-97

V - 08-14-97
demB.

980

036

**INSURED'S STATEMENT OF CLAIM**   PAGE #

Straight Edge Razor

| | QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|---|
| Silver Handle | 1 | Phoenix Vastkeprel | | | | | | $ 75.0 |
| | 1 | John Primble | | | | | | $ 150.00 |
| | 1 | Winchester | | | | | | $ 250.0 |
| Gold | 1 | Superior | | | | | | $ 15.00 |
| Bone | 1 | Tompritt | | | | | | $ 65.00 |
| | 1 | Schrade Wallen | | | | | | $ 65.0 |
| Turtle Shell | 1 | Gold bottle | | | | | | $ 150.00 |
| Mother of Pearl | 1 | H Boker - Germany | | | | | | $ 80.00 |
| | 1 | King George | | | | | | $ 20.00 |
| | 1 | Eichenberg | | | | | | $ 60.00 |
| Ivory | 1 | Eichenberg | | | | | | $ 60.00 |
| | 1 | Rong | | | | | | $ 40.00 |
| Black & gold | 1 | Royal | | | | | | $ 40.00 |
| | 1 | Push Deck | | | | | | $ 75.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____   DATE: 05-26-97   TOTALS:   $ 1445

INSURED'S SIGNATURE: _____

SAN ANTONIO   JUN 17   RECEIVED

V-08-14-97.

E-S-D.M.B.
07-25-97

**INSURED'S STATEMENT OF CLAIM**   PAGE #

037

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 43 | Tri Foot Progg Bowl Ash | By asembly of own | 1960 | | | | $65.00 |
| 44 | Counter tont— | | 1960 | | | | $45.00 |
| 45 | Angular By my attatin | Vic Pit one scile from hy. | 1960 | | | | $170.00 |
| 46 | 12" Expanin' Bet | | | | | | $100.00 |
| 47 | Folding Paser Knife | | | | | | $65.00 |
| 48 | Pliers | | | | | | $45.00 |
| 1 | Winchester Double Door Cabinet approx - 71 X 28 X 11 | Family in Cocd Fla. | 1929-30? | | | | $800.00 |
| | Lamb- 08-14-97 | | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP!

INSURED'S SIGNATURE: _____   DATE: 06-01-97   TOTALS.   $1390.00  -   $1390.00

INSURED'S SIGNATURE: _____

SAN ANTONIO
JUN 17 1997
RECEIVED

E-4-Lamb.
07-23-97

Please Note:

V- 08-14-97

This is the lowest value I have been able to get for this cabinet. if one can be found for five dollers then that is all I want.

Replacement in quality and T.Flt. Lamb. lot 08-14-97

INSURED'S STATEMENT OF CLAIM                    PAGE B

038

| QUANTITY | ARTICLE*<br>Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION | |
|---|---|---|---|---|---|---|---|
| 29 | 1 | Carpenter's Square | | | | | |
| 30 | 1 | Scrolls | | | | | |
| 31 | 1 | Adjusted wrench | | | | | |
| 32 | 1 | Oil Can | | | | | |
| 33 | 1 | Level | | | | | |
| Replace 1960 34 | 1 | Level Glassit | El Paso, Tex, Ohio | Mar. 1 1959 1960 | | | 11 | |
| 35 | | Ball Peng | | | | | |
| 36 | 1 | Chalk Line | | | | | 45 |
| 37 | | Inside Caliber | | | | | |
| 38 | | Outside Caliber | | | | 5 | |
| let it New Let me also add 39 | | County's small Saw | El Paso | 1960 | | | 15 | |
| 40 | | Machine Gauge | | | | | 4 |
| 41 | | Ball Pin Hammer | | | | 7 | |
| 42 | | Carpenter's Bevl | | | | | 50 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: P. M. Beche          DATE: 06-01-97     TOTALS: $790.00        $790

INSURED'S SIGNATURE: _____

SAN ANTONIO
JUN 17 1997
RECEIVED

E-3-DMB
07-23-97

✓ 08-14-97
DMB

KC

INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc) | COST | DEPREC | |
|---|---|---|---|---|---|---|---|
| 1 | Coal yellow | Family of | ? | | | | |
| 1 | Yellow | Henry T. Bailey | 11 | | | | $ |
| 1 | Yellow | Probably | 11 | | | | $17 |
| 1 | Black | in N.Y. State | 11 | | | | 60.00 |
| 1 | Green | and I know | 11 | | | | 60.00 |
| 1 | Red white | the Red | 1961 | | | | 80.00 |
| 1 | Ivory | White one | 11 | | | | $150.00 |
| 1 | Black white | was from | 11 | | | | $80.00 |
| 1 | Flat edge cream | Fla. Because | 11 | | | | $100.00 |
| 1 | Round cream | My Grandfather | 11 | | | | $100.00 |
| 1 | Box of Razor straight edge case blades | gave it to me when I | | | | | $200.00 |
| 1 | Wostenholm Strop | graduated from | | | | | $75.00 |
| 1 | Rubberoid Strop | High School in '61 | | | | | $45.00 |

jomb

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: [signature] DATE: 05-21-97 TOTALS: [redacted] $1430.00

INSURED'S SIGNATURE:

SAN ANTONIO JUN 1 7 RECEIVED

E-7-jomb.

07-25-97

08-17-97 jomb

039

040

$670.00

E-2 John
07-25-97

08-14-97 John

CM/PDF – www.texio.com

## INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE:<br>Complete description, model number,<br>serial number, brand name, etc. | WHERE<br>PURCHASED | WHEN<br>PURCHASED<br>MO., YEAR | PAID BY<br>WHOM<br>(Check, cash,<br>charge, etc.) | COST | DEPRECIATION | VALUE<br>(our<br>use) |
|---|---|---|---|---|---|---|---|
| 1 | Hair Dryer | | | | | | 30.00 |
| 1 | Hair Dryer | | | | | | 80.00 |
| 1 | Iron, Dryer | | | | | | 30.00 |
| 1 | Flat | | | | | | 20.00 |
| | Pots | | | | | | 20.0 |
| | Half Hand | | | | | | 30.00 |
| | Thinslip | | | | | | 26.00 |
| 1 | Airbell Oven | | | | | | 30.00 |
| 1 | Dry Lamp | | | | | | 63.00 |
| 3H | Amoul Steamer | | | | | | 75.00 |
| 9H | Curl Jelly | | | | | | 25.00 |
| 2H | Heats Filling full | | | | | | 135.00 |
| 2H | Blow Dri | | | | | | 45.00 |
| 18-1 | Try Spray | | | | | | 58.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

DATED: 06-01-97          TOTAL:

INSURED'S SIGNATURE: _____

INSURED'S SIGNATURE: _____

RECEIVED
JAN 17 199
SAN ANTON

**INSURED'S STATEMENT OF CLAIM**

PAGE #

Place A List
5-12-17. One

Boy Scout Box

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | JMB UE (chart, etc, change, etc) | COST | DEPRECIATION | VALUE at time of LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Scrapbook Special Picture | Los Alamos Co. stores Wash Mex Ark | Began 1917 to 1938 | | | | ? |
| 1 | Staff Picture Camp Irwin | | ~1956 | | | | . |
| 1 | Staff Picture - Philmont | | . 1957 | | | | |
| 1 | Staff Picture - Phil. | | 1964 | | | | A |
| 1 | Staff Picture - Camp Larsen | | 1960 | | | | 1 |
| 1 | Staff Picture - Philmont | | 1964 | | | | |
| 1 | Picture Recording Belli | | 1961 | | | | |
| 1 | Picture Recording | | 565 | | | | ? |
| 1 | Picture Recording Tent | | 1970's | | | | ? |
| | Appreciation Group | | | | | | |
| 1 | Picture Camera 35 ... | | 1964 | | | | ? |
| 1 | | | 1955 | | | | |
| 1 | 35 cm Lite and Spring | | 1964 | | | | |
| 1 | 35 cm Lite and Spring MB | | 1964 | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE ___ D. M. Bishop ___ DATE 06-11-97

INSURED'S SIGNATURE: ___

TOTALS:

SAN ANTONIO
JUN 1 1997
RECEIVED

E-8-2000

07-23-97

✓-08-14-97

Too Valuable To Appraise Because I DO Not Have A "Time Machine" To Go Back And Retake Them And Whether Or Not they Are Of Unknown Value To Other Persons or Person Does Not Diminish Their Being Gone / Important!

D. M. Bishop

041

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE O

INSURED'S SIGNATURE:

INSURED'S SIGNATURE:

√-08-14-97
Jems.

E-9-Dm.B.

07-25-97

√08-14-97 Jems.

These were block and
white pictures my
Dad took of me—some
color. No monetary
value; I do not
know how to value.
Dm B.

042

**INSURED'S STATEMENT OF CLAIM**    PAGE B

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | Picture at mr. Turkey | | | | | ? |
| | 2 turkeys on we Tony | 1475 | | | | ? |
| 1 | Picture of mr. mckey | 1977 | | | | ? |
| 1 | Picture of Grand Girl | 19.27 | | | | ? |
| | Picture may 1889 | 1956 | | | | ? |
| | Picture mg | 1962 | | | | ? |
| | Picture of 49 Ford | | | | | ? |
| | 50 Mercury | 1959 | | | | ? |
| | 61 VW | | | | | ? |
| | 64 Olds | | | | | ? |
| | 65 Ford | | | | | ? |
| | 81 Dodge | | | | | ? |
| | 84 Regal | | | | | ? |
| | 99 Dodge | | | | | ? |
| | 65 International | | | | | ? |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____    DATE: 06-11-97    TOTALS:    SAN ANTONIO

INSURED'S SIGNATURE: _____                    JUN 17 97 RECEIVED

E-10-Lamb

V-0814-97

07-25-97

Note: FOR The Record

I own All OF The Cars Above And Have For Over 30 Years For Some And NO ONE ELSE OWNS Them except For The 68 Ft Truck

P.S. And this in not All of my Cars of Purn motorcycle collection some older than 30 yr.

## INSURED'S STATEMENT OF CLAIM

PAGE 8

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. / YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | Picture _____ | | 1992 | | | |
| 1 | Picture _____ Pit Bull | | do | | | |
| | after having puppies | | 1990 | | | |
| | bitten by Rattlesnake | | | | | |
| 1 | Picture of cattle | Zapata | 1989 | | | |
| | smoker 2 about | | | | | |
| | fox biting dogs | | | | | |
| 1 | Picture of Turtle | Commerce | 1962 | | | |
| | Collection | Texas | | | | |
| 1 | Picture of all _____ | HEB | | | | |
| | The feeding _____ Body | Glen | | | | |
| 1 | Lion & Cow 1951 | Glen | | | | |
| 1 | _____ 1957 | Glen | | | | |
| 1 | Picture _____ Lenly | Glen | 1950's | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: D.M. Bixby _____   DATE 06-11-97   TOTALS: $60.00   SAN ANTONIO

INSURED'S SIGNATURE: _____                Copy                          JUN 17 199_

RECEIVED

E. 11-D.M.B.

07-25-97

I have had the finest
Pit Bulls anywhere, I can
prove this with the
thousands of people who
have seen my dogs
and by my Vet Dr. Tom.
Botterfield.        D.M.B.

08-14-97

044

## INSURED'S STATEMENT OF CLAIM

PAGE 8

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.·YEAR | PAID BY school, civic charge, cash | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Dad's Boy Scout Book | Began 1919 | | | | | |
| 1 | Bugling Book | | ? | | | | |
| 1 | Pot of Highland 5 | | ? | | | | |
| 1 | Dad at Union Plastic | | 1930s | | | | |
| 1 | Dad in Shrimp Boat | McAllen | 1980 | | | | |
| 1 | Dad and Carol Army | | 1950s | | | | |
| 1 | Sleeping Bag S'Tenth | | | | | | $ 280.00 |
| 1 | Mosquito Hammock | | | | | | 125.00 |
| 1 | Entrenching Tool | | | | | | 50.00 |
| 1 | Shovel | | | | | | 25.00 |
| 1 | Scout OFox Knife | | | | | | 65.00 |
| 1 | Mess Kit 1943 | | | | | | 25.00 |
| 1 | Belt Jack Yucca | | | | | | 45.00 |
| 1 | U.S. Sleeping Bag | | | | | | 45.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE _R. M. Lehy_____ DATED _6-11-97_ TOTALS: SAN ANTONIO $ 660.00

INSURED'S SIGNATURE _____ JUL 1 7 1997

E-12-DINReceived M.B
07-23-97

✓ 08-14-97
SMB

Note:
I believe the
Eagle Scout Award
was awarded
in Coco Florida,
I am awaiting
information from
the Boy Scouts of
America because my
Dad's picture is in one of
their pamphlets to my knowledge.
SMB·08-14-97

045

## INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID OF (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Box of 11 Pocket knives | C.F. Bishop | 1970's | | | | $45.00 |
| | Pocket knives: Black | James Bishop | | | | | $85.00 o.K |
| (1) | Case | Dark Blue | Family | | | | $45.00 ? |
| (2) | - Red Bone | | | | | | $85.00 |
| (3) | Remington | | | | | | $150.00 o.K |
| (4) | Keen Kutter | | | | | | $90.00 o.K |
| (5) | Schrade Mother of Pearl | | | | | | $240.00 o.K |
| (6) | Red gravult pearl | | | | | | $132.00 o.K |
| (7) | Winchester | | | | | | $125.00 o.K |
| (8) | Ulster   Black | | | | | | $60.00 o.K |
| (9) | Pearl | | | | | | $85.00 o.K |
| (10) | Cattarcus | | | | | | $155.00 o.K |
| (11) | Robeson - Bone | | | | | | $85.00 o.K |
| 1 | Cub hunt knife | | | | | | $65.00 ? |
| | | | | | | | $1657.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____   DATED 6-10-97   TOTALS:

INSURED'S SIGNATURE: _____

SAN ANTONIO

JUN 1 7 1997

RECEIVED

E-13-DMB

07-25-97

08-14-97

DMB

046

**INSURED'S STATEMENT OF CLAIM**                    PAGE 6

92 THE
CLOAD
*un od*
*it by*
*the th*
*liked it*

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. · YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | Green Bone Girl Scout Never Used In Box with Gold Emblem | P.C. Kenry | | | | $1 |
| 1 | Sea Scout Knife with Marlin Spike | ½ of it 1990 | | | | 75.00 |
| 1 | Century Case Rifle 1980 | 1980's | | | | 40.00 |
| 1 | German Sword Cay | 1980's | | | | $50.00 |
| 1 | Dresston Original Sword | ½ of it | | | | $20.00 |
| 1 | Scout Book 1917 ? | | | | | $225.00 |
| | 25, 27, 30, 35, 40, 42 - Purl claw - 45 - 50, 51, 52, 53, 56, 57, 58 | | | | | $400.00 |
| 1 | 19, 30, 40, 43, 46, 47, 50 | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____ DATED 06-10-97       TOTALS:       SAN ANTONIC $1370.00
                                          copy                              JUL 17 1997
INSURED'S SIGNATURE: _____                                            RECEIVED

E-14-DMB--

07-25-97

V- 08-14-97
domb.



CMsPDF - www.fesno.com

## INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | Complete 1925 Mar Edison | Pla. Ohio | 1925 | | | |
| 1 | Complete 19 30's "years" | Oklahoma, | through | | | |
| | 40's 9 - 84 | New Mex [hu | 1980. | | | |
| 1 | 2 - 1950's | and Texas | | | | |
| 44 | 1960's | | | | | |
| 1 | 1970's | | | | | |
| 1 | 28 - 31 - 1980's complete | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _10 Baily_ 

DATED 06-10-97 company.   TOTALS: $7,00.00

INSURED'S SIGNATURE: _____

SAN ANTONIO
JUN 17 1997
RECEIVED

my Estimate

E-75-PMB

07-23-97

✓ 08-14-97
294 B.

Question ?

To Find Originals
of These Books May
Pose a problem! I
Would be content to
have photo copies of
them from Boy Scouts
of America's Archives
and have them bound; Seems
Fair to me — DM. Bailey

048

## INSURED'S STATEMENT OF CLAIM

PAGE 8

| | quantity | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (school, cash, charge, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|---|
| This Rod Was A | 1 | Orvis Bamboo 2 Piece Fly Rod | | #214 | #214 | | $ 1400.00 |
| Presentation Rod— | 1 | Orvis Aluminum Case | | | 15.00 | | 150.00 |
| It was one of two | 1 | Yellow Padded Fly Rod Case | | | | | $ 4400.00 |
| (Sid- The Rod | 1 | Fly Reel | | | | | $ 325.00 |
| has word Rod line So Sid because It was really great LT. | | | | | | | |
| Excellent + | 1 | Classic Bamboo 2 Piece Fly Rod | Some store in Montana | Early 1950s | 16-17 | | $ 850.00 |
| Condition | | Fly Rod Aluminum Tube | | | Sov | | 45.00 |
| | | Yellow Carrying Case | | | Allow Save | | 25.00 |
| | | Fly Reel | | | | | 250.00 |
| This Fly Rod has Been | | Eagle Claw 7 Piece | Rule, Texas | 1963 | #22.00 | | 90.00 |
| One of The Best | | Fly Reel- Penn | | 1963 | # 30.00 | | 105.00 |
| Travel of my Daily Basket | | Bokley Anadized Tube | Johnny's | 1980's | #15.00 | | 45.00 |
| | | Yellow Canvas Case | | | | | 25.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE _Dom Beatty_       DATE 05-31-17   TOTALS:          $ 3225.00

INSURED'S SIGNATURE: _____

F-1
Dom. B

Note: IF these awesome quality rods, in like conditions can be purchased at a less price I would be happy to get this whole collection for that price

Dom B
08-14-9

049

PAGE B

## INSURED'S STATEMENT OF CLAIM

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| | | | | | | | $80.00 |
| | | | 1980's | that | | | $295.0' |
| 1 | Orvis Graphite 4-piece Fly Rod Reel | -0- | " | " | | | $45.00 |
| 1 | Conrad Teflon Baitcast 2 Nylon Cork S | | | | -0- | | $200.00 |
| | | | | | | | $80.00 |
| 1 | Custom Fly Rod Grahite This is an ultra light 3 pt Rod Reel | Corc Florida | 1980's | | | | $80.00 |
| | | | | | | | $45.00 |
| 1 | Bubby Rod 64 Yellow convex coil | | | | | | $25.00 |
| | | | | | | | $180.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP

INSURED'S SIGNATURE: D. M. Busby   DATE: 08-31-97   TOTALS:

SAN ANTONIO
JUN 17 1991
RECEIVED

F-2
DMB-

✓ DMB. 08-14-97

050

**INSURED'S STATEMENT OF CLAIM**  PAGE 8

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED mo. - year | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Zebco Combo Spin 5-Pier | | | | | | $35.11 |
| 1 | Yellow Canvas Case | | | | | | $23.00 |
| | | | | | | | |
| 1 | Zebco Combo Tackle Kit | | | | | | $80.01 |
| 1 | Yellow Canvas Case | | | | | | $25.00 |
| | | | | | | | |
| 1 | Zebco Combo Pock Tackle Kit | | | | | | 60.00 |
| 1 | Yellow Canying Case | Yellow Canvas Case | | | | | 25.00 |
| 1 | Fishing Tackle Skin Box | | | | | | —0—? |
| 1 | Box of Reel Parts | | | | | | —0—? |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE _____    DATE 5-31-97    TOTAL $   $310⁰⁰

INSURED'S SIGNATURE _____

SAN ANTONIO
JUN 1 1 1997
RECEIVED

Fn 3
omg

✓ 08-14-97
omg

051

INSURED'S STATEMENT OF CLAIM
PAGE B

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Twyth Wood Flute | | | | | | $1,000.00 |
| 1 | Ping Golf Clubs | — 0 — | 1980's | — 0 — | Gift | | $1,200.00 ? |
| 1 | I am attaching | | | | | | |
|  | List done by FAX | | | | | | |
|  | | | | | | | |
|  | | | | | | | |
|  | | | | | | | |
|  | | | | | | | |
|  | | | | | | | |
|  | | | | | | | |
|  | | | | | | | |
|  | | | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _D. M. Burg_    DATE: 08-7-9-91    TOTALS:

SAN ANTONIO
JUN 2 1991
RECEIVED

$2,200.00

$2,200.00

F- 4
DMB

Note: The flute I had would be the equivalent to the Armstrong Flute.

DMB - 08/14/91

052

## INSURED'S STATEMENT OF CLAIM

PAGE #

*Phone Collection*      D. M. Reihof

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Purple Phone – Rocky | G.F.I.  Family | 1990 | | | | $159.06 |
| 1 | Stinky 70's Booth | | 1990 | | | | 75.00 |
| 1 | Stinky No. 5 F. Compact | | 1990 | | | | $488.00 |
| 1 | Stinky Dwight | | 1990 | | | | $188.00 |
| 1 | Bigley Jack | | 1990 | | | | $70.00 |
| 1 | Various Glass | | -0- | | | | $79.00 |
| 1 | Stinky Compact | | 1990 | | | | $189.00 |
| 1 | Stinky Vanity | | 1990 | | | | $110.95 |
| 1 | Scott 1970 Railway | | -0- | | | | $80.00 |
| 1 | Deco Kitty Jamba | | 1990 | | | | $110.95 |
| 1 | Deco Kitty Toy | | 1990 | | | | $110.95 |
| 1 | Stinky Universal | | 1990 | | | | $209.00 |
| 1 | Red Eury Jack Toilet IV | | 1990 | | | | $450.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____  DATE: 08-31-97   TOTALS: $2319.85

SAN ANTONIO  JUN 17 1997  RECEIVED

$2319.85

F-5  DMB

$2319.85

08-14-97  DMB

053

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 59 of 161

# INSURED'S STATEMENT OF CLAIM

PAGE # 10

| QUANTITY | ARTICLE: Complete description, model, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO./YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | One Brand Fruit Plate | Florida | | | $45.00 | |
| 1 | One decor - Red Bowl | Tippins | | | $35.00 | |
| 1 | One decor - Bowl | Tippins | 19519 | | $65.00 | |
| 1 | One Heart Brush Plate | JCPenney's WW | | | $50.00 | |
| 1 | One - | -0- | | | 25.00 | |
| 1 | One Green Bowl | Florida | | | 80.00 | |
| 1 | One Class | Florida | -0- | | 80.00 | |
| 1 | One Bowl/cup - White | Florida | | | 140.00 | |
| 1 | One Ten Knife/fork/etc. | Florida | -0- | | 60.00 | |
| 1 | One Backing - Black | Florida | | | 45.00 | |
| 1 | One Silver knife/fork-Yellow | Germany | -0- | | 25.00 | |
| 1 | One - falling knife/fork-Yellow | Germany | | -0- | | 60.00 | |
| 1 | One - Black knife/fork | Germany | | | 80.00 | |
| 1 | One - Black - knife/spoon/handle | | | | 80.00 | |
| 1 | One - Oriental dishes | | | | 30.00 | |
| 1 | One - Small dishes | | | | 80.00 | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: _____

INSURED'S SIGNATURE: _____

DATE: 07-21-97

SAN ANTONIO
TOTALS:
JUN 1 1 1997
RECEIVED

$13,170.00

07-25-97
H-1.00mg

Also note -
$30 for Building knob
had a Florist's Name on it
from Florida
07-24-97

054

## INSURED'S STATEMENT OF CLAIM

PAGE # 9

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | cat bowl Allyn | Johnny's Hdw. | 1973-1974 | — | $ | Value at time of purchase |
| 1 | cat coll Basket Black | | | | $ 45.00 | |
| 1 | cat 3/4 spool Black | | | | $ 5.00 | |
| 1 | cat 3/4 spool 8 sp yrn | Wellworth, Ohio | | | $ | |
| 1 | cat cover | | 1961 | | $ 40.00 | |
| 1 | cat 3/4 bolt knit Yellow | | | | $ 125.00 | |
| 1 | cat Repair knit Yellow | | | | $ 60.00 | |
| 1 | cat bolt knit - Bar | | | | $ 125.00 | |
| 1 | cat Trapper - Yellow | | | | $ 90.00 | |
| 1 | Yellow | | | | $ 45.00 | |
| 1 | Starspool | | | | $ 90.00 | |
| 1 | cat Trapper Violin | | | | $ 85.00 | |
| 1 | cat - Product Knits - Red | | | | $ 30.00 | |
| 1 | cat cotte Black | | | | $ 20.00 | |
| 1 | cat cotte Black | | 1961 | cash | $ 75.00 | |
| 1 | cat array knife Austin Beatty, green Ohio | | | -0- | $ 65.00 | |

**ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:**

INSURED'S SIGNATURE: _Johnson M. Bishop_    DATE: 05-21-97

INSURED'S SIGNATURE: _Johnson M. Bishop_    v 09/14/97

$ 1100.00

SAN ANTONIO
JUN 17 1997
RECEIVED

07-25-97

H-7-song.

note - I have found that the
Ero coll Batle Knife Coll
he completely recited which
Transit Neutralite Independent
7 org   '97.   I.   8-14-97

note - I have found that the
Ero coll Batle Knife Coll
he completely recited which
Transit Neutralite Independent
7 org   '97.   I.   8-14-97

055

## INSURED'S STATEMENT OF CLAIM

PAGE # 3

| QUANTITY | ARTICLE (Complete description, model number, serial number, brand name, etc.) | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, acct) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 12 | Beer Mugs | Johnny's | | | | | $175.00 |
| 1 | Betty Boop Gift, Betty | Johnny's | | | | | -0- |
| 1 | Boop | Johnny's | | | | | -0- |
| 1 | Bush 522 | | | | | | $44.00 |
| 1 | Mini Bush Red | Johnny's | 1997 | | | | $25.00 |
| 1 | Mini Bush Red | " | 1997 | | | | $25.00 |
| 1 | Mini Bush Red | " | 1997 | | | | $85.00 |
| 1 | Mini Bush Blue | " | 1992 | | | | $25.00 |
| 1 | Mini Bush Gray | Gift | 1997 | | | | $25.00 |
| 1 | Bush Vest | Johnny's | -0- | | | | $36.00 |
| 1 | Bush Executive | Johnny's | | | | | $36.00 |
| 1 | Bush Lacie Jr Shirt | Johnny's | 9702 | | | | $84.00 |
| 1 | Bush Ball Cap | Johnny's | | | | | $36.00 |
| 1 | Bush Sweatpants | Johnny's | | | | | $25.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _Darwin M. Bixby_    DATE: 05-21-97    TOTALS:

INSURED'S SIGNATURE: _____

SAN ANTONIO
JUN 17 1997
RECEIVED

$561.00

07-25-97
G-1-DMB

08-14-97
DMB

'056

From 6. 11'                                                                          (45)

## INSURED'S STATEMENT OF CLAIM                     PAGE #

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Remington Trout Knife | — 0 — | — 0 — | — 0 — | — 0 — | | $14.00 |
| 1 | Schrade Farmers Knife | — 0 — | | | | | $18.00 |
| 1 | Victorinox Yellow | " | | | | | $12.00 |
| 1 | " Star or Davis | — 0 — | | | | | $120. |
| 1 | Schrade Trapper Yellow | Johnny | | | | | $18.00 |
| 1 | Schrade Trail Boss | Sheridan | | | | | $23.00 |
| 1 | Shrade Steelhead | Johnny | | | | | $15.00 |
| 1 | Schrade Building | Fla. | 40+ years | | | | $80.00 |
| 1 | Schrade Fish - Yellow | — 0 — | — 0 — | | | | $55.00 |
| 1 | Buch Fishlock-v | Kats | | | | | $95.00 |
| 1 | Buch Fishlock-v | Kats | | | | | $15.00 |
| 1 | Buch yellow Flashlight | Kats | | | | | $12.00 |
| 1 | Buch-yellow Buckmaster | Johnny's | | | | | $210.00 |
| 1 | Buch-yellow Vanguard | — 0 — | — 0 — | | | | $150.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: D. M. Bishop    DATE: 05-21-97    TOTALS: **$730.00**

INSURED'S SIGNATURE: _____

SAN ANTONIO
JUN 18 1997
RECEIVED

07-23-97
6-2- DmB

✓ 08-14-97.

Note: Vanguard
had special
custom sheaths
which I dyed Canary
Yellow.  DmB

✓ 08-14-97

CMSPDF • www.fastio.com

From GPA

**INSURED'S STATEMENT OF CLAIM**   PAGE # 4   (46)

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.·YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| Brand New Cost Stated | | | | | | | |
| 1 | Buck Cutting Knife | | | | | | $72.00 |
| 1 | Yellow Backlight | Johnny's | | | | | $20.00 |
| 1 | Yellow Backlight | '' | | | | | $30.00 |
| 1 | Yellow 4A+ Backlight | '' | | | | | $23.00 |
| 1 | Yellow Brush 94" Vaguchee | '' | | | | | $14.00 |
| 1 | '' | '' | | | | | $14.00 |
| 1 | Sova Backlight Yellow Guardllon | | | | | | $16.00 |
| ? | Buck A2 | ? | | | | | $70.00 |
| ? | Buck A2 Knife | ? | | | | | $110.00 |
| 1 | Buck — Green | | | | | | $ ? |
| 1 | Buck — Black | | | | | | $ ? |
| 1 | Buck — Blue | | | | | | $ ? |
| 1 | Buck — Black | | | | | | $ ? |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _David M. Achy_   DATE: _____   TOTALS: $428.00   SAN ANTONIO   $428.00

INSURED'S SIGNATURE: _____   JUN 17 1997   RECEIVED

07-25-97
6-3- DMB

$248.00
70.00
110.00
————
428.00

Rusty:
David Check Fly
Green Knife/Black
Please and Total

Irwin

✓ 08-14-97

058

From G + 17

INSURED'S STATEMENT OF CLAIM                    PAGE # 5

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Western Lock Blade Knife | | | | | | $90.00 |
| 1 | Case Lock Blade Knife | | | | | | $90.01 |
| 1 | Marble Knife & Sheath | | | | | | $175.00 |
| my boat 1 | Western Twin Pack | | | | | | $80.01 |
| my knife 1 | Western Fixed Knife | | | | | | $65.00 |
| my dad 1 | Western Small Knife | | | | | | $50.00 |
| boy arms 1 | " | | | | | | $75.00 |
| 1 | Western Bowie | | | | | | $25.01 |
| my knife 1 | Western Lock-Back | | | | | | $40.01 |
| 1 | Western Gut Knife | | | | | | $16.00 |
| V4" Tip broken 1 | Western Fillet | | | | | | $50.00 |
| 1 | Western Blunt Nose Skinner | | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____  DATE: _____  TOTALS:  $806.00

INSURED'S SIGNATURE: _____

07-25-97
G-4-DMB

SAN ANTONIO
JUN 17 1997
RECEIVED

$806.00
DMB.

V - 08-14-97
DMB.

From: UTM

**INSURED'S STATEMENT OF CLAIM**   PAGE # 6   48

| Quantity | Article | Where Purchased | When Purchased mo. year | Paid by | Cost | Depreciation | Value at time of loss |
|---|---|---|---|---|---|---|---|
| 1 | Gerber AX Comp | | | | | | $180.00 |
| 1 | Gerber Mk II | | | | | | $105.00 |
| 1 | Mk I | Gift | | | | | $88.00 |
| 1 (In Combs Yukon) | Survival System | | | | | | $234.00 |
| 1 | Browie Utility | | | | | | $153.00 |
| 1 | Tactical | | | | | | $169.00 |
| 1 | Patriot Survival | | | | | | $100.00 |
| 1 | Gila Monster | | | | | | $80.00 |
| 1 (My Knife) | River Knife Double Edge | Fla | 1950's | | | | $50.00 |
| | Fillet | Johnny's | | | | | $25.00 |
| | Dive Knife | Johnny's | | | | | $38.00 |
| 1 (New) | Gerber Fire Starter Kit | Johnny's | | | | | $20.00 |
| (Til Broken) | Gerber Sport Saw | Gift | | | | | $20.00 |
| (New) | Gerber Signal Mirror | Gift | | | | | $11.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____ DATE: _____ TOTALS: SAN ANTONIO $1272.00

INSURED'S SIGNATURE: _____    JUN 17 1997 RECEIVED

07-25-97
6-5-DMB

V: 08-14-97
Jenk.

060

From · 6F14

**INSURED'S STATEMENT OF CLAIM**

PAGE # 7

⑭

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Camillus Fedda Hunter | Gift | | | | | $35.00 |
| 1 | U.S.A.F. | Gift | | | | | $30.00 |
| my Knife | Queen Mini Knife thur | G.F.B | | | | | $30.00 |
| Dad's Kmf | Queen Indian Knife | G.F.B | | | | | $30.00 |
| my Knife | Queen Hunter yellow | G.F.B | | | | | $40.00 |
| my Knife | Ontario Pierce Knife | G.F.B | | | | | $60.00 |
| 1 | Ontario Survival Machete | G.F.B. | | | | | $85.00 |
| 1 | Ontario Navy | Josh Wilber | Dawn | | | | $60.00 |
| "Wm. Carter" "ol Signature" | 1 | Hen Rostin Stockman Knife | G.F.B | | | | | $80.00 |
| | " | Hunter of Red Cowboy | Wm Bill Rory Dan Tezos | 1979 | Gift with Bible | | | $105.00 |
| | 1 | Canthers Whittly | G.F.B | | | | | $140.00 |
| my Knife | colt Skinner | G.F.B | | | | | $90.00 |
| Dad's New | 1 | Shoshentex 2 Yellow | G.F.B | my island | | | | $70.00 |
| 1 | thin Hunter Yellow | G.F.B | my island | | | | $130.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _Darwin M. Bishof_     DATE: 05-23-97     TOTALS:

INSURED'S SIGNATURE: _____

SAN ANTONIO

JUN 17, 1997

RECEIVED

$811.00

07-25-97

G-b-DMB.

08-14-97
jmb

From O.F.

(50)

**INSURED'S STATEMENT OF CLAIM**

PAGE # 8

Knife Collection

| QUANTITY | ARTICLE<br>Complete description, model number,<br>serial number, brand name, etc. | WHERE<br>PURCHASED | WHEN<br>PURCHASED<br>MO.-YEAR | PAID BY<br>(check, cash,<br>charge, etc.) | COST | DEPRECIATION | VALUE AT<br>TIME OF<br>LOSS |
|---|---|---|---|---|---|---|---|
| E. 1 | Fish Knife - [Kent] Boright Blade | P.X. G.F.B. | ? | | | | $ 85.00 |
| e. 1 | Texas Tooth Pick - Yellow Corp | Johsen's | ? | | | | $ 125.00 |
| The knives | Bone As Above | Malovet Flea | ? | | | | $ 125.00 |
| Soil Filth wkl | Texas Tooth Pick - Celluloid | Tampa Bay, Bldrs | 7-30's | | | | $ 250.00 |
| Scratches | Bone | Johnny's | 1978 | | | | $ 60.00 |
| anyones 1 | Texas Tooth Pick - Green Bone | G.F.B. | | | | | $ 200.00 |
| G.F.B. 1 | Yellow Corp | Johnny's | | | | | $ 25.00 |
| anyones 1 | | G.F.B. | | | | | $ 220.00 |
| Brand New 1 | Cripple with Texas Toothpick | | | | | | $ 200.00 |
| Mason 1 | Quorna Doctor's Knife | H. G.F.B. | | | | | $ 250.00 |
| Mason 1 | KA-BAR, FISH Yellow | G.F.B. | | | | | $ 45.00 |
| G.F.B 1 | Case Office Knife | G.F.B | | | | | $ 65.00 |
| anyones 1 | Case Equal End Tooth Yellow | K.F.B. | | | | | $ 200.00 |
| anyones 1 | Case Trapper Yellow | | | | | | $ 85.00 |
| | | | | | | | $ 1935.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____ DATE: 05-23-97   TOTALS:

INSURED'S SIGNATURE: _____

SAN ANTONIO
JUN 1 7 1997
RECEIVED

07-25-97

6-7-DMB

a yellow pet sheath
that I made as
part of my practice
in dyeing leather.

✓ DMB. 08-14-97.

062

FYUM GL

## INSURED'S STATEMENT OF CLAIM

PAGE # 9

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. · YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| "6 F B" | Cork Fijii Knife Yellow | G·F·B· | | | | | $10.00 |
| | Cork Reggie Knife Brown | G·F·B· | | | | | $40.00 |
| | Cork Smith Cork Yellow | G·F·B· | | | | | $200.00 |
| "Carl Tyine" | Cork Round Head | G·F·B· | | | | | $45.00 |
| Shine Corkwax | Cork Electrician | G·F·B· | | | | | $25.00 |
| morris H J B | Cork Equal Aid John | G·F·B· | | | | | $150.00 |
| 7 G.F.B 7 BB | Cork Cubi Ball B | G·F·B· | | | | | $25.00 |
| "F1 A C B·1 Sin" | Cork melon Tester - Yellow | G·F·B· | 42 Yrs + | | | | $625 |
| Gray Moul | White Cork | G·F·B· | | | | | $65.00 |
| 1" P M B" | Cork Senior Pen Yellow | | ? | | | | $25.00 |
| | Cork Porter Green Bag | G·F·B· | | | | | $250.00 |
| "PMB" | Cork Bissney Yellow | G·F·B· | | | | | $50.00 |
| "4 F·B·" | Cork Knife Pen Pearl | | | | | | $275.00 |
| | Cork Rose Gray Shirt | | | morbell Baily 5'6" | | | | $70.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: Dennis M. Busby   DATE: 05·27·57   TOTALS:   SAN ANTONIO   $1935.00

JUN 17 1997

INSURED'S SIGNATURE: _____   RECEIVED

07-25-97

G-8-Dub.

V - 08-14-97

Note = "p m·B· Denots Pen Yellow
was in small leather sheath
originally  "D. M. B. On Flap

V 08-14-97
Jeff B

(51)

063

FROM GFM

(52)

## INSURED'S STATEMENT OF CLAIM

PAGE # 10

| QUANTITY | ARTICLE<br>Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED NO. - YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Roberson – Regular Jack | G.F. Bishop | 1990 | – 0 – | | | $60.00 |
| "Tool, Feed Oral/5" 1 | Roberson – Congress – Rope | G.F. Bishop | 1990 | | | | $120.00 |
| 1 | Barlow – Stag – Fine Gr'd | G.F. Bishop | 1991 | | | | $1900.00 |
| 1 | Roberson – Equal End Pen – Bakli Ca | G.F. Bishop | 1990 | | | | 45.00 |
| 1 | Roberson – Purotchman – Del Whit | G.F. Bishop | 1991 | | | | $100.00 |
| "10 n10 H'99" 1 | Same – Knife Pen with Cobra Yellow H 4 | G.F. Bishop | 1991 | | | | $100.00 |
| 1 | Folding Hunt – Sv – Bone | G.F. Bishop | 1990 | | | | $115.00 |
| "Dr. L. Stevens" 1 | Roberson – Doctor Knife – Bone | G.F. Bishop | 1991 | | | | $170.00 |
| "Shid Constecha" 1 | Roberson Electrician – USA | G.F. Bishop | 1990 | | | | $50.00 |
| "Smod Blade" 1 | Senator Pen | G.F. Bishop | 1990 | | | | $70.00 |
| 1 | Remington Eastle – Pyramitz | G.F. Bishop | 1990 | | | | $150.00 |
| "my Choose" 1 | Remington – Girl Scout – Bone | G.F. Bishop | 1991 | | | | $300.00 |
| "Coil Trist" 1 | Remington Maize – Work | G.F. Bishop | 1990 | | | | $145.00 |
| "Dash 2 Zb A99" 1 | Remington – Fishing – Bone | G.F. Bishop | 1990 | | | | $325.00 |

Case Jr. or #3 91
Absolute H'99

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

TOTALS:   $1840.00

INSURED'S SIGNATURE: Erwin M. Bishop   DATE: 05-27-97

INSURED'S SIGNATURE:

SAN ANTONIO
JUN 1 - 1997
RECEIVED

07-25-97
G – 9 – DMB

081497
rem B.

*This Complaint Actually Spells CURY*
*FROM UPB*

(53)

## INSURED'S STATEMENT OF CLAIM

PAGE B //

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. · YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Keen Kutter - Kittle Knife | | | | | | $60.00 |
| | Regular Vork | | | | | | $40.00 |
| 1 | Texas Toothpick - Knife | | | | | | $175.00 |
| 1 | Boy Scout Knive USA | | | | | | $70.00 |
| 1 | Boy Scout - Knive Case | | | | | | $40.00 |
| 1 | Keen Kutter Jackster Knive | | 1991 | | | | $170.00 |
| | Leather Bag | | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _Douglas Andy_   DATE: 05-27-97   TOTALS: $455.00

INSURED'S SIGNATURE: _____

SAN ANTONIO
JUN 17 1997
RECEIVED

07-25-97
G-10-29mb

This was a Stoeger
leather Case 12 x 4½ x 4
with Straps. I dyed
it yellow. Do not
know how
to price.
Doug
08-14-97

065

CVisPDF - www.tasite.com

Case 1:00-cv-00138    Document 22    Filed in TXSD on 06/28/2001    Page 71 of 161

(54)

## INSURED'S STATEMENT OF CLAIM                    PAGE B

| QUANTITY | ARTICLE*<br>Complete description, model number,<br>serial number, brand name, etc. | WHERE<br>PURCHASED | WHEN<br>PURCHASED<br>MO. YEAR | PAID BY<br>(check, cash,<br>charge, etc.) | COST | DEPRECIATION | VALUE AT<br>TIME OF<br>LOSS |
|---|---|---|---|---|---|---|---|
| This Knife had is Broke but I am not sure if the word was put on when Knife was made. | Special Note:<br>One Pen Handled<br>English Sheffield<br>Pen Knife from<br>1890's Late<br>To Mid 1900 —<br>Memory of Deborty<br>Cobb — Cousin of<br>Marous Whipson<br>Marous Whipson<br>Could Be<br>George Washington<br>Could not be<br>appraised — Excellent |  |  |  |  |  |  |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _Don Riley_          DATE: 05-23-97     TOTALS: SAN ANTONIO

INSURED'S SIGNATURE: _____

JUN 17 1997
RECEIVED

07-25-97

G — 4 — Ama

Rusty.
Having trouble
with this one.
[signature]

$1700000  $210.00
I could not
find knife
appraisal but
I compared
to other
pen handle
knife type
it would
be $700.00



066

INSURED'S STATEMENT OF CLAIM                     PAGE # 2

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Bush 92 9-Black | Gift | | | | | $193.00 |
| 1 | Bush Skinner | Johnny | | | | | $35.00 |
| 1 | Bush Wolverine | Gift | | | | | $30.00 |
| 1 | Bush Nighthawk | Gift | | | | | $76.00 |
| 1 | Bush Saw | Gift | | | | | $21.00 |
| 1 | Bush Crossbowman | Gift | | | | | $38.00 |
| 1 | Bush Memory series | Gift | | | | | $25.00 |
| 1 | Turkey | Gift | | | | | $25.00 |
| 1 | Pheasant | Gift | | | | | $25.00 |
| 1 | Raccoons | Gift | | | | | $25.00 |
| 1 | Deer | Gift | | | | | $25.00 |
| 1 | Golfer | Johnny | 1997 | | | | $25.00 |
| 1 | Dog | | | | | | $25.00 |
| 1 | Trout | Johnny | 1997 | | | | $25.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.                 $553.00

INSURED'S SIGNATURE     DATE 05-21-97   TOTALS:  SAN ANTONIO
INSURED'S SIGNATURE                                JUN 1 7 1997
                                                   RECEIVED

07-25-97

G-12-DMB

08-14-97
DMB

## INSURED'S STATEMENT OF CLAIM

PAGE 8

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Bulling Knife 7" | p/a | 4n t | | | | $180.00 |
| 1 | Gay Man Kniffe from | | | | | | |
| | Schmidt Rubin Bayonet | — o — | WW II | | | | $150.00 |
| 1 | Box of Knife Blank 20-30. Blade | | WWII | | | | $1,150.00 |
| 1 | Box of Handle Rivets | | | | | | $20.00 |
| 1 | Box of Brass Hilt Metal | | | | | | $10.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP

INSURED'S SIGNATURE: _H. M. Riley_  DATE: 05-21-97  TOTAL SAN ANTONIO  $310.00

INSURED'S SIGNATURE: _____

JUN 17 1997

RECEIVED

⊘ 7-25-97

$310.00

Blades were old
English Sheffield Blanks
$10.00 each

G-13 — ✕

⊘ 8-14-97
✕

068

Case 1:00-cv-00138  Document 22  Filed in TXSD on 06/28/2001  Page 74 of 161

# INSURED'S STATEMENT OF CLAIM

PAGE # 8

| QUANTITY | ARTICLE: Complete description, model number, brand name, serial number, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 2 1/2 | Jacket (Lon + yellow) | | | | $125.00 | |
| 1 | yellow Carhart | | | | $45.00 | |
| 1 | Breast Feed | | | | $125.00 | |
| 1 | Checkbird .410 | | | | $65.00 | |
| 1 | Case Double Knife - yellow | | | | $65.00 | |
| 1 | Double - yellow | | | | $90.00 | |
| 1 | Green Digger - yellow | | | | $90.00 | |
| 1 | Green - yellow | | | | $45.00 | |
| 1 | Rod Bend | | | | $75.00 | |
| 1 | Case Folding Hunter - yellow | | | | $45.00 | |
| 1 | Coat - Brown & yellow | | | | $200.00 | |
| 1 | Hawkbill - Walnut | | | | $175.00 | |
| 1 | Dakin Knife - White | | | | $100.00 | |
| | | | | | $80.00 | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE:

INSURED'S SIGNATURE:

INSURED'S SIGNATURE:

DATE: 05-24-97

TOTALS: $1,325.00

SAN ANTONIO

JUN 17 1997
RECEIVED

069

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 75 of 161

GPB

| QUANTITY | ARTICLE* Complete description, serial number, model number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| | | | | | | Value At Time Of Loss |
| one 2½ qt Equal No. 1 pot steel | Ross | | | | $ | $ 45.00 |
| | Kitchen Ross | | | | $ | $ 45.00 |
| | Offer | | | | $ | $ 45.00 |
| one flopia brick leather | leather | | | | $ | $ 20.00 |
| | Ross | | | | $ | $ 45.00 |
| | Ross | Johnny | | | $ | $ 20.00 |
| one leather | Ross | Johnny | | | $ | $ 70.00 |
| one smoke fan 25' | leather | Johnny | | | $ | $ 25.00 |
| | leather | Johnny | | | $ | $ 28.00 |
| | leather | Johnny | | | $ | $ 28.00 |
| | leather | Johnny | | | $ | $ 28.00 |
| | leather | Johnny | | | $ | $ 28.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____   DATE: 05-21-97

INSURED'S SIGNATURE: _____

TOTALS: $ 496.00

SAN ANTONIO
JUN 17 1997
RECEIVED

07-25-97

4-4-...

08-14-97

070

GFh.

## INSURED'S STATEMENT OF CLAIM

PAGE # 6

| QUANTITY | ARTICLE: Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | |
|---|---|---|---|---|---|---|---|
| 1 | Queen Cutlery - 2½" Pearl Tropical | N/R | N/R | -0- | -0- | $185.08 | Given at time of sale |
| 1 | Salesman - Steak Knife | N/R | N/R | -0- | -0- | $175.00 | New in box |
| 1 | Winchester - Official Knife | N/R | N/R | -0- | -0- | $190.00 | |
| 1 | Guttmann - Knife - Fork Knife | -0- | 1490 | -0- | -0- | $160.00 | |
| 1 | Pocket Knife | Johnnys | -0- | -0- | -0- | $150.00 | |
| 1 | Pocket Knife | | 1960's | -0- | -0- | $50.00 | |
| 1 | Pocket Knife | Johnnys | 1970's | -0- | -0- | $35.00 | |
| 1 | Pocket Knife N-4120 #3 Used | | 1970's | -0- | -0- | $65.00 | New box |
| 1 | Pocket knife Stag Scissors | Florida | 1970's | -0- | -0- | $50.00 | |
| 1 | 3½" Pocket | | | -0- | -0- | $190.00 | |
| 1 | Electrician | Johnnys | N/R | -0- | -0- | $135.00 | |
| 2 | Small El Pocket all blu GFB | -0- | -0- | -0- | -0- | $10.00 -0-/box | |
| 1 | 3½ Eyed Sm N/ box Switchblade | -0- | -0- | -0- | -0- | $175.00 | |
| 1 | 3½ Green Bone | Jacksonville | | -0- | -0- | $95.00 | |
| 1 | 3/8 Bone | | | -0- | -0- | $75.00 | |
| | | | | | | $55.00 | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____  DATE: 05-21-97   TOTALS:   $1,740.00

INSURED'S SIGNATURE: _____

02-27-97

4-5-____

4-08-14-97

SAN ANTONIO
JUN 17 1997
RECEIVED

071

## INSURED'S STATEMENT OF CLAIM
### PAGE #5

| QUANTITY | ARTICLE: Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED (Mo. - Year) | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | Yellow Handel Fisherman's Knit | Coal Valley Iatz | 1959-60 | Cash | 0 | 125.00 |
| 6 | Cottburugus Yellow Fisherman | Family | N/K | ? | -0- | 150.00 |
| 1 | Rapster Reel Fisherman | G.F. Bishop | | | -0- | 700.00 |
| 1 | Keisel BoneShell Haal Fisherman | G.F. Bishop | | | -0- | 250.00 |
| 1 | Ka-Bar Tactical Colloidal | | N/K | -0- | -0- | 80.00 |
| 6 | Ka-Bar Tuna T. Bone | N/K | -0- | -0- | -0- | 80.00 |
| 1 | Ka-Bar Fishing "The Lures Shop" | N/K | -0- | -0- | -0- | 125.00 |
| 1 | Ka-Bar Fishing Bone Bonkin | | -0- | -0- | -0- | 150.00 |
| | Bla Li | | | | | |
| 1 | Union Fishing | | -0- | -0- | -0- | 175.00 |
| 1 | Ka-Bar Fishing Bone | | -0- | -0- | -0- | 85.00 |
| 1 | Robeson Redeliom Rel White | | -0- | -0- | -0- | 170.00 |
| 1 | Case Texas T. White Yarn | | -0- | -0- | -0- | 245.00 |
| 1 | Remington Fisherman Rollet | | -0- | -0- | -0- | 95.00 |
| 1 | Robeson Purley Hein-Bone | | N/K | -0- | -0- | -0- | 250.00 |

TOTALS: **$2,700.00**

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: _Edward M. Bishop_   DATE: _05-21-97_

INSURED'S SIGNATURE: _____

SAN ANTONIO
JUN 17 1997
RECEIVED

6 F.B.

E M
INSURED'S STATEMENT OF CLAIM
PAGE # 4

| Quantity | ARTICLE* Complete description, serial number, model number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | Best Seller Length Tone Trutone | | | | | 85.00 |
| 1 | Best Seller - T.T. | | | | | 85.00 |
| 1 | Best Fishermen | | | | | 85.00 |
| 1 | Case seller of Mkl Pro ver | | | | | 175.0 0 |
| 1 | Best Fisherman - Crystal Handy Radio | | | | | 150.0 0 |
| 1 | Best Rock | cab | | | | 75.00 |
| 1 | Qutlen Co. President Pictur Hairbrush | Johnny's 1900 Valve Hairkard | 1970's | | | 75.00 |
| 1 | Best Black Band T.T. | N/K | N/K | | | 60.0 0 |
| 1 | Best White Condralin | Johnny's Florida | ? | | | 20.00 New |
| 1 | Standar Distel T-crox T. | Florida | N/K | | | 95.00 New |
| 1 | Standar Distell Tere T.F | N/K | N/K | | | 110.00 Rev |
| 1 | Nicholon Tere T. | N/K | N/K | | | 85.00 Rev |
| 1 | Nicholon Tere T. | Johnny's | ? | | | 175.00 New |
| 1 | Yellow Ore T.T. | Johnny's | Zeis | | | 50.00 |
| 1 | New (elec) 4onony) | N/K | N/K | | | 175.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE:_____ DATE: 05-31-97

INSURED'S SIGNATURE:_____

TOTALS: $1585.00

SAN ANTONIO

JUN 17 1997

RECEIVED

073

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 79 of 161

# INSURED'S STATEMENT OF CLAIM

PAGE # 1.

Military Knife Collection - Given to me By G. F. Bishop

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED (MO.-YEAR) | PAID BY (Cash, Cash charge, etc) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | X-BAR - MK II. USMC | | WWII 1940 | gift | 80.00 | |
| 1 | Case 9 blade | | | | 80.00 | |
| 1 | Case - T-38 Bayonet | John Roland WW II | | | 65.00 | |
| 1 | Buck - T-30 - | Jordan/Poland WW II | | | 45.00 | |
| 1 | Colonial Easy Out | San Benito, TX | 1950's | | 45.00 | |
| 1 | Old - Bolo M-1890 | Del Barrio | 1950's | | 200.00 | |
| 2 | ind ind Carbon Bell Sheath | Florida | 1950 | H.F.B | 200.00 | |
| 1 | Old M-1917 1918 Sheath | McAllen, Texas | 1980 | | 85.00 | |
| 1 | German Schlegel | Germany/Austria WWII | | | 85.00 | |
| 1 | 1873 Entrenching tool | Tower 1950s | | | 150.00 | |
| 1 | Gurka - Entrenching Tool | Buffalo Texas WWII | | | 200.00 | |
| 1 | Toe Dagger | Collection India 1940's | | | 80.00 | |
| 1 | | India WW II | | | 5.00 | |
| 1 | Tomahawk | Mid East WW II | | | 80.00 | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: Deceased Mr. Bishop

INSURED'S SIGNATURE:

DATE: 05-24-97

SAN ANTONIO
JUN 17 1997
RECEIVED

$ 1498.00
$ 1490.00

07-25-97

17-8-Denb

08-14-97

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 80 of 161

6 P R

# INSURED'S STATEMENT OF CLAIM

PAGE # 2

| QUANTITY | ARTICLE Complete description, serial numbers, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | with Holster band | | | | | $ 350.00 |
| 1 | Set of Knives Sold | Aleutian Islands | 1942 | N/K | | $ 200.00 |
| 1 | with Cost $95.00 | Aleutian Islands | 1940's | N/K | | $245.00 |
| 1 | Skinning Knife - Survivor Saw | Leather Calf Town | | | | $ 190.00 |
| 1 | Fish Fillet Hunting Small Bowie | | | | | 50.00 |
| 1 | Extra Heavy - Bushnell | Bushnell Pocketknife N/R | | | | 165.00 |
| 1 | Sharp agent Fixed + Knife - Finn | | W/R | | | 145.00 |
| 1 | In wood shed | Smith Inc Kiss Cutler | 40's | | | 60.00 |
| 1 | lens Spy 4x on Case 103 Buckl English | Same Taz Island | 40's | | | 60.00 |
| 1 | English Fixed | | 70's-80's | | | 145.00 |
| 1 | McRoberts | 9 on Bc McDill | 70's-80's | | | 60.00 |
| 1 | Fairbain Dagger Canadian War II A.F.B. | | 40's | | | 180.00 |
| 1 | 2 pk Other - Shelby N/K 6ft | | | | | 60.00 |
| 1 | 2 pk Opener - 50 Bits N/K 6ft | | | | | 40.00 |
| 1 | All Cut - Skill N/K 6ft | | | | | 40.00 |
| 1 | All of Skeler Knife N/K GFR | | | | | 48.00 |
| 2 pk | Dirk N.R.G.FR. | | | | | 10.00 |
| 1 Quart | Small Tollygreen Tollygreen | Quail R | | | | 25.00 |
| | | | | | | $ 1490.00 |

INSURED'S SIGNATURE: _____ Jr. Bishop   DATE: 05-21-97

INSURED'S SIGNATURE: _____

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

7-9-00 MB

07-21-00

SAN ANTONIO
RECEIVED
JUN 17 1997

TOTALS:

E-1

08-14-97 MB

075

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 81 of 161

# INSURED'S STATEMENT OF CLAIM

| QUANTITY | ARTICLE* Complete description, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | Commemorative Gun | N/K | WW II | | $90.00 | |
| 1 Box | Gun Ammo SB Rifles | N/K | WW II | | $3.00 | |
| 1 | Army Folding Shovel | N/K | WW II | | $195.00 | |
| 1 | Military Collar Brass | N/K | WW II | | $175.00 | |
| 1 | Hat w/ US Ornament | | WW II | | $72.00 | |
| 1 | Horsehead Hunting Knife | Aleutian Island | WW II | | $28.00 | |
| 1 | Boyle Machete - 16" | Finland | pay $3 | | $60.00 | |
| 1 | Hippo Machete - 14" Horn Handle | Liberia | chick mar? | | $60.00 | |
| 1 | Ranch Style Machete 8&K | Liberia | Famin | | $195.00 | |
| 1 | Machete Zaire | Madasaw | Famin | | $125.00 | |
| 1 | Machete - Brush 20" | N/K | WW II | | $195.00 | |
| 1 | Trist Lock Knife | | N/K | | $25.00 | |
| 1 | Horn River Knife - Other | Florida | | | $80.00 | |
| GM | Scrimll & Horn - Other | N/K | N/K | | $80.00 | |
| 1 | Grail Grill Toy Knife | N/K | N/K | | $25.00 | |
| 1 | Churchill Swivel | N/K | N/K | | $1,200.00 | |

TOTALS: $1,435.00

$143.00

**ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.**

INSURED'S SIGNATURE: _____   DATE: 05-21-97

INSURED'S SIGNATURE: _____

076

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 82 of 161

I-7
07-25-97

PAGE # 1

(67)
C

# INSURED'S STATEMENT OF CLAIM

Kennedy Box 2 – Carpentry Tools GF Bishop/DON Bishop (1990- )

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | Stanley Power Plane H.D. | G.F.B. | | | $29.00 | |
| 1 | Stanley 24 Oz. Hammer | G.F.B. | | | $29.00 | |
| 1 | Stanley Tool Metmeric | G.F.B. | | | $15.00 | |
| 1 | Stanley Compound Miter Box | G.F.B. | | | $55.00 | |
| 1 | Misc Parts — | | | | $15.00 | |
| 1 | Boots pour | | | | $85.00 | |
| 1 | Quick Square tools | | | | $45.00 | |
| 1 | David Squares | | | | $32.00 | |
| 1 | Fry Squares Combe 6" | | | | $140.00 | |
| 1 | Try Square 12" | | | | | |
| 1 | Try Square 12" Child | | | | | |
| 1 | Boot Square 6" | | | | $150.00 | |
| 1 | Carl Square 6" 6 Sq. | | | | $50.00 | |
| 1 | Carl Square 12" Flat | | | | $50.00 | |

Wood Carriers

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: Q.On. Bishop              DATE: 06-20-97

INSURED'S SIGNATURE:

TOTALS: $627.00

SAN ANTONIO

JUN 1 ? 1997

077

I-2
07-25-97

## INSURED'S STATEMENT OF CLAIM

PAGE # ___

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIA. |
|---|---|---|---|---|---|---|
| 1 | Kennedy Bot 2 | | | | $180.0 | |
| 1 | Craftsman tool Box | | | | $80.0 | |
| 1 | Craftsman squard ____ 24" | | | | $18.0 | |
| 1 | Craftsman Registral 1" | | | | $9.0 | |
| 1 | Tinline Level | | | | $10.0 | |
| 1 | Torline Level 24" | | | | $10.0 | |
| 1 | Stabila Level 48" | | | | $70.0 | |
| 1 | Magna level wood thd | | | | $35.0 | |
| 1 | Magna level wood thd | | | | $35.0 | |
| 1 | Stabila level | | | | $35.0 | |
| 1 | Stanley torch box lever Brass | | | | $35.0 | |
| 1 | Contractor ____ | | | | $10.0 | |
| 1 | ____ 9 Caliber | | | | $25.0 | |
| 1 | Sears Orbit Cut | | | | $35.0 | |
| 1 | Stabila 48" Level | | | | $12.0 | |
| 1 | Stabila 24" 4Vial | | | | $19.0 | |
| 1 | Stanley Cut ____ A bar | | | | $25.0 | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: ___  DATE: 06-25-97

INSURED'S SIGNATURE: ___

TOTAL SAN ANTONIO

RECEIVED JUN 17 1997

078

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 84 of 161

# INSURED'S STATEMENT OF CLAIM

PAGE # 2

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED (Mo. - Year) | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 3 | Wire Stripping Tool | | | | $100.00 | |
| 1 | Tooth Cord-off Allen | | | | $25.00 | |
| 1 | Allen Tool 30 pc | | | | $25.00 | |
| 1 | Klein Cut Off Unibit | | | | $65.00 | |
| 1 | Dry Remelt | | | | $25.00 | |
| 1 | Grind Tool | | | | $30.00 | |
| 1 | Allen Cord 16" | | | | $65.00 | |
| 1 | Box Combination | | | | $25.00 | |
| 1 | Air Impact Tool - Yellow | | | | $75.00 | |
| 1 | Impact Tool | | | | $25.00 | |
| 1 | 24" 6 Visl Vice | | | | $40.00 | |
| 1 | Corner Yellow Cord | | | | $25.00 | |
| 1 | Hand 12 " Roll | | | | $6.00 | |
| | 6 " | | | | $3.00 | |
| | 6 " | | | | $3.00 | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: _____   DATE: 06-01-97

INSURED'S SIGNATURE: _____

TOTALS: $500.00

SAN ANTONIO
JUN 17 1997

079

**INSURED'S STATEMENT OF CLAIM**

PAGE # _____

| QUANTITY | ARTICLE* Complete description, model, number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | 12" Gravel Bull | | | | $46.00 | |
| 1 | Set Disten Files 2 | | | | $32.00 | |
| 1 | Dividen 26" Thin Belt Saw | | | | $35.00 | |
| 1 | Cordless 24" Cordovit | | | | $75.00 | |
| 1 | Craftsman 20" Rip Saw | | | | $35.00 | |
| 1 | Dewalter Level Jointer 24" | | | | $25.00 | |
| 1 | Hand Saw Dewalter | | | | $25.00 | |
| 1 | Cordless 14.4x—24 | | | | $30.00 | |
| 1 | Whirle—10" Rip | | | | $25.00 | |
| 1 | Stanley Plumbvision | | | | $15.00 | |
| 1 | Stanley Spirit Level | | | | $10.00 | |
| 1 | Stanley Cordovit Saw | | | | $25.00 | |
| 1 | Drywall Saw/Stanley | | | | $10.00 | |
| 1 | Wildwood Saw | | | | $3.00 | |
| | Total Cost | | | | $461.00 | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: _Jose Bailey_    DATE: 06-01-97

INSURED'S SIGNATURE: _____

TOTALS: $461.00

SAN ANTONIO

JUN 17 1997

080

I-5-long,
07-25-97

**INSURED'S STATEMENT OF CLAIM**

PAGE # 2

(71)

| QUANTITY | ARTICLE Complete description, model, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | Stanley Folding Rule | | | | $20.00 | |
| 1 | 12" Plier ? | | | | $12.00 | |
| 1 | 25" Wall Tool | | | | $18.00 | |
| 1 | Stanley Steel 10" Saw | | | | $28.00 | |
| 1 | Miller Falls 12" Brace | | | | $95.00 | |
| 1 | Stanley 6" Level | | | | $60.00 | |
| 1 | Set Augers Bit ? | | | | $80.00 | |
| 2 | " Extended Bit ? | | | | $80.00 | |
| 1 | Bit Forstner Bits (16) | | | | $117.00 | |
| 1 | Fractional Drill Box - 68 pcs | | | | $400.00 | |
| 1 | Craftsman III Drill Bit Set | | | | $150.00 | |
| 1 | Craftsman ? ?cement | | | | $19.00 | |
| 1 | Drill Press | | | | $10.00 | |
|  |  |  |  | TOTAL | $1400 | |

11-MISSING
(8-NEW)

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP

INSURED'S SIGNATURE: Dora Bailey     DATE: 06-02-97

INSURED'S SIGNATURE: _____

SAN ANTONIO
JUN 17 1997
RECEIVED

081

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 87 of 161

# INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | Cherterson Plumbing kit | | | | $160.00 | |
| 1 | Ratchet Tap Set | | | | | |
| 1 | Cherterson Reel kit | | | | | |
| | | | | | | |
| 1 | Handle Shutner | | | | | |
| 1 | Handle Shutner | | | | | |
| 1 | Blacksmith Hammer | | | | $125.00 | |
| 1 | Bench Light 20" | | | | $70.00 | |
| 1 | Craftsman - Black Vest | | | | $30.00 | |
| | Black Vest | | | | $50.00 | |
| | Vest | | | | $30.00 | |
| | Smock | | | | $70.00 | |
| | | | | | | |

These are 1995 Mail Persons

I broke my Toe with these!

TOTAL $435.00

SAN ANTONIO

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: _____ DATE 06-20-17

INSURED'S SIGNATURE: _____

JUN 17 1997

I-6-
07-23-97

73

## INSURED'S STATEMENT OF CLAIM

PAGE # _____

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, ix) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | Clothing + Accessories | Jewelry | | | $70.00 | |
| 1 | Clothing + Accessories | | | | $1,500.00 | |
| 1 | Jewelry Circle Cuts | | | | $120.00 | |
| 1 | Record Automotive Hose | | | | $70.00 | |
| 1 | Stereo Ballard Floor | | | | $55.00 | |
| 1 | Stereo Log Box | | | | $65.00 | |
| 1 | Stereo Log Box | | | | $70.00 | |
| 1 | Small Player | 2 gradatt Front Scrad Leather | | | $400 | |
| 1 | First Aid Kit | | | | $200 | |
| 1 | Oils | | | | $25.00 | |
| 1 | Small Hand Tool | | | | $6.00 | |
| 1 | Car Electronic Basic | Johnny's | 1997 | | $15.00 | |
| 1 | Sag Multi Tool | Johnny's | 1995 | cash | $25.00 | |
| | | | | | $70.00 | |
| | | | | | $440.00 | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: _D. M. Bishop_   DATE: _06.01.97_

INSURED'S SIGNATURE: _____

TOTAL: _____

SAN ANTONIO

RECEIVED JUN 17 1997

I-7-2002
07-25-97

(73)

083

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 89 of 161

## INSURED'S STATEMENT OF CLAIM

Kennedy Bros - 3

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO., YEAR | PAID BY (cash, check, charge, etc) | COST | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|
| 1 | Set Pen Pencil Dragsman's Tech | A.F.B. | N/R | 1970-90 | | 18.00 |
| 1 | Set Pen Pencil Drawing Ser Tool | | N/R | | | 18.00 |
| 1 | Set 8 Bolt Knives | | ? | | | 60.00 |
| 1 | | | ? | | | 20.00 |
| 1 | | | ? | | | 39.00 |
| 1 | Microcrystalline Diamond Stone | | ? | | | 60.00 |
| 1 | | | ? | | | 30.00 |
| 1 | Ruko Slingshot 320 Ft | | ? | | | 45.00 |
| 1 | Blackmax Recycle Cones | | ? | | | 25.00 |
| 1 | Angle Checker | | ? | | | 70.00 |
| 1 | Set 4 Ceramic Files | | ? | | | 45.00 |
| 1 | Set Marbles | | ? | | | 18.00 |
| 1 | | | ? | | | 7.00 |
| | | | | TOTALS: | | 85.00 |
| | | | | | | # 549.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE _____   DATE: 06-01-97

INSURED'S SIGNATURE _____

√ omb . 08-14-97

SAN AN
JUN 1

J-1 omb
07-25-97

084

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 90 of 161

# INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED Mo., Year | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| (1) | Metal Army Foot Locker | | | | | 1 | $25.00 |
| (2) | D.K. Blair Trap 77 Shotgun in Loc. | G.F. Bishop | N/A | N/A | | 2 | $25.00 3 guns |
| (3) | Binder with paper | Lee Ottodale Market | | | | 3 | |
| (4) | Walnut Level bench with feet | Original in H.Y. 1920 | | | | 4 | $85.00 |
| (7) | Boy Scout Scrapbook | | N/A | N/A | | 5 | $150.00 |
| (5) | Pictures O B.G.E. Guy Baseball | | | | | 6 | —0— |
| (6) | B/W 8x10 Bennington | de Bedroom on Wall | | | | 7 | —0— |
| | Glass Front Fireplace | US Competition Gun 1985-75 | | | | 8 | —0— |
| (8) | Scouting Post My Friend | 1875 — 1878 | Summer | | | 9 | —0— |
| (9) | Scout Plan Set of cards | Completed 1883 | 1883 | | N/A | | 10 | —0— |
| (10) | Items of County Scout Cmp | | 1963 | | N/K | | 11 | —0— |
| (11) | Items O Scout Troop Bands | Canada | 1965 | | N/K | | 12 | —0— |
| (13) | Thomas Wood Frame print | Cinema | 4 Mo. 1958 | | N/A | | 13 | —0— |
| (12) | Picture of Tom Washington | | | | | 14 | —0— |
| (14) | Set of Camp Light | | | | | | |
| | Antique B.P. Estimate Other | | | | | | $285.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____   DATE: 02-3-97   TOTALS: SAN-AN

INSURED'S SIGNATURE: _____   02-2-9   08-12-97

TOTALS: SAN-AN

085

## INSURED'S STATEMENT OF CLAIM

PAGE # _____

X-1
Long
08-14-97

X-1 Long
07-23-97

| QUANTITY | ARTICLE (Complete description, model number, serial number, brand name, etc.) | WHERE PURCHASED | WHEN PURCHASED (approx. mo.-year) | PAID BY (cheque, cash, charge, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| | Leather Suitcase 35" x 21" Stamps Don Bishop - Map 32 | T. Holloway at Luggage Shop in Houston | Not Sure | Not Known | N/K | | $50.00 |
| | Nomaday Leather Case Stamped Map 32 | H. E. F. Bishop Luggage Shop | 1940's | Donation By Grandma Fisher | N/K | | $188.00 |
| 1 | 1980's Boy Scout Hatchet Head | H. E. F. Bishop | 1980 World War | $5.00 | N/K | | $175.00 |
| 1 | Canvas Back Pack BSA 1940's | G. F. Bishop | Pr. 1940 | N/L | N/K | | $25.00 |
| 1 | Boy Scout Seminor Flags BSA | G. F. F. Bishop | 1950's | N/L | N/K | | $50.06 |
| 1 | Alcohol Stove Cook | N/K | N/K | N/K | N/K | | $45.00 |
| | | | | | | | cost of material $10.00 |
| 1 | Boy Scout Hatchet Sheath Knife | Florida/New York | 1950's | N/K | N/K | | $65.00 |
| 1 | G. I. Mess Kit | -0- | -0- | -0- | -0- | | $120.00 |
| | Aluminum Mean Case | B.S.A. | 1970's | -0- | $5.00 | | $7.00 |
| 1 | Metal Nochotchie Slide | Camp 1972 | -0- | -0- | $4.00 | | $10.0° |
| | Ten Man Miner's Lantern B.S.A | G.F.B. Circa | 1970's | -0- | -0- | | $5.00 |
| | Gunflint Matik Bugle Mouth Piece | G.F.B. Cir. | 1970's | -0- | -0- | | $90.00 |
| | | | | | | | $700.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____ 20 mg. Bishop _____

INSURED'S SIGNATURE: _____

DATE: 05-31-97

$2055.00

C. Long - 08-14-97

SAN ANTO ____

TOTALS: JUN 11 ____

REC'VI

086

L—1—DmB
07-28-97

NOTE: I do NOT Know
Relationship of George H. Bishop
Tool Mark of to George F. Bishop!
— DmB

I doubt's ......
these tools are of the
better grade for their era.

## INSURED'S STATEMENT OF CLAIM

KANGAROO

PAGE # B    (87)

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO., YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Metal Tool Chest - Kangaroo Label | New Zealand | WWI | Not Known | | (1) | $45.00 |
| 1 | In Dual New Zealand Deposit (Canvas Covering) Was Made Later | | | -0- | | (1) | -0- |
| | With Dovetail Joints? Props | At Johnson Canvas Co. | | | | (2) | 125.00 |
| | Straight Back Rip Saw | G.E.B. | | -0- | | (3) | 45.00 |
| | Skew Back Rip - G+B-Co | G.E.B. | | -0- | | (4) | 45.00 |
| | Natural Rip | | | | | (5) | 45.00 |
| | Band Saw Adjustable Handle | | | | | (6) | 25.00 |
| 1-Set | Back Saw T-Shuttle Ht. Saw | | | | | (7) | 45.00 |
| | Very Large Back Saw - Filing | | | | | (8) | 65.00 |
| | G.H. Bishop - Flooring Saw | | | | | (9) | 45.00 |
| | Dicten Flooring Saw | | | | | (10) | 45.00 |
| | Ga.H. Bishop Compass Saw | | | | | (11) | 25.00 |
| | Buttons Saw - Stanley | | | | | (12) | 65.00 |
| | Key hold Saw - G.H.B. | | | | | (13) | |
| | Frt. Saw - TS and Son | | | | | (14) | |
| | | | | | | | $2/200.00 |

† item now needs details.

Hole in Handle

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: Geo. Bishop

INSURER'S SIGNATURE:

DATE: 05-27-97

TOTAL SAN ANTONIO

RECEIVED
JUN 17 1997

087

## INSURED'S STATEMENT OF CLAIM

L-2 ams
07-25-97

| QUANTITY | ARTICLE Complete description, model number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (whom, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | on the Table - 1977 Dewalt Saw Benct | | | | 1 | | $ 75.00 |
| 1 | TS and Sabr Dovetail | | | | 2 | | $ 25.00 |
| 1 | Emby 1953 - Dovetail | | | | 3 | | $ 45.00 |
| 1 | Delta Band Tool | | | | 4 | | $ 25.00 |
| 1 | 6 H.P. Joiner Saw | | | | 5 | | $ 35.00 |
| 1 | Joiner Saw - Unknown Maker | | | | 6 | | $ 60.00 |
| 1 | Stat Build-it Saw Add | | | | 7 | | $ 60.00 |
| 1 | Craftsy Saw - 6 HP | | | | 8 | | $ 35.00 |
| 1 | Set Distnt Bench Saw Clamp | | | | 9 | | $ 15.00 |
| 1 | Hand Saw pointer | | | | 10 | | $ 45.00 |
| 1 | Saw Set point-v Talat-v | | | | 11 | | $ 25.00 |
| 1 | 2 ? Saw Clamps 6 HP | | | | 12 | | $ 45.00 |
| 1 | Drummell Tool Set BBS | | | | 13 | | $ 30.00 |
| | | | | | 14 | | $ 40.00 |
| | | | | | | | $ 540.00 |

Smith Mechanical Tool

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE _____ DATE 05-27-97

INSURED'S SIGNATURE _____

088

PAGE # 84
B-3

L-3 Long
07-25-89

## INSURED'S STATEMENT OF CLAIM

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. & YEAR | PAID BY (cash, ck., charge, etc.) OR Bank | DEPRECIATION | | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Sight Bar Gate — Stanley | G. Elect. | 20's 40's | | 1 | $ | 35.00 |
| | Westley Gear — " | | | | 2 | $ | 35.00 |
| 1 Wells corp Caltercjit Gear (Stanley) — | Alhambra Calif | | | 3 | $ | 45.00 |
| (with case) 1 Double Bar Gear | | | | 4 | $ | 45.00 |
| 1 | 3 Ball Gauge | | | | COS 5 | $ | 20.00 |
| 1 | Stanley Quift Gauge No.85 | | | | 6 | $ | 20.00 |
| 1 | 87 | | | | 7 | $ | 20.00 |
| 1 | 89 | | | | 8 | $ | 20.00 |
| 1 | 92 | | | | 10 | $ | 20.00 |
| 1 | 93 | | | | 11 | $ | 20.00 |
| 1 | 94 | | | | 12 | $ | 20.00 |
| 1 | 15 | | | | 13 | $ | 5.00 |
| Missing Screw | | | | | 14 | $ | 45.00 |
| 1 | I.S. and Side Butt Gage | | | | | | $305.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: D. M. Belay    DATE: 05-17-89

INSURED'S SIGNATURE:

TOTALS
JUN 17

RECEIVED

089

L-9-Lamb

07-22-97

## INSURED'S STATEMENT OF CLAIM

| QUANTITY | "ARTICLE" Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED (MO.-YEAR) | PAID BY (check, cash, charge, etc.) | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|
| 1 | Stanley Box 24¾ C41/44 | G.E.B. | 3½/95 | | 1 | $ 35.00 |
| 1 | Lufkin 12 ft. Ext. Ladder Rule | G.E.B. | 3½/93 | | 2 | $ 35.00 |
| 1 | Roland 24" Level Min [illegible] | G.E.B. | | | 3 | $ 25.00 |
| 1 | Drill Makita | G.E.B. | | | 4 | $ 45.00 |
| 1 | Stanley Metal Level | G.E.B. | | | 5 | $ 10.00 |
| 1 | H.S.K. Tamper Screws | | | | 6 | $ 10.00 |
| 1 | Count Compdd | G.E.A. | | | 7 | $ 28.00 |
| 1 | Lot Bead Cutting [illegible] | | | | 8 | $ 16.00 |
| 1 | Drawers 3 of box | | | | 9 | $ 16.00 |
| 1 | 8" box | | | | 10 | $ 16.00 |
| 1 | 12" Bag | | | | 11 | $ 19.00 |
| 1 | Vac Compdd | | | | 13 | $ 20.00 |
| 1 | Drill Allied Red Bit [illegible] | | | | 3 | $ 15.00 |
| 1 | Drill Allied Red Bit | | | | 4 | |
| | | | | | | $ 300.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: [signature]    DATE: 05-22-97

INSURED'S SIGNATURE:

TGAA Ai
JUN 1
ReG:

## INSURED'S STATEMENT OF CLAIM

PAGE # 86

PAGE # 5

| QUANTITY | ARTICLE (Complete description, model number, serial number, brand name, etc.) | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Plumb Bob Mark By G.F.B | G.F.B. | | | | | $50.00 |
| 1 | Plumb Bob - TSquA Saw Level | | | | | | $60.00 |
| 1 | Numb Bob - Jewel - Tri Square | | | | | | $70.00 |
| 1 | Numb Bob - Slotted | | | | | | $45.00 |
| 1 | Numb Bob - Accessory Filled | | | | | | $65.00 |
| 1 | Numb Auto | | | | | | $45.00 |
| 1 | Numb Auto and Stamp | | | | | | $45.00 |
| | Straight Edge Mag 24" | | | | | | $5.00 |
| | (2) | | | | | 2 | $5.00 |
| (5) | Steel Rester Edge | | | | | | $10.00 |
| | Dried Dry Weight 2da | | | | | 3 | $5.00 |
| | Case Mount Rubber | | | | | | $18.00 |
| | Straight Edge Ver Mount | | | | | 4 | $25.00 |
| | Steel Cell Tri Edge | | | | | | $7.00 |
| | | | | | | | **$491.00** |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: D. M. Bishop

INSURED'S SIGNATURE:

DATE: 05-27-97   TO: SAN ANTONIO

JUN 17 1997

RECEIVED

091

PAGE # 87

B-6

INSURED'S STATEMENT OF CLAIM

PAGE B-6

87

| QUANTITY | ARTICLE (Complete description, model number, serial number, brand name, etc.) | WHERE PURCHASED | WHEN PURCHASED (MO.-YEAR) | PAID BY (Check, cash, charge, t/c) | COST | DEPRECIATION | | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|---|
| 1 | Seattle Oak Cherry Wood | | | | | | 2 | $ 12.00 |
| | Mirror | | | | | | 3 | $ 18.00 |
| | Bed w/ mattress G.F.B. | | | | | | 4 | $ 8.00 |
| Set | Hickory | | | | | | 5 | $ 10.00 |
| 1 | Wood | | | | | | 6 | $ 12.00 |
| | Plot | | | | | | 7 | $ 12.00 |
| | Buffet family | | | | | | 9 | $ 65.00 |
| 1 | Item | Aberdeen Tx. | 4/d | | | | 10 | $ 85.00 |
| | Leather Couch or Loveseat | | | | | | 11 | $ 18.00 |
| | I.L. Sofa Loveseat | | | | | | 12 | $ 45.00 |
| 1 | Wicker Room Junk table | | | | | | 13 | $ 45.00 |
| | David Coronado Architect | | | | | | 14 | $ 45.00 |
| | Zabala Julian Architect | | | | | | | $ 43.00 |
| | Zabala Julian 49... | | | | | | | |
| | Aberdeen Scottish Art | | | | | | | $ 436.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____  DATE: 05-27-97  TOTALS: SAN ANTONIO

INSURED'S SIGNATURE: _____  JUN 17 '97  RECEIVED

092

L-7-00mb
07-25-99

## INSURED'S STATEMENT OF CLAIM

PAGE # 88
B-7

PAGE # 7
B-

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (cash, etc.) | COST | DEPRECIATION | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|---|
| 1 | Try Squal Stanley | | | | | 1 | 1 | $ 18.00 |
| 1 | Try Squal No.de L.S.Carpent | | | | | 2 | 2 | $ 18.00 |
| 1 | Miter Layout Combo Set | | | | | 3 | 3 | $ 45.00 |
| 1 | Combind Tri-Miter Squal | | | | | 4 | 4 | $ 70.00 |
| 1 | Take Down Squal Head | | | | | 5 | 5 | $ 80.00 |
| 1 | Framing Squal | | | | | 6 | 6 | $ 18.00 |
| 1 | Combination Squal Combo | | | | | 7 | 7 | $ 45.00 |
| 1 | Steel Sliding T bevel | | | | | 8 | 8 | $ 45.00 |
| 1 | Hand Drill Bit Holder | | | | | 9 | 9 | $ 45.00 |
| 1 | Ship auto Center Punch | | | | | 10 | 10 | $ 35.00 |
| 1 | Har cased Punch Standard | | | | | 11 | 11 | $ 45.00 |
| 1 | Pipe Vice 10" x 3/4 x 1/4 | | | | | 12 | 12 | $ 60.00 |
| 1 | Bar Level Hard wood | | | | | 13 | 13 | $ 45.00 |
| | | | | | | 14 | 14 | |
| | | | | | | | | # 599.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: B.M. Bishop

INSURED'S SIGNATURE:

DATE: 05-22-99          TOTAL SAN ANTONIO

JUN 1 7 1997

093

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 99 of 161

PAGE # 89

## INSURED'S STATEMENT OF CLAIM

| QUANTITY | ARTICLE* Complete description, model number, serial number, etc. | WHERE PURCHASED | WHEN PURCHASED Mo. - Year | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | drum set | | | | | | $125.00 |
| 1 | 5'' bed | | | | | | 85.00 |
| 1 | baby bed | | | | | | 85.00 |
| | baby bed | | | | | | 145.00 |
| | baby bed | | | | | | 50.00 |
| 4 | 4x6 Photo chips | | | | | | 40.00 |
| | 3'' dish | | | | | | 5.00 |
| | 14'' dish | | | | | | 140.00 |
| | set Mother chips | | | | | | 80.00 |
| | bottom dish chips | | | | | | 80.00 |
| | 2x4x24 chips | | | | | | 80.00 |
| | 1x2 Plywood chips | | | | | | 25.00 |
| | paint thinner | | | | | | 31.00 |
| | glue varnish | | | | | | |
| | | | | | | | $1099.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP

INSURED'S SIGNATURE

INSURER'S SIGNATURE

DATE 03 - 27

TOTAL

094

PAGE #90

B-9

## INSURED'S STATEMENT OF CLAIM

| QUANTITY | ARTICLE: Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (CASH, CHARGE, etc.) | COST | DEPRECIATION | | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Jointer Wooden Plane Mdst 3rd | | | | | | 1 | | $145.00 |
| 1 | Thing Mdst 3rd | | | | | 3 | 2 | | $45.00 |
| 1 | Earl Mdst 15th | | | | | 4 | 4 | | $100.00 |
| 1 | Jack Mdst 14th | | | | | | 5 | | $100.00 |
| | Smooth Mdst 5th | | | | | 6 | 6 | | $80.00 |
| | Smooth Mdst 12th | | | | | | 7 | | $80.00 |
| | Tool G Into The Bottom | | | | | X | 8 | | $80.00 |
| | Drawer When Slider Out | | | | | X | 9 | | X |
| | From Left To Right | | | | | X | 10 | | X |
| | Dy's If You Take To Off | | | | | X | 11 | | X |
| | When Removing Other Thg | | | | | X | 12 | | X |
| | You Move Can Lift Then | | | | | X | 13 | | X |
| | In Conventional Manns | | | | | | 14 | | X |

**TOTALS:** $730.00

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: _____ DATE: 05-22-97

INSURED'S SIGNATURE: _____

RECEIVED
SAN ANTONIO
JUN 17 1997

095

PAGE # 91

B-11

| | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|
| | | $ 65.00 |
| | | $ 85.00 |
| | | $ 79.00 |
| | | $ 89.00 |
| | | $ 79.00 |
| | | $ 65.00 |
| | | $ 79.00 |
| | | $ 75.00 |
| | | $ 150.00 |
| 0 | | $ 450.00 |
| 2 | | $ 300.00 |
| 3 | | $ 79.00 |
| 4 | | $ 65.00 |
| | | $ 100.00 |
| | | $ 1,770.00 |

## INSURED'S STATEMENT OF CLAIM

(91)

PAGE # 91

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED Mo. - Year | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| Battery Box 1 | Stanley Scroll Plane | | | | | |
| 1 | Stanley block Plane | | | | | 2 |
| 1 | Bailey Smooth Plane | | | | | 3 |
| 1 | Stanley Finisher | | | | | 4 |
| 1 | Stanley Trying | | | | | 5 |
| 1 | Union Fore | | | | | 6 |
| 1 | Stanley Jack | | | | | 7 |
| 1 | Stanley Router Plane | | | | | 8 |
| 1 | Stanley rabbet Plane | | | | | 9 |
| 1 | Stanley No 55 Plane | | | | | 10 |
| Battery Box Pradin Bo-4 1 | Stanley No 45 Plane | | | | | 11 |
| 1 | Keen Kutter block Plane | | | | | 12 |
| 1 | Bailey Bedrock Plane | | | | | 13 |
| 1 | Stanley#2 Son 1 Smooth | | | | | 14 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: _____

INSURED'S SIGNATURE: _____

DATE: 05-22-97    TOTALS: SAN ANTONIO

JUN 17 1997
RECEIVED

096

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 102 of 161

J-2-Domb
07-25-97

# INSURED'S STATEMENT OF CLAIM

| QUANTITY | ARTICLE: Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.·YEAR | PAID BY (check, cash, charge, etc) | COST |
|---|---|---|---|---|---|
| 1 | Set - 4 Patternmaker Chisels | | | | $ 145- |
| 1 | Set - 4 - Creek Neck Chisels | | | | $ 145.0 |
| 1 | Set - 3 - Back Bay Leg Chisels | | | | $ 7- |
| 1 | Set Construction Chisels (4) | | | | $ 100.0 |
| 1 | White Corner Chisel | | | | $ 95.0 |
| 1 | White 1" Corner Timber Chisel | | | | $ 95.0 |
| 1 | Set White Mortise Chisel (4) | | | | $ 200.0 |
| 1 | White Slick - 2 3/8 x 8" | | | | $ 65.0 |
| 1 | White Slick 3 3/8 10 | | | | $ 55.00 |
| 1 | Set Reed Steel Carving Tools | | | | $ 195.0 |
| 1 | Set Carving Tool Sets (2 | | | | $ 88.0 |
| 1 | Set Dockard Carving Tool)9 | | | | $ 265.0 |
| 1 | Set Scorps 1/4 3/4 1/2 1" 1/4 | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____   DATE: 06-24-97   TOTALS: _____

INSURED'S SIGNATURE: _____

$ 1478

SAN ANTONIO
JUN 17 1997
RECEIVED

$ 73-4,80 · $ 2 · $ 

097

07-25-97

J. 3-Burk

# INSURED'S STATEMENT OF CLAIM

| QUANTITY | ARTICLE* Complete description, model number, serial numbers, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIA. |
|---|---|---|---|---|---|---|
| 1 | Leg sheld | | M 1955 40 yrs | | | $ 12 |
| 1 | Box 9/16 | | | | | $ 8 |
| 1 | Lot oriental Beg Clamps | | | | | $ 12 |
| 1 | miniture Bob jack 4" | | | | | $ 5 |
| | 6" | | | | | |
| 1 | Box Cloth Oil Cu | | I know at least 40 years | | | $ 47 |
| 1 | Orientation Machine Plat | | — 0 — | | | |
| 1 | Litte 1 Mail Files | | — 0 — | | | $ 12 |
| 1 | Bout Bench | | — 0 — | | | $ 21 |
| 1 | All Angel Sart | | Bought 1955 ? | | | $ 35 |
| 1 | Aerobstral (?) Brickard Agrinkle | | — 0 — | | | $ 100 |
| 1 | Cordial peoples | | | | | $ 15 |
| 1 | Set Pylyblue (10) | | | | | $ 25 |
| 1 | Flex Mouk Light | | | | | $ 6 |

I use this on Box Scout Self EF

**ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.**

INSURED'S SIGNATURE: J.J.M. Burk

INSURED'S SIGNATURE:

DATE 06-01-97

TOTALS: $ 499

SAN ANTONIO

JUN 17 1997

Dme-0874-97

PAGE # A 7

Duplicate

76

CHPDF - www.fasdo.com

## INSURED'S STATEMENT OF CLAIM

PAGE # ___

07-25-97

J-Y-SOMB 77

#4

| QUANTITY | ARTICLE: Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATI |
|---|---|---|---|---|---|---|
| 1 | Pocket Phillips Screw Drive Set | | 40 yrs AP | | | 18.00 |
| 1 | Regular Flat Set | | 40 Yrs AP | | | 18.00 |
| 1 | Pocket Tool Set | | ONE (bought from this) | | | 25.00 |
| | 12x24x2 Drill Box won't work for | | | | | 170.00 |
| | Complete nail/Brush Serial Box | | | | | 170.00 |
| | Art Bog. to 30 years eye. New York on Denver | | | | | 200.00 |
| Mini Crowbar | for Iner | | | | | |
| 6 | Boxes of Brass Lettos and Sayings Lyn EYE | Johnny's Tre Valpo | | | | 250 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

DATE: 06-0-97

TOTALS SAN ANTONIO

$ 84/

INSURED'S SIGNATURE: _____

INSURED'S SIGNATURE: _____

JUN 17 1537

099

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 105 of 161

J-8-2012
07-25-97

(80)

Nyt Kayaki:
Paddles first mounted equipment
One estimate $1750u 50.00 75.00 — Have no idea.

## INSURED'S STATEMENT OF CLAIM

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION |
|---|---|---|---|---|---|---|
| 1 | Tent Sleeping Bag | S.O.F.B | N/K | | | $100.00 |
| 1 | Tent Mosquito Netcover | S.O.F.B | | | | $50.00 |
| 1 | Folding Kayak - Klee NY | S.O.F.B | 6/990 | | | $3,500.00 |
| 1 | Rainbow Trout Skins | S.O.F.B | ? | 2 | | $75.00 |
| 1 | Kaggaroo Short | S.O.F.B | 1930's | ? | | (illegible) |
| 1 | Knife Tool Spoon Set | Jacquelay Bro | ? | ? | | 10.c |
| 1 | ? Council Set | 1941 | | | 8.20 | 5.c |
| 1 | Boy Scout Sewing Kit Cotton | ASM | 1950's | ? | 2 | 2.5 |
| 1 | 2lb Alum Cookset & tol | S.O.F.B | 1950's | ? | 7 | 4.0 |
| 1 | 9/8 oz @ Cookset GE | S.O.F.B | ? | 7 | | 10.c |
| 1 | Boy Scout Eating Outfit | M.F.B | -0- | -0- | | 100.c |
| 1 | Boy Scout Handbook | Florida | 1920's | -0- | | 25.0 |
| 1 | Sea Scout Handbook | Florida | 1920's | -0- | | 25.0 |
| 1 | Air Scout Handbook 1948 | -0- | -0- | -0- | | 25.0 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____

INSURED'S SIGNATURE: _____

DATE: 05-31-97

TOTAL: SAN ANTONIO      $_____

JUN 17 1997

100

## INSURED'S STATEMENT OF CLAIM

PAGE #

J. g. Long
⑧
07-22-97

| QUANTITY | ARTICLE: Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPR/CLAIM |
|---|---|---|---|---|---|---|
| 1 | Cub Scout Book Set-bag-Lim Hat | Hyan | 1950's | -0- | -0- | 8.50 |
| 1 | Boy Scout Handbook | HA | 1950's | -0- | -0- | 35.00 |
| 1 | Boy Scout Handbook | Hyen | 1950's | -0- | -0- | 35.00 |
| 1 | Cub Scout Handbook | | 1950 mine | -0- | -0- | 22.50 |
| 1 | Boy Scout Tote Bag | G.F.B. | 1940's-50's | -0- | -0- | 40.00 |
| 1 | Knots - Rope | | | -0- | -0- | 15.00 |
| 1 | Knots NAVY Guide OF ... | | | -0- | -0- | 15.00 |
| 1 | Set of Balsa Wood Model Plane | Probably Florida | | -0- | -0- | 5.00 |
| 1 | Picture of Scouts In Oldentown | Troop | 1970's | -0- | -0- | -0- |
| 1 | Collection - Button | H.L. | 70's 70's | -0- | -0- | -0- |
| 1 | Nix Chain, Ltd, ... | aftercapes | 1970-'s | -0- | -0- | -0- |
| 1 | Glass ... by catalog | | 1970's | -0- | -0- | -0- |
| 1 | Best Glass ... | -0- | -0- | -0- | -0- | -0- |
| 1 | Treasure Island Scout Camp Picture | -0- | -0- | -0- | -0- | 1.00 |
| 1 | Crayola Picture Beauty Camp | Mission 7t | 1950's | -0- | -0- | 1.00 |
| 1 | Best Old HAM Radio LinkClosed | -0- | -0- | -0- | -0- | -0- |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____ J. g. Long _____

INSURED'S SIGNATURE: _____

DATE: 05-3/-97   TOTALS: $145

J. g. Long 07-22-97

101

PAGE #92

INSURED'S STATEMENT OF CLAIM

| QUANTITY | ARTICLE: Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED Mo., Year | PAID BY (cash, card, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Set Auger Screwdrivers (3) | G.F.B. | | | 1 | 1 | $ 60.00 |
| 1 | Set Allen Screwdrivers (1) | G.F.B. | | | 2 | 2 | $ 40.00 |
| 1 | Rectangular Bran Compas | | | | 3 | 3 | $ 200.00 |
| | Pencil Case 4" x12x3" | | | | 4 | 4 | |
| | You Turn A Screw At The | | | | 5 | 5 | |
| | End Counter clockwise | | | | 6 | 6 | |
| | And With Your Pencil | | | | 7 | 7 | |
| | Compartly IN. Then As | | | | 8 | 8 | |
| | You Turn It Clockwise | | | | 9 | 9 | |
| | The Pencil Comes Out | | | | 10 | 10 | |
| | As You Pull On The Cap | | | | 11 | 11 | |
| | Sharpened- Blends In Cap | | | | 12 | 12 | |
| | Art Collectable. | | | | 13 | 13 | $ 10.00 |
| | Box Of (Metal Plate Magazines) Back To Rebuild With Stone | G.F.B. | | | 14 | 14 | |

DATE 05-22-97     TOTALS: 4 Boxd     $ 330.00

SAN ANTONIO

RECEIVED     JUN - 1 1997

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE:

INSURED'S SIGNATURE:

102

# INSURED'S STATEMENT OF CLAIM

PAGE #

Matched Toys

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Connect Mattel | Planting | | | | | $22.00 |
| 1 | Train Crafs | " | | | | | $12.06 |
| 1 | 77 Chevy | " | | | | | $12.00 |
| 1 | Tonic Bry DM Bart | " | | | | | $12.00 |
| 1 | Fly Truck | " | | | | | 12.00 |
| 1 | Local Toys | " | | | | | 45.00 |
| 1 | Citroen | " | | | | | 10.00 |
| 1 | Bulldozer | " | | | | | 35.00 |
| 1 | Aislin Toys | " | | | | | 12.00 |
| 1 | Travel Trailer | " | | | | | 60.00 |
| 1 | CW Express | " | | | | | 35.00 |
| 1 | Lamborgini (?) 9000 | " | | | | | 35.00 |
| 1 | Marys Mink | " | | | | | 25.00 |
| | | | | | | | 35.00 |
| | | | | TOTALS: | | | $350.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE _____    DATE 8-20-97

INSURED'S SIGNATURE: _____

103

## INSURED'S STATEMENT OF CLAIM

PAGE # ___

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Coat-o-Get Wer | Jerry J. Baby | | | | | $130.00 |
| 1 | Oven-Getron-Edmodt | " | | | | | $90.00 |
| 1 | Plinker | " | | | | | |
| 1 | Green Metal Water Reg | " | | | | | $25.00 |
| 1 | Cracker-UnWear | " | | | | | |
| 1 | Pizza Pasta Yellow | " | | | | | $60.00 |
| 1 | Silk Clint Expeller | " | | | | | $60.00 |
| 1 | Relaxbet Ched Pepper | " | | | | | |
| 1 | Smith Bird-Dub | " | | | | | $30.00 |
| 1 | Oven Clout Moner 78m | | | | | | $45.00 |
| 2 | Holden-Red White | | | | | | $17.00 |
| 1 | Holden-Black White | | | | | | $17.00 |
| 1 | Pillbox - Yellow | | | | | | $17.00 |
| 1 | Shake Spray-White | | | | | | $17.00 |
| | | | | | | | $17.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP

INSURED'S SIGNATURE: D.M. Baby        DATE: 09-20-91

INSURED'S SIGNATURE: _____        TOTALS: $509.00

**104**

## INSURED'S STATEMENT OF CLAIM

PAGE #_____

Toys and collectables

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED (MO. - YEAR) | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 2 | Box of Toys | | | | | | 10.00 |
| | Gilbert chemistry cast | (act 04-5?) | | | | | 60.00 |
| | Island Trail follow | | | | | | 40.00 |
| | 6 Marble car Era | | | | | | 60.00 |
| | Gray Two Tones 7" | Africa | wwII | | | | 48.00 |
| 1 | Hippo 3-7½ | | 1940 | | | | 49.00 |
| 1 | Hippo 14-16 Also follow Town | Town | | | | | 62.00 |
| 1 | Lindsay U.S Army | | | | | | 48.00 |
| 1 | P 79 | | | | | | 30.00 |
| 1 | Toot,24-74 Pipe Car | | | | | | 50.00 |
| 1 | Sky float | | | | | | 5.00 |
| 1 | Sea plane | | | | | | 39.00 |
| 1 | Boomerang | | | | | | 25.00 |
| | | | | | | | 15.00 |
| | | | | | TOTALS: | | $ 589.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: _____  DATE: 07-20-17

INSURED'S SIGNATURE: _____

105

## INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO., YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Red White Str Bag | Sears/Roebuck, Houston, TX, Bishop | 1962 | | | | $ 30-06 |
| 1 | Godevil | " | 11 | | | | $ 30-00 |
| 1 | Bite-Em-Bar-Yellow | " | | | | | $ 30-00 |
| 4 | White Bomber | " | | | | | $ 30-00 |
| 1 | Arbest-Red Tail Bomber | " | | | | | $ 30-00 Marsha Bo |
| 1 | Yellow-Black Nite Bomber | " | | | | | $ 30-00 |
| 1 | Green back - Bomber | " | | | | | $ 30-00 |
| 1 | Pearl | " | | | | | $ 30-00 |
| 1 | Black | " | | | | | $ 30-00 |
| 1 | Bomber Red White Tek | " | | | | | $ 15-00 Missing Hook |
| 1 | Test Bake Lure-Glass | " | | | | | $ 10-00 |
| 1 | Double Hook Pickup Lure | " | | | | | $ 120-00 |
| 1 | Lab Ledge Floater | " | | | | | $ 30-00 |
| 1 | Emin J | Mr. Carter | | | | | $ 120-00 - NIB |
| | | | | | | | $ 10-00 |
| | | | | | | | $ 505 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____   DATE: 08-20-97

INSURED'S SIGNATURE: _____

TOTALS:

106

# INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Yellow Felt Bag Russell Flyrod Reel - Yellow Green Handle | | | | | | |
| 1 | Tuneing Fork Reel | | | | | | $ 20.00 |
| 1 | Antique Sinker Mold (Offerman) | | | | | | $ 50.00 |
| 1 | Gayle Fly Reel | | | | | | $ 35.00 |
| 1 | Yellow Maple Fly Reel with | | | | | | $ 30.00 |
| | Brass Fitting. The Reel | | | | -0- | | $ |
| | was handmade For | | | | About | | $ 25.00 Maple Block |
| | Me By George F | | | | 35 | | $ 145.00 Brass Fitting |
| | Bishop on my eleventh | | | | Hours | | $ I am not as |
| | birthday with his | | | | by | | sure as to |
| | own hands and he | | | | my | | time but |
| | did not give half | | | | Dad | | I can make |
| | OF it to anyone | | | | | | one or have |
| | else" I made the case for it my self in yellow canvas. | | | | | | it made. |
| | | | | | | | $ 300.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: D. M. Bishop

DATE: 08-~~04~~ 20-97 TOTALS: $605.00

INSURED'S SIGNATURE: ____________

ClibPDF - www.fastio.com

## INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE: Complete description, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED (Mo., Year) | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| | Fly Fishing Journal | Dallas | 1994 | cash | 11.00 | | $ 21.82 |
| | Fly Fishing | " | 1994 | gift | 7 | | $ 7.95 |
| | Fly Fishing Bible | G.F.S. | 1995 | cash | 800 | | $ 32.00 |
| | Trilogy Fly Pattern vol II Volume I | Dallas | 1995 | -0- | | | $ 24.00 |
| | Flyn | | | | | | $ 27.00 |
| | And about 10 Most | | G.F.S. | 6 $ | 13.00 7. | | $ 27.00 |
| | about 4 can going to think of $8.00 each | | | | | | $ 6.00 |
| 1 | Fly Fishing School Video | Dallas Gift | -0- | -0- | -0- | | $ 39.00 |
| 1 | Netal Flrg with | | -0- | -0- | -0- | | $ 30.00 |
| 1 | Fly Rod | | | | | | |
| 1 | 8' Fly Fisherman In Wood | G.F.S. By Son G.F. By Son From Flurn | cash | -0- | | | $ 95.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: _Graciano M. Arellano_      DATE: 8-30-97      TOTALS: $ 372.95

INSURED'S SIGNATURE: _____

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 114 of 161

## INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE* Complete description, model number, serial number, Brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | White Bag | Hwa | 1994 | J.F.B. | ? | | $ 205.00 |
| 1 | Pen Annette Tool | Hwa | 1996 | Stewmart | 700 | | $ 700.00 |
| 1 | Gay Annette Tool | Hwa-Johns | 1996 | Dm Rudy | 700 | | $ 70.00 |
| | Stedman | ? | 1995 | J.F.B. | ? | | $ 20.00 |
| | Hedm | Hwa | 1995 | Rudy | 200 | | $ 20.00 |
| | Jethel Navidad M.S.# | Hwa | 1994 | Rudy | | | $ 20.00 |
| | Cristina Ricallo Wood | ? | 1985 | J.F.B. | 2 | | $ 12.00 |
| | Original mithelman | Texa | 1950's | DR.M.H. | ? | | $ 850.00 |
| | Yellow metal white | columbu Ohio | 1961 | J.F.B. | 12400 | | $ 272.00 |
| | Yellow hunton Cro Enage | Gift | 1996 | J.F.B. | $1900 | | $ 18.00 |
| | Ship Cloth | WW II | WW II | J.F.B. | -0- | | $ 25.00 |
| | Snake Bixo Kit | WW II | 1940'S | -0- | -0- | | $ 150.00 |
| | Bristish Day Whistle | -0- | -0- | -0- | -0- | | $ 20.00 |
| | | | | | | | $ 20.00 |
| | | | | | | TOTALS: | $ 2588.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: D.M Rudy   DATE: 08-20-97

INSURED'S SIGNATURE:

110

## INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Pct. Vase Ind. of Glass | | | | | | $ 1000-00 |
| 2 | Pr Jeweled elephant feet | | | | | | $ 150-00 |
| | Antique cup & pin framed | | | | | | — 0 — |
| 1 | 9 mirror 16" x 2" | Ohio | 1955 | by F.B. | | | $ 110-00 |
| | Son Garden of Allah Print | with all other items | since 55's | H.I. Bishop | $1200.00 | | $ 80 $320 |
| 1 | Youth 7½' Kit | Family | | | ? | | |
| 1 | Jewelry Lathe | Commuck Town | ? | by F.B. | ? | | $ 900-00 |
| 1 | Walch train Cont. | | | | | | |
| | Army & Navy Prints | Iowa | Family | | | | $ 15.00 |
| 1 | Set Bath .... | | | | | | |
| | Open ... edition | From Civil War | | | | | $ 30-00 |
| 1 | Print 30-00 | To 1941 | | | | | |
| 1c | Box of Trinkets | Ohio, Iowa, Tex | | | | | $ 3515.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _J.M. Bishop_     DATE _08-20-97_     TOTALS:

INSURED'S SIGNATURE:

111

INSURED'S STATEMENT OF CLAIM

PAGE #

Thimbles Continued

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 5 | Yellow Owls | Cartivated | | | | | $ 75.00 |
| 1 | Tiny Cryotal Buffalo | Aberdinitate | WW I ??B | | | | $ 40.00 |
| 1 | German Filler | Alsaca | WW I ??B | | | | $ 25.00 |
| 2 ?? | A cat thimble but not metal | Present | 1900's | bought | 4.50 | | $ 5.00 |
| | Other than lead | | | | | | $ 10.00 |
| | bad cranberry glass | | | | | | |
| | Yellow Blob Form | | | | | | |
| 1 | Swiss Jacket Figurine | Oak Dist | -0- | -0- | -0- | | $ 3.00 |
| 1 | Very Small Yellow Case for toothpicks | | -0- | | -0- | | $ 45.00 |
| 1 | China Yellow Cat | Family | 1936's | ??H.J.B. | -0- | | $ 50.00 |
| 1 | Yellow Plastic Tooth Pick | -0- | -0- | -0- | -0- | | $ 5.00 |
| | | | | | | | $ 218.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____   DATE: 08-20-??

INSURED'S SIGNATURE: _____   TOTALS:

112

## INSURED'S STATEMENT OF CLAIM

PAGE # _____

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | History of Texas Scurbar895 | Agne Tx | 1996 | Cash | $1.00 | | $256 $500 |
| 1 | Mont Blanc Brass Crysta Ink Well Ant-foot | Mr. Ed. Stapleton Brownsville Tx 956-541-4491 | 1996 | | | | $185.00 |
| 1 | Wrist hockey Salt Water Lures | Johnny | 1999 | -0- | $11.00 | | $11.00 |
| 1 | Box of Fly Fishing Tools Vise Feathers | H-T- Bishop | | | | | $800.00 |
| | Material Tying Book and Two 12" Cork | G-F- Bishop Philmont Scout | | | | | |
| | Can with Flies for Fly Fishing | Ranch Cherokee C. Jimmun Carol Bird ely Mexico Old One island | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: _D.M. Bishop_          DATE 2-20-97          TOTALS:          $1021.00

INSURED'S SIGNATURE: _____

113

## INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
|  | Ford Leonard Truck |  |  |  |  |  | 35.80 |
|  | Harley |  |  |  |  |  | $2.5 |
|  | Pickup Truck Bed |  |  |  |  |  | 5.00 |
|  | Cleaning |  |  |  |  |  | 52.00 |
|  | Plumbing |  |  |  |  |  | 35.00 |
|  | 54 Ftl |  |  |  |  |  | 35.9 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  | $172.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: B. M. Bishop        DATE 09-7-97        TOTALS:

INSURED'S SIGNATURE:

114

## INSURED'S STATEMENT OF CLAIM

PAGE # _____

Tuft Sizted

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| | 1947 Vaila | Town | 505 | | | | $ 78.00 |
| | Greyhound Bus | | | | | | $ 45.00 |
| | 1965 Pickup | | | | | | $ 45.00 |
| | Mad Home Trailer Fox | | | | | | $ 45.00 |
| | Police car | | | | | | $ 75.00 |
| | Delivery Van | | | | | | $ 7.00 |
| | Diesel 1974 | | | | | | $ 20.00 |
| | Small Oil - 30s Truck | | | | | | $ 50.00 |
| | Florist Delivery | | | | | | $ 50.00 |
| | EnZaid Van | | | | | | $ 75.00 |
| | Build truck | | | | | | $ 45.00 |
| | Wrecker Truck & Cl. | | | | | | $ 55.00 |
| | Ford Coal | | | | | | $ 35.00 |
| | Armored car | | | | | | $ 45.00 |
| | | | | | | | $ 533.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____  DATE 08-20-97

INSURED'S SIGNATURE: _____   TOTALS:

115

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 120 of 161

## INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE* Complete description, serial numbers, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| | Toys- all 9870+ | | | | | | |
| | Too+s,xty House Trailer | Town | 40's | | | | $175.00 |
| | 1944 Ford | | CC | | | | 175.00 |
| | Prefab New m.1953 | | | | | | 75.00 |
| | Chevy - Boat Trailer | | | | | | 50.00 |
| | Ford-55 | | | | | | 1.00 |
| | Jeep 56- | | | | | | 10.00 |
| | Oil Tank 449 Brand N. | | | | | | 35.00 |
| | 1956 Ford Tractor | | | | | | 50.00 |
| | 1956 Round Truck | | | | | | 25.00 |
| | 1957 Corvett | | | | | | 35.00 |
| | 1950 School Bus | | | | | | 35.00 |
| | 1950 Dodge Van | | | | | | 3.00 |
| | 1949/50 Mercury Yellow | | | | | | 250.00 |
| | | | | | TOTALS: | | 661.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: Dan Ridup   DATE: 08-20-97

INSURED'S SIGNATURE:

Just Like
My Dad
Car At
My Hous
bong.

116

## INSURED'S STATEMENT OF CLAIM

PAGE # _____

| QUANTITY | ARTICLE* Complete description, make, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO., YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | deluxe Iva Chan | -0- | -0- | -0- | | | $10.00 |
| 1 | Woman | -0- | -0- | -0- | | | $10.00 |
| 1 | 1ft Hamburgr - | | | | | | $24.00 |
| 1 | Set of Pirates - soldier | | | | | | $6.00 |
| 1 | Set of good men (8) | | | | | | $24.00 |
| 1 | Touch Key Submarine | | | | | | $6.00 |
| 1 | Set African Animals | Iowa | 1974 | | | | $80.00 |
| | Giraffe | | | | | | |
| | Lion | | | | | | |
| | Hippo | | | | | | |
| | elephant | | | | | | |
| | Crocodile | | | | | | |
| | Gorilla | | | | | | |
| | Tiger | | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE _____   DATE 08-20-__   TOTALS: $100.00

INSURED'S SIGNATURE: _____

117

# INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO./YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Troy Bilt High Wheel Lawn Mower | Val Verde | | | | | $350.00 |
| | R.L. | | | | | | 28.00 |
| 1 | Hoe | | | | | | 36.00 |
| 1 | Brush Hog | | | | | | 5.00 |
| 1 | Triangle Kmler Hd | | | | | | 35.00 / 28.00 |
| 1 | Prop. Yellow Garden | | | | | | 26.00 |
| | Tools | | | | | | 70.00 |
| 1 | Yellow Volvo One Cab | | | | | | |
| | Snapper Mower | Bought Nov '97 | 1990 | 7 | 700+ | | 10.00 |
| | Yellow Garden Buzy Tools | Westall | -0- | | | | $720.00 |
| | velouch disc scratchr | | | | | | 30.00 |
| | colort Clinch Saws | Johnny's | Feb '85 | -1- | 7 | | |
| 1 | Blue-White Golf Bag | G.F. Bishop | '85 | -0- | 7 | | $150.00 |
| | | | | | | | $200.00 / Leath |
| | | | | | | | $100.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: _JO-Mr Bishop_     DATE: _07-20-97_     TOTALS:

INSURED'S SIGNATURE: _____

118

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 123 of 161

# INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE* Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, est) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Scott & Sheriff Off | Swanhaf Iowa | Fam 74 | | | | $ 40.00 |
| 1 | Tim Marshall | Cresston Iowa | | | | | $ 40.00 |
| 1 | As Winter Baby | as N 4 | | 97 F.B. | | | $ 25.00 |
| 1 | Police Badge Hugh Ord | One Label's | 1960's | 19 mo | 5.00 | | $ 25.00 |
| 1 | Decorative Policy | Family | -0- | -0- | | | $ 85.00 |
| 1 | Company Buy | One Allen | 1960's | | 15.00 | | $ 10.00 |
| | Amount Entitled | Bowling Green | 1960's | | -0- | | $ 5.00 $170.00 |
| 1 | About 20.22 | | | | | | $ 200.00+ |
| | March but 2 cant | | | | | | Invisible |
| | remember exactly | | | | | | 2 Vir ful |
| | except one was | | | | | | |
| | extra large from | | | | | | |
| | a comm. township | | | | | | |

370.00

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _D. M. Bailey_   DATE 07-20-97   TOTALS:

INSURED'S SIGNATURE: _____

119

INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE*<br>Complete description, model number,<br>serial number, brand name, etc. | WHERE<br>PURCHASED | WHEN<br>PURCHASED<br>MO. - YEAR | PAID BY<br>(check, cash,<br>charge, etc) | COST | DEPRECIATION | VALUE AT<br>TIME OF<br>LOSS |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| | 60 - | | | | | | |
| 1 | | | | | | | |
| 1 | | | | | | | |
| 1 | | | | | | | |
| 1 | | | | | | | |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 1 | | | | | | | |
| 1 | | | | | | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE:

INSURED'S SIGNATURE:

DATE:

TOTALS:

120

## INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE: Complete description, model number, serial number, brand names, etc. | WHERE PURCHASED | WHEN PURCHASED (mo. - year) | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Hamilton 7¼ | | | | | | |
| 1 | Hamilton Full | | | | | | |
| 1 | Houston (13¼?) | | | | | | |
| 1 | Hugo | | | | | | |
| 1 | E labs | | | | | | |
| 1 | Durango | | | | | | |
| 1 | Darupa - 1960 | | | | | | |
| 1 | Stetson 1940 | | | | | | |
| 1 | White bright 1950's | | | | | | |
| 1 | K Culvert | | | | | | |
| 1 | Corro P/o (K's) | | | | | | |
| 1 | Coupling Custom split | | 1960's | | | | |
| | | | | TOTALS: | $370.00 | | |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP:

INSURED'S SIGNATURE: _____    DATE: 08-30-97

INSURED'S SIGNATURE: _____

121

# INSURED'S STATEMENT OF CLAIM

PAGE #

| QUANTITY | ARTICLE Complete description, model number, serial number, brand names, etc. | WHERE PURCHASED | WHEN PURCHASED MO. - YEAR | PAID BY (check, cash, charge, etc.) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Crockpot Paid Cook | Gift · Bradley Bradley's Furniture Machine | 1996 | cash | 89.95 | | $ 89.95 |
| | A gift to me from my mother-in-law Bradley by Bradley given Ann by and of Terry Bradley | | | | | | |
| | | | | | TOTALS: | | $789.00 |

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: *Ann Bishop*

INSURED'S SIGNATURE: _____

DATE: 08-20-97

122

## INSURED'S STATEMENT OF CLAIM

PAGE # 64 (E-1)

Military Knife Collection - Given to me By G.F. Bishop

| QUANTITY | ARTICLE Complete description, model number, serial number, brand name, etc. | WHERE PURCHASED | WHEN PURCHASED MO.-YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | K-Bar MK I 9/28/2 | G.F. Bishop | WW II(Gift) Gift | -0- | | $45.00 |
| 1 | Case 9.2.8/2 | G.F. Bishop | WW II | -0- | | $45.00 |
| 1 | Case Oliv of | G.F. Bishop | -0- | Jap Soldier | -0- | | $65.00 |
| 1 | Jap T-39 Bayonet | Pacific Islands | WW II | Jap Soldier | -0- | | $70.00 |
| 1 | T-30 Bayonet | Pacific Island | WW II | Gift | -0- | | $80.00 |
| 1 | Mauser Combat Bayonet | Bou Banff San Benito, Texas | 1850's | Hdm J Bishop Gift | -0- | | $180.00 |
| 1 | 91.8 Bol—Model 1.840 | Florida | 1950's | Cash | $6.50 | | $180.00 |
| 1 | Sheath for 91.8 mm C.B.O. | McAllen, Texas | 1930's | | $5.50 | | $85.00 |
| 1 | 2h.o-3h.3mm Model 1340 | | | | -0- | | $85.00 |
| 1 | Sherman Schlegel | Johnny Austin | WW II | -0- | | $155.00 |
| 1 | 1873 Entrenching | Truck | 1950's | -0- | | $200.00 |
| 1 | Gurkha—Model 1917—WWII Used Buffalo Hunting Set Boots | Left East camp | WW II | -0- | | $115.00 |
| 1 | Joe Dagger | India | WW II | -0- | | $90.00 |
| 1 | Jambiya | Middle East | WW II | Watched Trade | -0- | | $130.00 |

MR. Bishop Would Verify Value For Same Price For ALL

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP.

INSURED'S SIGNATURE: _James Mitchell Bishop_   DATE: 1-05-27-77

Acquired 04-08-77   TOTALS: $ 1,625.00

INSURED'S SIGNATURE: _____

Rate I.

123

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 128 of 161

INSURED'S STATEMENT OF CLAIM

PAGE #65 (E-2)

| QUANTITY | ARTICLE* Complete description: serial numbers, brand names, etc. | WHERE PURCHASED | WHEN PURCHASED MO. YEAR | PAID BY (check, cash, charge, etc) | COST | DEPRECIATION | VALUE AT TIME OF LOSS |
|---|---|---|---|---|---|---|---|
| 1 | Skinning Knife - Scrimshaw Grips | Aleutian Island | 1947 | Items of trial | -0- | | $350.00 |
| 1 | Set of Carving Knives | Aleutian Island | WW II-1945 | -0- | -0- | | $150.00 40 |
| 1 | Dundee Fish Fillet Carving Knife | | WW II-1945 | -0- | -0- | | $150.00 |
| 1 | Extra Heart Can Knife Sheath | | N/K | -0- | -0- | | $80.00 |
| 1 | German Officer Knife | Florida | 1940's-1945 | -0- | -0- | | $80.00 |
| 1 | Indonesia Curve 3" Sword | Pacific Island | 1940's | -0- | -0- | | $85.00 |
| 1 | Silver 9½" Ivory Dagger | Bristol England | WW II | -0- | -0- | | $90.00 |
| 1 | Gurkha Knife | | 1975-85 | -0- | -0- | | $15.00 |
| 1 | Fairbairn Dagger - Canadian | WW II AF B | WW II | -0- | -0- | | $200.00 |
| 1 | Letter Opener - Silver | Pacific Island | WW II | -0- | -0- | | $35.00 |
| 1 | One of Spain Knife | N/K | WW II | -0- | -0- | | $40.00 |
| 1 | One of Spain Knife | N/K 677 | N/K | -0- | -0- | | |
| 1 | | | N/K | -0- | | | $175.00 |

TOTALS: $1,750

ATTACH AVAILABLE RECEIPTS OR OTHER EVIDENCE OF OWNERSHIP: Original Doc

INSURED'S SIGNATURE: _____ DATE 05-9-17

INSURED'S SIGNATURE: _____

124

# EXHIBIT B
## Affidavit of R.W. Armstrong

File Server:Bishop, Darwin [99-219]:Mtn/Summary Judgment

6

CVisPDF – www.fastio.com

# CAUSE NO. 2001-CCL-234-C

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | AFFIDAVIT OF R.W. ARMSTRONG |
| COUNTY OF CAMERON | § | |

BEFORE ME, the undersigned authority, on this day personally appeared **R.W. Armstrong**, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath, stated as follows:

"My name is **R.W. Armstrong**. I am the attorney for Plaintiff in the above-entitled and numbered cause. I would state that every statement contained therein is true and based either on personal knowledge or upon documents contained in the file of the United States District Court for the Southern District of Texas, Brownsville Division, Civil Action No. B-00-138, styled *Darwin Bishop v. Union Standard Insurance Company.*

"Exhibit A is the *Affidavit of Darwin Bishop.* Exhibit B is the *R.W. Armstrong.* Exhibit C is a true and correct copy of an insurance policy issued by Union Standard Insurance Company to Darwin Bishop. Exhibit D is a true and correct copy of Plaintiff's demand letter to Defendant Union Standard Insurance Company.

The attorney's fees in this case are $ 5,000.00, which fees are reasonable fees in Cameron County, Texas.

_____
R.W. Armstrong

SUBSCRIBED AND SWORN TO BEFORE ME by the said R.W. Armstrong, this the 26th day of June, 2001.

_____
Notary Public, State of Texas

HOMER P. MANAUTOU
Notary Public, State of Texas
My Commission Expires 07-27-04

File Server:Bishop, Darwin [99-219]:Mtn/Summary Judgment

# EXHIBIT C

## Insurance Policy Issued by Union Standard Insurance Company to Darwin Bishop

File Server:Bishop, Darwin [99-219]:Mtn/Summary Judgment

8

HP  5619958 - 20      09/10/97      UPD      08/13/97    *File*
                                                        *Documents*
## Union Standard Insurance Company    *Policy*
122 W Carpenter Frwy Suite 350
Irving, Tx 75039-2008

**Renewal**

**Policy Number:** HP 5619958-20
**Billing Option:** Insured
**Account Number:** 000047030

| Named Insured/Address | Agency Name/Address | 2283 |
|---|---|---|
| Darwin Bishop<br>2419 Washington<br>Harlingen, TX 78550 | (956)425-8821<br><br>CONNELLY & BARTNESKY INS AGCY<br>1209 E HARRISON<br>HARLINGEN, TX 78551 | |

## POLICY PERIOD

From: September 10, 1997 To: September 10, 1998  12:01 AM Standard Time

### TEXAS HOMEOWNERS COVERAGE

## LOCATION DESCRIPTION

**Residence Premises/Dwelling**
   Address: 2419 Washington ,Harlingen ,TX  78550
   County: Cameron

Texas Homeowners Policy - Form HO-B

| Construction | Key-Rate | Year | Terr | Hydrant | City Limit | Fire Station | Family |
|---|---|---|---|---|---|---|---|
| Brick Veneer | 8 | 1963 | 10 | 75 FT | Inside | 3 Mile | 1 |

## COVERAGES

| | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|
| **SECTION I PROPERTY** | | |
| Coverage A. Dwelling | $ 98,600 | $ 801 |
| Other Structures | $ 9,860 | |
| Coverage B. Personal Property | $ 59,160 | $ 55 |
| Personal Property off Premises | $ 5,916 | |
| **SECTION II LIABILITY** | | |
| Coverage C. Personal Liability (Each Occurrence) | $ 300,000 | |
| Coverage D. Medical Payments to Others - Each Person | $ 5,000 | |
| Other Residential Premises - Location: | $ | |
| | | |
| Loss of Use Coverage | $ 19,720 | |
| | Basic Premium | $ 856 |
| Increased Liability Limits | | $ 17 |

## DEDUCTIBLES (SECTION I ONLY)

| | | |
|---|---|---|
| Deductible Clause 1 | $ 250 | $ 94 |
| Deductible Clause 2 | $ 250 | $ 126 |
| Deductible Clause 3 | | |

OTHER COVERAGES, LIMITS AND EXCLUSIONS APPLY - REFER TO YOUR POLICY

Original          08/13/97              Page 1                    HO DEC 01

HP   5619958 – 20        09/10/97        UPD        08/13/97

## Union Standard Insurance Company
122 W Carpenter Frwy Suite 350
Irving, Tx 75039-2008

*USIC +
Documents
Policy*

### Renewal

**Policy Number:** HP  5619958-20
**Billing Option:** Insured
**Account Number:** 000047030

---

**OTHER COVERAGES AND ENDORSEMENTS**

| | | |
|---|---|---|
| CBOR | Consumer Bill of Rights | $ |
| HO 101 | Personal Property Replacement Cost | $ |
| HO 105 | Residence Glass Coverage | $ |
| HO 110 | Increased Limit on Jewelry, Watches and Furs | $ 5,000    $ |

**FORMS APPLICABLE**

Homeowner Forms:
CBORP (10-95), HOB (01-96), HO101 (10-93), HO102 (07-92), HO105 (07-92), HO110 (07-92).

---

**TOTAL POLICY PREMIUM $       1,204**

HP  5619958 - 20    09/10/97    UPD    08/13/97    *P. City*

# Union Standard Insurance Company
122 W Carpenter Frwy Suite 350
Irving, Tx 75039-2008

Renewal

Policy Number: HP  5619958-20
Billing Option: Insured
Account Number: 000047030

| IMPORTANT NOTICE | AVISO IMPORTANTE |
|---|---|
| To obtain information or make a complaint: | Para obtener informacion o para someter una queja: |
| You may call | Usted pueda llamar al numero de telefono gratis |
| UNION STANDARD INSURANCE COMPANY'S | UNION STANDARD INSURANCE COMPANY'S |
| toll free telephone number for information or to make a complaint at | para informacion o para someter una queja al |
| 1 -800-444-0049 | 1-800-444-0049 |
| You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at | Puede comminicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, cobetturas, derechos o quejas al |
| 1-800-252-3439 | 1-800-252-3439 |
| You may write the Texas Department of Insurance | Puede escribir al Departamento de Seguros de Texas |
| P.O. Box 149104 Austin, Tx. 78714-9104 FAX # (512)475-1771 | P.O. Box 149104 Austin, Tx.78714-9104 FAX # (512)475-1771 |
| PREMIUM OR CLAIM DISPUTES: | DISPUTAS SOBRE PRIMAS O RECLAMOS: |
| Should you have a dispute concerning your premium or about a claim you should contact the agent or the company first. If the dispute is not resolved, you may contact the Texas Department of Insurance. | Si tiene una disputa concerniente a su prima o a uh reclamo, debe comunicarse con el agente o la compania primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI). |
| ATTACH THIS NOTICE TO YOUR POLICY: | UNA ESTE AVISO A SU POLIZA: |
| This notice is for information only and does not become a part or condition of the attached document. | Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto. |

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 135 of 161

## CONSUMER BILL OF RIGHTS FOR HOMEOWNERS AND RENTERS INSURANCE

A VISO: Este documento plantea sus derechos como asegurado. Usted tiene el derecho de llamar a su compania y pedirle una copia en espanol de sus derechos como asegurado.

### INTRODUCTION

This Bill of Rights is a summary of your rights and does not become a part of your policy. The Texas Department of Insurance adopted the Bill of Rights and requires insurance companies to provide you with a copy when they issue you a policy.

Texas law gives you certain rights regarding your homeowners and renters insurance. This Bill of Rights identifies your most important rights, but it does not include all your rights. Also, there are some exceptions to the rights listed here. If your agent, company, or adjuster tells you that one of these rights does not apply to you, contact the Texas Department of Insurance at 1-800-252-3439 or Consumer Services (111-1A), P.O. Box 149091, Austin, TX 78714-9091.

This Bill of Rights does not address your responsibilities. Your responsibilities concerning your insurance can be found in your policy. Failure to meet your obligations may affect your rights.

### INFORMATION

1. You have the right to call the Texas Department of Insurance free of charge at 1-800-252-3439 to learn more about:

   - your rights as an insurance consumer;

   - the license status of an insurance company or agent;

   - an insurance company's financial condition;

   - the complaint ratio and type of consumer complaints filed against an insurance company;

   - an insurance company's rate as compared to the range of rates set by the state; and

   - other consumer concerns.

2. You have the right to a toll-free number to call your insurance company free of charge with questions or complaints. You can find this number on a notice accompanying your policy. This requirement does not apply to small insurance companies.

### BUYING INSURANCE

3. Your insurance company or agent cannot make untrue, misleading, or deceptive statements to you relating to insurance.

4. You have the right to be told in writing why you are being denied coverage or why you are being denied access to less expensive coverage offered by other insurance companies represented by your agent. You must request the explanation.

5. For property located in 14 counties along the coast, you have the right to buy windstorm, hurricane, and hail coverage from the Texas Catastrophe Property Insurance Association (Catpool). Your property must meet certain requirements, and the coverage is limited to $250,000 for your home and personal property or $100,000 for your personal property. This right applies whether or not you buy other insurance for your house. In all other counties your homeowners policy includes this coverage.

### CANCELLATION/REFUSAL TO RENEW YOUR POLICY

   - Cancellation means the policy terminates **before the end** of the policy period or the insurance company reduces or restricts coverage under the policy.

   - Refusal to renew and non-renewal mean the policy terminates **at the end** of the policy period.

   - The policy period is shown on the declarations page at the front of your policy.

6. Your insurance company cannot cancel:

   - your initial policy after it has been in effect for 90 days; or

   - your renewed policy at any time

   unless:

   - you don't pay your premium when due; or

   - you make a fraudulent claim.

7. To cancel your policy, your insurance company must mail you at least 10 days notice of the cancellation. However, if you have paid your premium when due and the policy has been

CUSPDF - www.texiss.com

in effect less than 90 days, the in-
surance company must mail you notice
of cancellation 30 days before your
policy is canceled.

8. If the insurance company does not
mail you notice of non-renewal at
least 30 days before the policy ex-
pires, you have the right to require
that your policy be renewed.

9. You have the right to a written
explanation of an insurance company's
decision to cancel or not to renew
your policy. You must request the
explanation.

10. You have the right to cancel your
policy at any time and receive a re-
fund of the remaining premium.

11. If your marital status changes, you
have the right to continue your in-
surance coverage. You have a right
to a new policy in your name that has
benefits equal to your prior policy
benefits. The insurance company can-
not date the new policy so that a gap
in coverage occurs.

12. Your insurance company cannot cancel
or refuse to renew your policy be-
cause you have filed claims for dam-
age from natural causes, including
weather-related damage. However,
your insurance company can cancel
your policy for weather-related
claims during the first 90 days of
the initial policy period.

13. Your insurance company cannot refuse
to renew your policy because you have
filed claims for damage that is not
from natural causes unless:

  - you have filed two or more of
    these claims in less than three
    years; and

  - the insurance company has notified
    you that they may refuse to renew
    your policy if you file a third
    claim within the three-year peri-
    od.

### CLAIMS

14. You have the right to reject any set-
tlement amount, including any valua-
tion, offered by the insurance compa-
ny. You have the right to have your
home repaired by the repair person of
your choice.

15. The insurance company must tell you
in writing why your claim or part of
your claim was rejected.

16. You have the right to refuse to
provide your insurance company with
information that does not relate to
your claim. In addition, you may
refuse to provide your federal income
tax records unless your insurer gets
a court order or your claim involves
lost income or a fire loss.

17. When you file a claim on your own
policy, you have the right to have
your claim processed and paid prompt-
ly. If the insurance company fails
to meet the claims processing and
payment deadlines in your policy, you
have the right to collect 18% annual
interest and attorney's fees in addi-
tion to your claim amount.

Generally, your insurance company
must approve or deny your claim with-
in 36 days after the company receives
notice of your claim, (plus the time
you take to provide requested infor-
mation) unless the company notifies
you that more time is needed and
tells you why. This additional peri-
od of time cannot exceed 45 days.

If your claim is approved, your
insurance company must pay the claim
within 5 business days after they no-
tify you they have accepted your
claim.

If your claim results from a weather-
related catastrophe or other major
natural disaster as defined by the
Texas Department of Insurance, your
insurance company may take 45 more
days to approve or deny your claim
and 15 more days to pay your claim.

18. You have the right to be treated
fairly and honestly when you make a
claim. If you believe an insurance
company has treated you unfairly,
call the Department of Insurance.

### DISCRIMINATION

19. An insurance company cannot:

  - refuse to insure you, cancel your
    policy, refuse to renew your poli-
    cy

  - offer you different terms, condi-
    tions or benefits, or

  - charge you a different rate

  because of your race, color, reli-
  gion, sex, familial status, national
  origin, or mental or physical disa-
  bility.

20. Unless the insurance company has a
statistically justified basis, it
cannot refuse to renew your policy
because of your age or where you
live. Insurance companies must be
able to prove that the difference
between differently rated groups is
based on verifiable statistical dif-
ferences. To do this they must show
that there are differences between
the costs of insuring one group (de-
fined by age or location) and other
groups. They must also prove that
these different costs cannot be ex-
plained by any other characteristic
of the policyholders within that
group.

CutePDF — www.fsvia.com

## ENFORCING YOUR RIGHTS

21. You have the right to complain to the Texas Department of Insurance about any insurance company and/or insurance matter and to receive a prompt investigation and response to your complaint. To do so, you should:

    - call 1-800-252-3439;

    - write to the Texas Department of Insurance, Consumer Services (111-1A), P.O. Box 149091, Austin, Texas 78714-9091; or

    - fax your complaint to (512)475-1771.

22. If an insurance company violates your rights, you have the right to sue that company in court, including small claims court, with or without an attorney, or file a complaint with the Texas Department of Insurance.

23. You have the right to demand appraisal to resolve a dispute over the amount of your loss. The insurance company also has the right to demand appraisal. In either case, you must pay a portion of the costs of the appraisal. The appraisal decision is binding on you and the insurance company as to the amount of the loss only.

24. You have the right to ask in writing that the Texas Department of Insurance make or change rules on any homeowners insurance issue that concerns you. Send your written request to: Texas Department of Insurance, Attn: Commissioner (112-1A), P.O. Box 149104, Austin, TX 78714-9104.

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 138 of 161

# QUICK REFERENCE
## TEXAS HOMEOWNERS POLICY - FORM B

Insuring Agreement...................... 2
Definitions............................. 2

SECTION I - PROPERTY COVERAGE

Coverage A
    Dwelling............................ 3
    Other Structures.................... 3
Coverage B
    Personal Property................... 3
    Personal Property Off Premises..... 3
Special Limits of Liability............ 3
Property Not Covered................... 3
Extensions of Coverage
    Debris Removal...................... 4
    Loss of Use......................... 4
    Reasonable Repairs.................. 4
    Trees, Shrubs, Plants and Lawns.... 4
    Property Removed.................... 4
    Consequential Loss.................. 4
    Automatic Removal................... 5
Perils Insured Against
    Coverage A - (Dwelling)............ 5
    Coverage B - (Personal Property)... 5

Exclusions.............................. 5

Deductibles............................. 7

Section I - Conditions

    Insurable Interest and Limit of
    Liability........................... 7
    Residential Community Property
    Clause.............................. 7
    Duties After Loss
        Your Duties After Loss......... 7
        Our Duties After Loss.......... 8
    Loss Settlement..................... 8
    Loss to a Pair or Set.............. 9
    Salvage Rights...................... 9
    Appraisal........................... 9
    Loss Payment........................ 10
    Catastrophe Claims................. 10
    Other Insurance..................... 10
    Suit Against Us.................... 10
    Abandonment of Property........... 10
    Vacancy - Suspension of Coverage.. 10
    Mortgage Clause..................... 10
    No Benefit to Bailee............... 11

SECTION II - LIABILITY COVERAGE

Coverage C
    Personal Liability................. 11
Coverage D
    Medical Payments to Others........ 11

Exclusions
    Coverage C and D Exclusions....... 11
    Coverage C Exclusions............. 13
    Coverage D Exclusions............. 13
Additional Coverages
    Claim Expenses..................... 13
    Imperative Medical Expenses to
    Others.............................. 14

    Damage to Property of Others...... 14

Section II - Conditions
    Limit of Liability................ 14
    Severability of Insurance......... 14
    Duties after Loss.................. 14
    Duties of an Injured Person....... 14
    Payment of Claim under
    Coverage D......................... 15
    Suit Against Us.................... 15
    Bankruptcy of the Insured......... 15
    Other Insurance.................... 15
    Notice of Settlement of
    Liability Claim.................... 15

POLICY CONDITIONS
APPLYING TO SECTIONS I and II

Policy Period.......................... 15
Concealment or Fraud................... 15
Liberalization......................... 15
Waiver or Change of Policy
Provisions............................. 15
Cancellation........................... 15
Refusal to Renew....................... 16
Assignment............................. 16
Subrogation............................ 16
Death.................................. 16

---

**YOUR DUTIES AFTER A LOSS**

Section I:

1. Protect the property from further damage.
2. Give prompt written notice to the company.
3. Call the police if a law has been broken.
4. Make a list of all damaged personal property, including costs.
5. If requested, obtain proof of loss form from your agent or the company and submit within 91 days of the request.

Section II:

1. Do not make any voluntary payments except for first aid to others at the time of the accident.
2. Give written notice to agent or company, including details about the accident and any witnesses.
3. Send copies of legal notices you receive to the company.
4. Help the company get the necessary information to make settlement.

FOR A COMPLETE LIST OF YOUR DUTIES SEE PAGES 7 AND 14 OF YOUR POLICY.

---

CVAPDF - www.texas.com

# HOMEOWNERS FORM B

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.



## DEFINITIONS

In this policy, "you" and "your" refer to the "named insured" shown on the declarations page and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

1. "Bodily injury" means bodily harm, sickness or disease. This includes required care, loss of services and death that results.

2. "Business" includes trade, profession or occupation.

3. "Business day," when used in this policy means a day other than a Saturday, Sunday or holiday recognized by the State of Texas.

4. "Insured" means you and residents of your household who are:

   a. your relatives; or

   b. other persons under the age of 21 and in the care of any person named above.

   Under Section II Liability, "insured" also means:

   c. any person or organization legally responsible for animals or watercraft to which this policy applies. You or a person included in 4.a. or 4.b. above must own the animal or watercraft. A person or organization using or having custody of these animals or watercraft without consent of the owner is not an insured.

   d. With respect to any vehicle to which this policy applies:

      (1) any employee of an insured while engaged in the employment of the insured; or

      (2) any other person using the vehicle on an insured location with your consent.

5. "Insured location" means:

   a. the residence premises.

   b. the part of other premises, other structures and grounds you use as a residence and:

      (1) which is shown on the declarations page; or

      (2) which you acquire during the policy period for your use as a residence.

   c. any premises you use in connection with a premises in 5.a. or 5.b. above.

   d. any part of a premises:

      (1) not owned by an insured; and

      (2) where an insured is temporarily residing.

   e. vacant land, other than farm land, owned by or rented to an insured.

   f. land owned by or rented to an insured on which a one or two family dwelling is being built as a residence for an insured.

   g. individual or family cemetery plots or burial vaults of an insured.

   h. any part of a premises occasionally rented to an insured for other than business use.

6. "Occurrence" means an accident, including exposure to conditions, which results in bodily injury or property damage during the policy period.

7. "Property damage" means injury to, destruction of, or loss of use of property.

8. "Residence employee" means an employee of an insured who performs duties related to the ownership, maintenance or use of the residence premises, including maintenance or use of a motor vehicle. This includes employees who perform similar duties elsewhere for an insured. This does not include employees while performing duties related to the business of an insured.

9. "Residence premises" means the residence premises shown on the declarations page. This includes the one or two family dwelling, including other structures, and grounds where an insured resides or intends to reside within 60 days after the effective date of this policy.

Prescribed by the Texas Department of Insurance
Homeowners Form B – Effective January 1, 1996
THOB 01 96

# SECTION I - PROPERTY COVERAGE

## COVERAGE A (DWELLING)

We cover:

1. the dwelling on the **residence premises** shown on the declarations page including structures attached to the dwelling.

2. other structures on the **residence premises** set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line or similar connection.

   The total limit of liability for other structures is the limit of liability shown on the declaration page or 10% of the Coverage A (Dwelling) limit of liability, which-ever is greater. This is additional insurance and does not reduce the Coverage A (Dwelling) limit of lia-bility.

   We do not cover other structures:

   a. used for **business** purposes; or

   b. wholly rented to any person, unless used solely as a private garage.

3. wall to wall carpeting attached to a building on the **residence premises**.

## COVERAGE B (PERSONAL PROPERTY)

We cover:

1. a. personal property owned, worn or used by an **insured** while on the **residence premises**. This includes window or wall air conditioning units.

   b. at your request, property of others while the property is on the part of the **residence premises** occupied by an **insured**.

2. a. personal property owned, worn or used by an **insured** anywhere in the world.

   b. at your request, personal property of a **residence employee** when:

      (1) the property is away from the residence premises of the **residence employee** and in the control of the **residence em-ployee**; and

      (2) while the **residence employee** is performing work for you.

   Our total limit of liability under 2.a. and 2.b. above is 10% of the Coverage B (Personal Property) limit of liability or $1000,

whichever is greater. This is additional insurance and does not reduce the Coverage B (Personal Property) limit of liability.

**SPECIAL LIMITS OF LIABILITY.** These limits do not increase the Coverage B (Personal Property) limit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category.

1. Money/Bank Cards. $100 on money or numismatic property or loss by theft or unauthorized use of bank fund transfer cards registered to an **in-sured**.

2. Bullion/Valuable Papers. $500 on gold or silver bullion, manuscripts, notes, securities, stamps, philatelic property, accounts, bills, deeds, evidences of debt, letters of credit, passports, documents, transportation or other tickets.

3. Jewelry/Watches/Furs. $500 for loss by theft of gems, watches, jewelry or furs.

4. **Business** Personal Property. $2,500 on **business** property.

   We do not cover any **business** proper-ty:

   a. that consists of samples or arti-cles for sale or delivery; or

   b. if the property is away from the **residence premises**.

**PROPERTY NOT COVERED.** We do not cover:

1. articles separately described and specifically insured by this or other insurance.

2. animals or birds.

3. motor or engine propelled vehicles or machines designed for movement on land, including attached machinery or equipment.

   However, we do cover such vehicles which are not subject to motor vehi-cle registration and are:

   a. devices and equipment for assist-ing the handicapped.

   b. power mowers.

   c. golf carts.

   d. vehicles or machines used for recreational purposes while locat-ed on the **residence premises**.

e. farm equipment not designed for use principally on public roads.

4. trailers, semi-trailers or mobile homes.

However, we do cover:

a. trailers and semi-trailers that are designed for use principally off public roads.

b. boat trailers while on the **residence premises**.

5. aircraft meaning any device used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.

6. watercraft, including outboard motors and furnishings or equipment.

We do cover watercraft, including outboard motors and furnishings or equipment, while located on land on the **residence premises**.

7. property of roomers or tenants.

8. property usually rented to others off the **residence premises**.

**EXTENSIONS OF COVERAGE.**

1. **DEBRIS REMOVAL.** We will pay your expense for the removal from the **residence premises** of:

a. debris of covered property if a Peril Insured Against causes the loss.

b. a tree that has damaged covered property if a Peril Insured Against causes the tree to fall.

This does not increase the limit of liability that applies to the damaged property.

2. **LOSS OF USE.** If a loss caused by a Peril Insured Against under Section I makes the **residence premises** wholly or partially untenantable, we cover:

a. additional living expense, meaning any necessary and reasonable increase in living expense you incur so that your household can maintain its normal standard of living.

b. fair rental value, meaning the fair rental value of that part of the **residence premises** usually rented to others by you, less any expenses that do not continue.

The total limit of liability for all loss of use is 20% of the Coverage A (Dwelling) limit of liability. This is additional insurance and does not reduce the Coverage A (Dwelling)

limit of liability. The deductible clause does not apply to loss of use coverage.

Payment will be for the reasonable time required to repair or replace the damaged property. If you permanently relocate, payment will be for the reasonable time required for your household to become settled.

The periods of time for loss of use are not limited by expiration of this policy.

3. **REASONABLE REPAIRS.** If a Peril Insured Against causes the loss, we will pay the reasonable cost you incur for necessary repairs made solely to protect covered property from further damage. This coverage does not increase the limit of liability that applies to the property being repaired.

4. **TREES, SHRUBS, PLANTS AND LAWNS.** We cover trees, shrubs, plants and lawns, on the **residence premises**, only for loss caused by the following Perils Insured Against: Fire or Lightning, Explosion, Aircraft, Vehicles not owned or operated by a resident of the **residence premises**, Vandalism and Malicious Mischief, Riot and Civil Commotion and Theft or attempted theft.

The maximum limit of liability for this coverage is 5% of the Coverage A (Dwelling) limit of liability. We will not pay more than $250 for any one tree, shrub or plant, including the cost of removal. We do not cover property grown for **business** purposes.

This is not additional insurance and does not increase the Coverage A (Dwelling) limit of liability. The deductible clause does not apply to trees, shrubs, plants and lawns.

5. **PROPERTY REMOVED.** We pay for expense and damage incurred in the removal of covered property from an **insured location** endangered by a Peril Insured Against. This coverage exists on a pro rata basis for 30 days at each location to which such property is removed for preservation. This is not additional insurance and does not increase the Coverage B (Personal Property) limit of liability.

6. **CONSEQUENTIAL LOSS.** We insure:

a. property contained in a building on the **residence premises** against loss due to change in temperature as a direct result of physical damage to the dwelling, or any equipment contained in the dwelling, caused by a Peril Insured Against. The deductible clause does not apply to this coverage.

Prescribed by the Texas Department of Insurance
Homeowners Form B – Effective January 1, 1996

b. property contained in a building on the **residence premises** against a loss due to change in temperature as a direct result of physical damage to any power, heating or cooling equipment (including connections and supply pipes) not contained in or on the dwelling, caused by a peril Insured Against.

The total limit of liability for the coverage described in 6.b. above is $500. This is not additional insurance and does not increase the Coverage B (Personal Property) limit of liability.

7. **AUTOMATIC REMOVAL.** If you move from the **residence premises** shown on the declarations page to another location within the United States, to be occupied as your principal residence, we cover:

a. the personal property under Coverage B (Personal Property) at each location in the proportion that the value at each location bears to the total value of all the personal property covered under Coverage B (Personal Property).

b. property in transit up to 10% of the Coverage B (Personal Property) limit of liability or $1,000, whichever is greater.

We provide coverage for only 30 days from the date the removal begins.

---

## SECTION I - PERILS INSURED AGAINST

**COVERAGE A (DWELLING)**

We insure against all risk of physical loss to the property described in Section I Property Coverage, Coverage A (Dwelling) unless the loss is excluded in Section I Exclusions.

**COVERAGE B (PERSONAL PROPERTY)**

We insure against physical loss to the property described in Section I Property Coverage, Coverage B (Personal Property) caused by a peril listed below, unless the loss is excluded in Section I Exclusions.

1. **Fire and Lightning.**

2. **Sudden and Accidental Damage from Smoke.**

3. **Windstorm, Hurricane and Hail.**

4. **Explosion.**

5. **Aircraft and Vehicles.**

6. **Vandalism and Malicious Mischief.**

7. **Riot and Civil Commotion.**

8. **Collapse of Building** or any part of the building.

9. **Accidental Discharge, Leakage or Overflow of Water or Steam** from within a plumbing, heating or air conditioning system or household appliance.

A loss resulting from this peril includes the cost of tearing out and replacing any part of the building necessary to repair or replace the system or appliance. But this does not include loss to the system or appliance from which the water or steam escaped.

Exclusions 1.a. through 1.h. under Section I Exclusions do not apply to loss caused by this peril.

10. **Falling Objects.**

This peril does not include loss to property contained in a building unless the roof or outside wall of the building is first damaged by the falling object.

11. **Freezing** of household appliances.

12. **Theft,** including attempted theft and loss of property from a known place when it is likely that the property has been stolen.

---

## SECTION I - EXCLUSIONS

1. The following exclusions apply to loss to property described under Coverage A (Dwelling) or Coverage B (Personal Property), but they do not apply to an ensuing loss caused by fire, smoke or explosion.

a. We do not cover loss to electrical devices or wiring caused by electricity other than lightning.

b. We do not cover loss caused by smog or by smoke from industrial or agricultural operations.

c. We do not cover loss caused by windstorm, hurricane or hail to:

(1) cloth awnings, greenhouses and their contents, buildings or structures located wholly or

Case 1:00-cv-00138  Document 22  Filed in TXSD on 06/28/2001  Page 143 of 161

partially over water and their contents.

(2) radio and television towers, outside satellite dishes, masts and antennas, including lead-in wiring, windchargers and windmills.

(3) personal property contained in a building unless direct force of wind or hail makes an opening in a roof or wall and rain, snow, sand or dust enters through this opening and causes the damage.

d. We do not cover loss of the following property by theft, including attempted theft and loss of property from a known place when it is likely that the property has been stolen:

(1) personal property while away from the **residence premises** at any other residence owned by, rented to or occupied by an **insured**, except while an **insured** is temporarily living there.

(2) building materials and supplies not on the **residence premises**.

e. We do not cover loss to machinery, appliances and mechanical devices caused by mechanical breakdown.

f. We do not cover loss caused by:

(1) wear and tear, deterioration or loss caused by any quality in property that causes it to damage or destroy itself.

(2) rust, rot, mold or other fungi.

(3) dampness of atmosphere, extremes of temperature.

(4) contamination.

(5) rats, mice, termites, moths or other insects.

We do cover ensuing loss caused by collapse of building or any part of the building, water damage or breakage of glass which is part of the building if the loss would otherwise be covered under this policy.

g. We do not cover loss caused by animals or birds owned or kept by an **insured** or occupant of the **residence premises**.

We do cover ensuing loss caused by collapse of building or any part of the building, water damage or breakage of glass which is part of the building if the loss would otherwise be covered under this

policy.

h. We do not cover loss under Coverage A (Dwelling) caused by settling, cracking, bulging, shrinkage, or expansion of foundations, walls, floors, ceilings, roof structures, walks, drives, curbs, fences, retaining walls or swimming pools.

We do cover ensuing loss caused by collapse of building or any part of the building, water damage or breakage of glass which is part of the building if the loss would otherwise be covered under this policy.

i. We do not cover loss caused by or resulting from flood, surface water, waves, tidal water or tidal waves, overflow of streams or other bodies of water or spray from any of these whether or not driven by wind.

We do cover an ensuing loss by theft or attempted theft or any act or attempted act of stealing.

j. We do not cover loss caused by or resulting from freezing while the building is unoccupied unless you have used reasonable care to:

(1) maintain heat in the building; or

(2) shut off the water supply and drain plumbing, heating and air conditioning systems of water.

k. We do not cover loss caused by earthquake, landslide or earth movement.

2. **GOVERNMENTAL ACTION.**

We do not cover loss caused by the destruction of property by order of governmental authority.

But we do cover loss caused by acts of destruction ordered by governmental authority taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

3. **BUILDING LAWS.**

We do not cover loss caused by or resulting from the enforcement of any ordinance or law regulating the construction, repair or demolition of a building or structure.

4. **WAR DAMAGE.**

We do not cover loss resulting directly or indirectly from war. This includes undeclared war, civil war, insurrection, rebellion, revolution, warlike act by military personnel, destruction or seizure or use for a

Prescribed by the Texas Department of Insurance
Homeowners Form B – Effective January 1, 1996

military purpose, and any consequence of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

5. **NUCLEAR DAMAGE.**

We do not cover loss resulting di-

rectly or indirectly from nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused. We cover direct loss by fire resulting from nuclear reaction, radiation or radioactive contamination.

---

## SECTION I - DEDUCTIBLE

**DEDUCTIBLE CLAUSE 1 - WINDSTORM, HURRICANE, HAIL OR WIND DRIVEN RAIN** - The amount shown on the declarations page for Deductible Clause 1 will be deducted from the combined amount of each loss under Coverage A (Dwelling) and Coverage B (Personal Property) that results from windstorm, hurricane, hail or wind driven rain.

**DEDUCTIBLE CLAUSE 2 - ALL OTHER PERILS** - The amount shown on the declarations page

for Deductible Clause 2 will be deducted from the combined amount of each loss under Coverage A (Dwelling) and Coverage B (Personal Property), unless the loss results from windstorm, hurricane, hail or wind driven rain.

If a single event causes loss by windstorm, hurricane, hail or wind driven rain and loss by lightning, only the larger deductible will apply.

---

## SECTION I - CONDITIONS

1.  **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

    a.  to the _insured_ for more than the amount of the _insured's_ interest at the time of loss; or

    b.  for more than the applicable limit of liability.

    Each time there is a loss to any building insured under Coverage A (Dwelling), the amount of insurance applicable to that building for loss by fire will be reduced by the amount of the loss. As repairs are made, the amount of insurance will be reinstated up to the limit of liability shown on the declarations page.

    Art. 6.13. Policy a Liquidated Demand. A fire insurance policy, in case of a total loss by fire of property insured, shall be held and considered to be a liquidated demand against the company for the full amount of such policy. The provisions of this article shall not apply to personal property.

2.  **Residential Community Property Clause.** This policy, subject to all other terms and conditions, when covering residential community property, as defined by state law, shall remain in full force and effect as to the interest of each spouse covered, irrespective of divorce or change of ownership between the spouses unless excluded by endorse-

ment attached to this policy until the expiration of the policy or until cancelled in accordance with the terms and conditions of this policy.

3.  **Duties After Loss.**

    a.  **Your Duties After Loss.** In case of a loss to covered property caused by a peril insured against, you must:

        (1) give prompt written notice to us of the facts relating to the claim.

        (2) notify the police in case of loss by theft.

        (3) (a) protect the property from further damage.

            (b) make reasonable and necessary repairs to protect the property.

            (c) keep an accurate record of repair expenses.

        (4) furnish a complete inventory of damaged personal property showing the quantity, description and amount of loss. Attach all bills, receipts and related documents which you have that justify the figures in the inventory.

        (5) as often as we reasonably require:

            (a) provide us access to the damaged property.

(b) provide us with pertinent records and documents we request and permit us to make copies.

(c) submit to examination under oath and sign and swear to it.

(6) send to us, if we request, your signed sworn proof of loss within 91 days of our request on a standard form supplied by us. We must request a signed sworn proof of loss within 15 days after we receive your written notice, or we waive our right to require a proof of loss. Such waiver will not waive our other rights under this policy.

(a) This proof of loss shall state, to the best of your knowledge and belief:

(i) the time and cause of loss.

(ii) the interest of the insured and all others in the property involved including all liens on the property.

(iii) other insurance which may cover the loss.

(iv) the actual cash value of each item of property and the amount of loss to each item.

(b) If you elect to make claim under the Replacement Cost Coverage of this policy, this proof of loss shall also state, to the best of your knowledge and belief:

(i) the replacement cost of the described dwelling.

(ii) the replacement cost of any other building on which loss is claimed.

(iii) the full cost of repair or replacement of loss without deduction for depreciation.

b. Our Duties After Loss:

(1) Within 15 days after we receive your written notice of claim, we must:

(a) acknowledge receipt of the claim.

If our acknowledgment of

the claim is not in writing, we will keep a record of the date, method and content of our acknowledgment.

(b) begin any investigation of the claim.

(c) specify the information you must provide in accordance with "Your Duties After Loss" (item 3.a. above).

We may request more information, if during the investigation of the claim such additional information is necessary.

(2) After we receive the information we request, we must notify you in writing whether the claim will be paid or has been denied or whether more information is needed:

(a) within 15 business days; or

(b) within 30 days if we have reason to believe the loss resulted from arson.

(3) If we do not approve payment of your claim or require more time for processing your claim, we must:

(a) give the reasons for denying your claim, or

(b) give the reasons we require more time to process your claim. But, we must either approve or deny your claim within 45 days after requesting more time.

4. **Loss Settlement.** Covered property losses are settled as follows:

a. Our limit of liability and payment for covered losses to personal property, wall to wall carpeting, cloth awnings and fences will not exceed the smallest of the following:

(1) the actual cash value at the time of the loss determined with proper deduction for depreciation;

(2) the cost to repair or replace the damaged property with material of like kind and quality, with proper deduction for depreciation; or

(3) the specified limit of liability of the policy.

Prescribed by the Texas Department of Insurance
Homeowners Form B - Effective January 1, 1996

THOB 01 96

b. Our limit of liability for covered losses to dwelling and other structure(s) under Coverage A (Dwelling), except wall to wall carpeting, cloth awnings and fences, will be at replacement cost settlement subject to the following:

(1) If, at the time of loss, the Coverage A (Dwelling) limit of liability is 80% or more of the full replacement cost of the dwelling, we will pay the repair or replacement cost of the damaged building structure(s), without deduction for depreciation.

(2) If, at the time of loss, the Coverage A (Dwelling) limit of liability is less than 80% of the full replacement cost of the dwelling, we will pay only a proportionate share of the full replacement cost of the damaged building structure(s). Our share is equal to:

Replacement Cost of the Loss

x

Coverage A (Dwelling) Limit of Liability
80% of Replacement Cost of the Dwelling

(3) If, at the time of loss, the actual cash value of the damaged building structure(s) is greater than the replacement cost determined under (1) or (2) above, we will pay the actual cash value up to the applicable limit of liability.

In determining the amount of insurance required to equal 80% of the full replacement cost of the dwelling, do not include the value of excavations, underground pipes, and wiring and foundations which are below the surface of the ground.

We will pay only the actual cash value of the damaged building structure(s) until repair or replacement is completed. Repair or replacement must be completed within 365 days after loss unless you request in writing that this time limit be extended for an additional 180 days. Upon completion of repairs or replacement, we will pay the additional amount claimed under replacement cost coverage, but our payment will not exceed the smallest of the following:

(1) the limit of liability under this policy applicable to the damaged or destroyed building structure(s);

(2) the cost to repair or replace that part of the building structure(s) damaged, with material of like kind and quality and for the same use and occupancy on the same premises; or

(3) the amount actually and necessarily spent to repair or replace the damaged building structure(s).

5. **Loss to a Pair or Set.** In case of loss to an item which is part of a pair or set, the measure of loss shall be a reasonable and fair proportion of the total value of the pair or set. The importance of the item will be considered in assessing the loss. Such loss will not be considered a total loss of the pair or set.

6. **Salvage Rights.** If we notify you that we will pay your claim or part of your claim, the notice must also state whether we will or will not take all or any part of the damaged property. We must bear the expense of our salvage rights.

7. **Appraisal.** If you and we fail to agree on the actual cash value, amount of loss or the cost of repair or replacement, either can make a written demand for appraisal. Each will then select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a district court of a judicial district where the loss occurred. The two appraisers will then set the amount of loss, stating separately the actual cash value and loss to each item. If you or we request that they do so, the appraisers will also set:

a. the full replacement cost of the dwelling.

b. the full replacement cost of any other building upon which loss is claimed.

c. the full cost of repair or replacement of loss to such building, without deduction for depreciation.

If the appraisers fail to agree, they will submit their differences to the umpire. An itemized decision agreed to by any two of these three and filed with us will set the amount of the loss. Such award shall be binding on you and us.

Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally.

8. **Loss Payment.**

 a. If we notify you that we will pay your claim, or part of your claim, we must pay within 5 business days after we notify you.

 b. If payment of your claim or part of your claim requires the performance of an act by you, we must pay within 5 business days after the date you perform the act.

9. **Catastrophe Claims.**

If a claim results from a weather related catastrophe or a major natural disaster, each claim handling deadline shown under the Duties After Loss and Loss Payment provisions is extended for an additional 15 days.

Catastrophe or Major Natural Disaster means a weather related event which:

 a. is declared a disaster under the Texas Disaster Act of 1975; or

 b. is determined to be a catastrophe by the State Board of Insurance.

10. **Other Insurance - Section I.** Other insurance is permitted on property covered by this policy, but other insurance covering the dwelling is not permitted. If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

11. **Suit Against Us.** No suit or action can be brought unless the policy provisions have been complied with. Action brought against us must be started within two years and one day after the cause of action accrues.

12. **Abandonment of Property.** There can be no abandonment of property to us.

13. **Vacancy.** If the **insured** moves from the dwelling and a substantial part of the personal property is removed from that dwelling, the dwelling will be considered vacant. Coverage that applies under Coverage A (Dwelling) will be suspended effective 60 days after the dwelling becomes vacant. This coverage will remain suspended during such vacancy.

14. **Mortgage Clause** (without contribution).

 a. The word "mortgagee" includes trustee.

 b. We will pay for any covered loss of or damage to buildings or structures to the mortgagee shown on the declarations page as interests appear.

 c. The mortgagee has the right to receive loss payment even if the mortgagee has started foreclosure or similar action on the building or structure.

 d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgagee has the right to receive loss payment if the mortgagee:

  (1) at our request, pays any premiums due under this policy, if you have failed to do so.

  (2) submits a signed, sworn statement of loss within 91 days after receiving notice from us of your failure to do so.

  (3) has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgagee.

 All of the terms of this policy will then apply directly to the mortgagee.

 Failure of the mortgagee to comply with d.(1), d.(2) or d.(3) above shall void this policy as to the interest of the mortgagee.

 e. If we pay the mortgagee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

  (1) the mortgagee's rights under the mortgage will be transferred to us to the extent of the amount we pay.

  (2) the mortgagee's right to recover the full amount of the mortgagee's claim will not be impaired.

 At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

 f. If this policy is cancelled, we will give the mortgagee specifically named on the declarations page written notice of cancellation.

 If we cancel the policy, we will give the mortgagee the same number of days notice of cancellation we give to you.

 If you cancel the policy, we will give the mortgagee notice of cancellation to be effective on the date stated in the notice. The

Prescribed by the Texas Department of Insurance
Homeowners Form B - Effective January 1, 1996

THOB 01 96

date of cancellation cannot be before the 10th day after the date we mail the notice.

We will not give notice of cancellation to any successor or assignee of the mortgagee named in this policy.

g. If the property described under Coverage A (Dwelling) is foreclosed upon under the deed of trust, the mortgagee may cancel this policy of insurance and will be entitled to any unearned premiums from this policy.

The mortgagee must credit any unearned premium against any deficiency owed by the borrower and return any unearned premium not so credited to the borrower. The unearned premium will be figured using the customary pro rata procedures.

h. If we elect not to renew this policy, the mortgagee specifically named on the declarations page will be given 30 days written notice of the non-renewal.

15. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage for the benefit of a person or organization holding, storing or moving property for a fee.

---

## SECTION II - LIABILITY COVERAGE

---

### COVERAGE C (Personal Liability)

If a claim is made or a suit is brought against an insured for damages because of bodily injury or property damage caused by an occurrence to which this coverage applies, we will:

1. pay up to our limit of liability for the damages for which the insured is legally liable. Damages include prejudgment interest awarded against the insured; and

2. provide a defense at our expense by counsel of our choice even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate.

### COVERAGE D (Medical Payments To Others)

We will pay the necessary medical expenses incurred or medically determined within three years from the date of an accident causing bodily injury. Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household. This coverage does apply to residence employees. As to others, this coverage applies only:

1. to a person on the insured location with the permission of an insured.

2. to a person off the insured location, if the bodily injury:

   a. arises out of a condition on the insured location or the ways immediately adjoining.

   b. is caused by the activities of an insured.

   c. is caused by a residence employee in the course of the residence employee's employment by an insured.

   d. is caused by an animal owned by or in the care of an insured.

---

## SECTION II - EXCLUSIONS

---

1. Coverage C (Personal Liability) and Coverage D (Medical Payments to Others) do not apply to:

   a. bodily injury or property damage which is caused intentionally by or at the direction of the insured;

   b. bodily injury or property damage arising out of or in connection with a business engaged in by an insured. But this exclusion does not apply to activities which are ordinarily incidental to non-business pursuits.

   c. bodily injury or property damage arising out of the rental or holding for rental of any part of any premises by an insured. This exclusion does not apply to the rental or holding for rental of an insured location:

      (1) on an occasional basis if used only as a residence.

      (2) in part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders.

(3) in part, as an office, school or studio.

(4) if the rental is for not more than three car spaces or stalls in garages or stables.

d. **bodily injury** or **property damage** arising out of the rendering of or failure to render professional services.

e. **bodily injury** or **property damage** arising out of a premises:

(1) owned by an **insured**;

(2) rented to an **insured**; or

(3) rented to others by an **insured**;

that is not an **insured location**.

This exclusion does not apply to **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by an **insured**.

f. **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of:

(1) motor or engine propelled vehicles or machines designed for movement on land, including attached machinery or equipment;

(2) trailers, semi-trailers or mobile homes;

which are owned or operated by or rented or loaned to an **insured**.

However, this exclusion does not apply to:

(1) motor vehicles which are not subject to motor vehicle registration and are:

(a) used for assisting the handicapped.

(b) used to service an **insured location**.

(c) golf carts while on the **residence premises** or used for golfing purposes.

(d) designed and used for recreational purposes, and are:

(i) not owned by an **insured**; or

(ii) owned by an **insured** while on the **residence premises**.

(e) in dead storage on the **residence premises**.

(f) used exclusively on the **residence premises**.

(2) trailers or semi-trailers while not being towed by or carried on a motor vehicle.

This exclusion does not apply to **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by an **insured**.

g. **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of watercraft:

(1) with inboard or inboard-outdrive motor power of more than 50 horsepower owned by or rented to an **insured**.

(2) powered by one or more outboard motors with more than 25 total horsepower if the outboard motor is owned by an **insured**. But, outboard motors of more than 25 total horsepower are covered for the policy period if:

(a) you acquire them prior to the policy period and:

(i) you declare them at policy inception; or

(ii) your intention to insure is reported to us in writing within 45 days after you acquire the outboard motors.

(b) you acquire them during the policy period.

(3) that is a sailing vessel, with or without auxiliary power, which is 26 feet or more in length owned by or rented to an **insured**.

This exclusion does not apply while the watercraft is on the **residence premises**.

This exclusion does not apply to **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by an **insured**.

h. **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of aircraft.

Aircraft means any device used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.

This exclusion does not apply to **bodily injury** to a **residence employee** arising out of and in the course of

Prescribed by the Texas Department of Insurance
Homeowners Form B - Effective January 1, 1996

THOB 01 96

the residence employee's employment by an insured.

i. bodily injury or property damage arising out of:

(1) the entrustment by an insured to any person; or

(2) the negligent supervision by an insured of any person;

with regard to the ownership, maintenance or use of any motor vehicle, watercraft or aircraft which is excluded in paragraph f., g. or h. above.

This exclusion does not apply to bodily injury to a residence employee arising out of and in the course of the residence employee's employment by an insured.

j. bodily injury or property damage caused directly or indirectly by war. This includes undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and any consequence of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

k. bodily injury or property damage arising out of the transmission of sickness or disease by an insured through sexual contact.

l. bodily injury to any person eligible to receive any benefits voluntarily provided or required to be provided by an insured under any workers' compensation law or occupational disease law.

2. Coverage C (Personal Liability) does not apply to:

a. liability under any contract or agreement.

However, this exclusion does not apply to written contracts:

(1) that directly relate to the ownership, maintenance or use of an insured location; or

(2) where the liability of others is assumed by an insured;

unless excluded elsewhere in this policy.

b. property damage to property owned by an insured.

c. property damage to property rented to, occupied or used by or in the care of an insured.

This exclusion does not apply to property damage caused by fire, smoke or explosion.

d. bodily injury or property damage for which an insured under this policy is also an insured under a nuclear energy liability policy or would be an insured under that policy but for the exhaustion of its limit of liability.

A nuclear energy liability policy is one issued by American Nuclear Insurers, Mutual Atomic Energy Liability Underwriters, or Nuclear Insurance Association of Canada.

e. bodily injury to you or an insured within the meaning of part a. or part b. of insured as defined.

3. Coverage D (Medical Payments to Others) does not apply to:

a. bodily injury to a residence employee if the bodily injury:

(1) occurs off the insured location; and

(2) does not arise out of or in the course of the residence employee's employment by an insured.

b. bodily injury to any person, other than a residence employee of an insured, regularly residing on any part of the insured location.

---

## SECTION II - ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

1. Claim Expenses. We pay:

a. expenses we incur and costs taxed against an insured in any suit we defend.

b. premiums on bonds required in a suit we defend but not for bond amounts more than the limit of liability Coverage C (Personal Liability). We need not apply for or furnish any bond.

c. reasonable expenses incurred by an insured at our request, including actual loss of earnings (but not loss of other income) up to $50 per day, for assisting us in the investigation or defense of a claim or suit.

d. interest on the entire judgment which accrues after entry of the

judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

2. **Imperative Medical Expenses to Others.** We pay expenses incurred by an __insured__ for immediate medical and surgical relief to others if imperative at the time of the accident.

3. **Damage to Property of Others.** We pay replacement cost up to $500 per __occurrence__ for __property damage__ to property of others caused by an __insured__.

We do not pay for __property damage__:

a. caused intentionally by an __insured__ who is 13 years of age or older.

b. to property owned by an __insured__.

c. to property owned by or rented to

a tenant of an __insured__ or a resident in your household.

d. arising out of:

(1) a __business__ engaged in by an __insured__.

(2) any act or omission in connection with a premises owned, rented or controlled by an __insured__, other than the __insured location__.

(3) the ownership, maintenance, use, loading or unloading of aircraft, watercraft or motor vehicles or all other motorized land conveyances.

This exclusion does not apply to any motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and not owned by an __insured__.

---

## SECTION II - CONDITIONS

---

1. **Limit of Liability.** The limit of liability for Coverage C (Personal Liability) shown on the declarations page is our total liability under Coverage C (Personal Liability) for all damages resulting from any one __occurrence__. This limit is the same regardless of the number of __insureds__, claims made or persons injured.

The limit of liability for Coverage D (Medical Payments to Others) shown on the declarations page is our total liability under Coverage D (Medical Payments to Others) for all medical expense payable for __bodily injury__ to one person as the result of one accident. The total limit of our liability for all expenses payable to two or more persons injured in one accident is $25,000.

2. **Severability of Insurance.** This insurance applies separately to each __insured__. This condition will not increase our limit of liability for any one __occurrence__.

3. **Duties After Loss.** In case of an accident or __occurrence__, the __insured__ will perform the following duties that apply or will help us by seeing that these duties are performed:

a. Give written notice to us or our agent as soon as is practical, which sets forth:

(1) the identity of the policy and __insured__.

(2) reasonably available information on the time, place and circumstances of the accident or __occurrence__.

(3) names and addresses of any claimants and witnesses.

b. Promptly forward to us every notice, demand, summons or other process relating to the accident or __occurrence__.

c. At our request, help us:

(1) to make settlement.

(2) to enforce any right of contribution or indemnity against any person or organization who may be liable to an __insured__.

(3) with the conduct of suits, including attending hearings and trials.

(4) to secure evidence and obtain the attendance of witnesses.

d. The __insured__ will not, except at the __insured's__ own cost, voluntarily make payment, assume obligation or incur expense other than for immediate medical and surgical relief to others at the time of the __bodily injury__.

4. **Duties of an Injured Person - Coverage D (Medical Payments to Others).**

The injured person or someone acting for the injured person will:

a. give us written proof of claim, under oath if required, as soon as is practical.

b. authorize us to obtain copies of medical reports and records.

The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

5. **Payment of Claim - Coverage D (Medical Payments to Others).** Payment under this coverage is not an admission of liability by an **insured** or us.

6. **Suit Against Us.** No action can be brought against us unless there has been compliance with the policy provisions.

   No one will have the right to join us as a party to any action against an **insured.** Also, no action with respect to Coverage C (Personal Liability) can be brought against us until the obligation of the **insured** has been determined by final judgment or agreement.

   Under Coverage D (Medical Payments to Others), no action can be brought until 30 days after the required proofs of claim have been filed with us.

7. **Bankruptcy of the Insured.** Bankruptcy or insolvency of the **insured** or of the **insured's** estate will not relieve us of our obligations under this policy.

8. **Other Insurance - Section II.** If the **insured** has other insurance under Coverage C (Personal Liability), we will not be liable for a greater proportion of a loss than the limit of liability shown on the declarations page bears to the total limit of all valid and collectible insurance against such loss.

However, with respect to loss arising out of the ownership, maintenance, operation, use, loading or unloading of:

a. any motor vehicle or recreational motor vehicle at the **residence premises;** or

b. watercraft,

this policy will not apply to the extent that any valid and collectible insurance is available to the **insured.**

9. **Notice of Settlement of Liability Claim.**

a. We will notify the **insured** in writing of any initial offer to compromise or settle a claim against the **insured** under the liability section of this policy. We will give the **insured** notice within 10 days after the date the offer is made.

b. We will notify the **insured** in writing of any settlement of a claim against the **insured** under the liability section of this policy. We will give the **insured** notice within 30 days after the date of the settlement.

---

## SECTION I AND II - CONDITIONS

1. **Policy Period.** This policy applies only to loss in Section I or **bodily injury** or **property damage** in Section II which occurs during the policy period stated on the declarations page.

2. **Concealment or Fraud.** This policy is void as to you and any other **insured,** if you or any other **insured** under this policy has intentionally concealed or misrepresented any material fact or circumstance, made false statements or committed fraud relating to this insurance, whether before or after a loss.

3. **Liberalization Clause.** If the State Board of Insurance adopts a revision which would broaden or extend the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened or extended coverage will immediately apply to this policy.

4. **Waiver or Change of Policy Provisions.** Changes in this policy may be made and perils added only by attaching a written endorsement properly executed by our authorized agent. No provision of this policy may be waived unless the terms of this policy allow the provision to be waived. Our request for an appraisal or examination will not waive any of our rights.

5. **Cancellation.**

a. You may cancel this policy at any time by notifying us of the date cancellation is to take effect. We will send you any refund due when the policy is returned to us.

b. We may cancel this policy for the reasons stated in this condition by mailing you notice in writing of the date cancellation takes effect.

(1) If this policy has been in effect for less than 90 days and is not a renewal policy, we may cancel this policy for any reason.

Prescribed by the Texas Department of Insurance
Homeowners Form B - Effective January 1, 1996

The effective date of cancellation cannot be before:

(a) the 10th day after we mail notice if we cancel for non-payment of premium.

(b) the 30th day after we mail notice if we cancel for any other reason.

(2) If this policy has been in effect 90 days or more, we may not cancel this policy unless:

(a) you do not pay the premium or any portion of the premium when due.

(b) the State Board of Insurance determines that continuation of the policy would violate the Texas Insurance Code or any other laws governing the business of insurance in this state.

(c) you submit a fraudulent claim.

(d) there is an increase in the hazard covered by this policy that is within your control and that would produce an increase in the premium/rate of this policy.

The effective date of cancellation cannot be before the 10th day after we mail the notice. Our notice of cancellation must state the reason for cancellation.

c. If we cancel, our notice to you will state that if this refund is not included with the notice, it will be returned on demand.

d. We may not cancel this policy solely because you are an elected official.

6. **Refusal to Renew**

a. We may not refuse to renew this policy because of claims for losses resulting from natural causes.

b. We may not refuse to renew this policy solely because you are an elected official.

c. We may refuse to renew this policy if you have filed three or more claims under the policy in any three year period that do not result from natural causes.

If you have filed two claims in a period of less than three years, we may notify you in writing, that if you file a third claim during the three-year period, we may refuse to renew this policy by providing you proper notice of our refusal to renew as provided in d. below. If we do not notify you after the second claim, we may not refuse to renew this policy because of losses.

A claim does not include a claim that is filed but is not paid or payable under the policy.

d. If we refuse to renew this policy, we must deliver to you, or mail to you at your mailing address shown on the declarations page and any mortgagee named on the declarations page, written notice of our refusal to renew not later than the 30th day before the date on which this policy expires. Proof of mailing will be sufficient proof of notice. If we fail to give you proper notice of our decision not to renew, you may require us to renew the policy.

7. **Assignment.** Assignment of this policy will not be valid unless we give our written consent.

8. **Subrogation.** An _insured_ may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an _insured_ must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

9. **Death.** If the named insured dies, we insure:

a. the named insured's spouse, if a resident of the same household at the time of death.

b. the legal representative of the deceased. However, if this legal representative was not an _insured_ at the time of death of the named insured, this policy will apply to such legal representative only with respect to the premises of the original named insured.

c. any person who is an _insured_ at the time of such death, while a resident of said premises.



Prescribed by the Texas Department of Insurance
Homeowners Form B – Effective January 1, 1996

THOB 01 96

Case 1:00-cv-00138  Document 22  Filed in TXSD on 06/28/2001  Page 154 of 161

## REPLACEMENT OF PERSONAL PROPERTY

SECTION I PROPERTY COVERAGE

For an included additional premium, our limit of liability and payment for covered loss to:

1.   personal property; and

2.   wall-to-wall carpeting and cloth awning (Forms HO-B & HO-C only);

is extended to include Replacement Cost. Replacement Cost means there will not be deduction for depreciation. Payment will not exceed the smallest of the following:

   a. the Coverage B (Personal Property) limit of liability;

   b. the replacement cost at the time of loss;

   c. for property that is repairable, the cost of repair with material of like kind and quality with no deduction for depreciation; or,

   d. the interest of the **insured**.

**We do not pay replacement cost for:**

   a. property which cannot be replaced.

   b. property not maintained in good or workable condition.

   c. property that is either obsolete or useless to the **insured** at the time of loss.

   d. watercraft including outboard motors for any replacement cost in excess of $2,500.

      We will pay replacement cost of watercraft including outboard motors up to a limit of $2,500.

   e. Property that is not repaired or replaced.

**Loss Settlement:**

   a. We will pay you:

      1. the replacement cost of your damaged property up to $1,500; and

      2. the actual cash value of your remaining damaged property

      within 5 business days after we notify you that we will pay the claim.

      If you repair or replace the damaged property, you may make claim for reimbursement on a replacement cost basis for the replacement cost of your property exceeding $1,500. You must repair, restore or replace the property within 365 days after the loss. Reimbursement will be made within 5 business days after we receive proof that the property has been repaired, restored or replaced.

   b. In lieu of (a.) above, we may offer and you may accept or reject our offer to provide a replacement item of like kind and quality for your damaged property.

Prescribed by the State Board of Insurance Endorsement No. HO-101 –
Replacement of Personal Property Effective October 2, 1993

HO-101 10 93

CSXPDF - www.faxsa.com

Case 1:00-cv-00138    Document 22    Filed in TXSD on 06/28/2001    Page 155 of 161

## RESIDENCE GLASS COVERAGE

The terms and conditions of this endorsement apply only to the property described in this endorsement. None of the terms, conditions and limits of liability stated in the policy apply to this endorsement except the Waiver or Change of Policy Provisions, Cancellation, Assignment, Subrogation and Definitions.

This insurance applies to: (check the box(es) that applies)

☐  Unscheduled Glass;

☐  Scheduled Glass described in the schedule below;

while in or on the dwelling or other structures on the **residence premises**.

1. **Residence Glass Coverage.** We will pay for damages to residence glass caused by breakage of or by chemicals applied to such glass if:

   a. described in the schedule below.

   b. permanently attached to the dwelling or other structures on the **residence premises**, including storm windows and doors not permanently attached.

   We will also pay for making temporary repairs, resulting damage to encasing frames, and removing or replacing obstructions because of a covered loss to glass.

2. **Exclusions.** We will not pay for loss or damage caused by:

   a. fire.

   b. war. This includes undeclared war, civil war, insurrection, rebellion or revolution or any consequence of these.

   c. nuclear reaction, nuclear radiation or radioactive contamination or any consequence of these.

3. **Loss Settlement.**

   a. Unscheduled Residence Glass. We will not pay more than:

   (1) $100 for all damage in any one occurrence for each of the following objects:

      (a) multiple plate insulating unit;

      (b) radiant heating panels;

      (c) conservatory or greenhouse glass;

      (d) chandeliers or light fixtures;

      (e) jalousies, louvers or shutters;

      (f) venetian type doors or windows;

      (g) stained or leaded glass; or

      (h) glass bricks, shingles or other structural glass.

   (2) $100 for any one pane or plate of glass comprising any other object not listed in 3.a.(1) above.

   b. Scheduled Residence Glass. We will not pay more than the smallest of the following:

   (1) actual cash value of the property at the time of the loss;

   (2) the cost to repair the damaged property with like kind and quality or replace the glass with safety glazing material when required by ordinance or law; or

   (3) the limit of liability stated in the schedule below.

**Prescribed by the State Board of Insurance Endorsement No. HO-105 –
Residence Glass Coverage – Effective July 8, 1992**

CVAPDF - www.testw.com

c. **Pair or Set.** If loss to an article which is part of a pair or set occurs, we will measure the loss at a reasonable and fair proportion of the total value of the pair or set giving consideration to the importance of the article.

We will not pay a total loss to the pair or set when the loss is to an article that is part of a pair or set.

d. We may pay for the loss in money or may repair or replace the property. Any property we pay for or replace will become our property.

### SCHEDULED RESIDENCE GLASS

| Number of Plates | Length in Inches | Width in Inches | Description of Glass, Lettering and Ornamentation; Position in Building. The glass in plain flat glass with all edges set in frames, unless otherwise stated herein. | Specific Limit (if any) | Premium |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Total Scheduled Glass Premium $**

4. **Your Duties After Loss.** In case of loss to covered property, you must:

   a. give prompt written notice to us.

   b. file a proof of loss at our request, on forms that we provide. If we request a proof of loss, we must request it not later than the 15th day after we receive your written notice. We may require this filing of proof of loss to be under oath.

5. **Action Against Us.** There can be no action against us unless you have complied with all the terms of this policy.

6. **Other Insurance.** If a loss covered under this endorsement is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this endorsement bears to the total amount of valid and collectible insurance covering the loss.

**Prescribed by the State Board of Insurance Endorsement No. HO-105 – Residence Glass Coverage – Effective July 8, 1992**

HO-105 07 92

Case 1:00-cv-00138   Document 22   Filed in TXSD on 06/28/2001   Page 157 of 161

## AGREED AMOUNT ON DWELLING
### (FOR USE WITH FORMS HO-B OR HO-C)

The amount of insurance for Coverage A (Dwelling) shown on the declarations page complies with the amount of insurance required for Replacement Cost Coverage under SECTION I CONDITIONS, Loss Settlement.   This endorsement does not increase the Coverage A (Dwelling) Limit of Liability.

Prescribed by the Texas Department of Insurance                    HO-102 07 92
Endorsement No. HO-102- Agreed Amount on Dwelling Endorsement Effective - July 8, 1992

## INCREASED LIMIT ON JEWELRY, WATCHES AND FURS

For an included additional premium, the Special Limit of Liability for Jewe
Watches/Furs under Coverage B (Personal Property) is increased from $500 to the l
shown on the declarations page for this endorsement.

Prescribed by the State Board of Insurance Endorsement No. HO-110 –
Increased Limit on Jewelry, Watches and Furs – Effective July 8, 1992

HO-110

# EXHIBIT D
## Demand Letter to Union Standard Insurance Company

File Server:Bishop, Darwin [99-219]:Mtn/Summary Judgment

9

ClibPDF - www.fastio.com



September 21, 1999

*Certified Mail Z 258 925 283*

Ms. Carla M. Saenz
**GRIFFITH, SAENZ & HILL, L.L.P.**
1325 Palm Boulevard, Suite A
Brownsville, Texas  78520

Re:    **Darwin Bishop**
       **Union Standard Insurance Company**
       Our File No. 99-219

Dear Ms. Saenz:

Please be advised that the law firm of R. W. Armstrong & Associates has been retained by Darwin Bishop to pursue his cause of action against the Union Standard Insurance Company as a result of their violations with respect to Mr. Bishop's claim of loss as outlined in the enclosed Notice of Claim forwarded to you on behalf of Mr. Bishop.

All future communications concerning this case should be directed to our office.

Very truly yours,

R. W. Armstrong

RWA/dll

xc:    Darwin Bishop

✉
**2400 OLD ALICE RD.
BROWNSVILLE, TX.
78521-1450**

☎
**956-546-5556
FAX 546-0470**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

DARWIN BISHOP                          §
                                       §
V.                                     §          CIVIL ACTION NO. B-00-138
                                       §
UNION STANDARD INSURANCE CO.           §

## ORDER GRANTING PLAINTIFF'S DARWIN BISHOP
## SUMMARY JUDGMENT

On this _____ day or _____, 2001, came on to be heard, the **Plaintiff's Darwin Bishop Motion for Summary Judgment** filed in this cause. The Court after examining the pleadings and summary judgment evidence is of the opinion and finds that Plaintiff is entitled to summary judgment.

IT IS THEREFORE, ORDERED ADJUDGED and DECREED that **Plaintiff's Darwin Bishop Motion for Summary Judgment** be GRANTED.

SIGNED FOR ENTRY on this the _____ day of _____, 2001.


_____
JUDGE PRESIDING


COPIES TO:

R. W. Armstrong
**R. W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Rd., Suite A
Brownsville, Texas 78521-1450

Ms. Carla Saenz
**GRIFFITH, SAENZ & HILL, L.L.P.**
1325 Palm Blvd. Suite H
Brownsville, Texas 78521


File Server:Bishop, Darwin [99-219]:Mtn/Summary Judgment