UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JURY

| | | |
|---|---|---|
| **DARWIN BISHOP** | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-138 |
| | § | (636(c)) |
| **UNION STANDARD INSURANCE** | § | |
| **COMPANY** | § | |
| *Defendant* | § | |

## SECOND AMENDED AGREED SCHEDULING ORDER

On the __28th__ day of June 2001, came on to be heard the parties' second request for a Scheduling Order in the above-entitled and numbered Cause. The Court, having considered the pleadings and the request of the parties and having determined that the parties agreement to the following deadlines, it is of the opinion that the Second Agreed Scheduling Order should be entered.

**IT IS ORDERED** as follows:

1. Plaintiff shall identify any and all expert witnesses whom he expect to testify at the trial of this matter, and shall provide a written report, as well as a current curriculum vitae or resume, from each non-party testifying expert who is retained by Plaintiff on or before October 1, 2001.

2. Defendant shall identify any and all expert witnesses whom it expects to testify at the trial of this matter, and shall provide a written report, as well as a current curriculum vitae or resume, from each non-party testifying expert who is retained by Defendants on or before November 1, 2001.

3. The amount of discovery allowed in this case is limited in accordance with Federal Rules of Civil Procedure, however, depositions may be taken by the parties as are reasonably necessary for the purpose of this litigation.

4. Plaintiff shall produce his designated retained testifying expert witnesses for deposition within 45 days before trial.

5. Defendant shall produce its designated retained testifying expert witnesses for deposition within 30 days before trial.

6. The parties shall join any and all additional parties, including third parties on or before __90__ days before trial.

7. Plaintiff shall file any and all amended or supplemental pleadings on or before __30__ days before trial.

8. Defendants shall file any and all amended or supplemental pleadings on or before __15__ days before trial.

9. Mediation shall take place on or before __30__ days before trial.

10. Discovery shall be completed by all parties on or before __14__ days before the joint pretrial is filed unless further agreement by all parties.

11. The joint pretrial order shall be filed on or before __December 20, 2001__. (Plaintiff is responsible for filing the pretrial order on time.)

10. The case is set for pretrial hearing on __January 3, 2002,__ / 2:00 p.m.

11. The case is set for jury selection and announcements on __January 4, 2002,__ / 9:30 a.m.

12. Jury Trial is set for __January 8,__ 2002, at 9:00 a.m.

**IT IS FURTHER ORDERED** that the above-stated deadlines may be modified by the agreement of the parties or by an Amended Order signed by the Court. If the case is not reached for trial on the current trial setting, this Scheduling Order shall be void.

Signed this __28th__ day of __June__, 2001.

_____
**JUDGE PRESIDING**

APPROVED AND AGREED:

Mr. R. W. Armstrong
**R.W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
(956) 546-5556 Telephone
(956) 546-0470 Facsimile


BY: _____
    R.W. Armstrong
    SBN: 01323500
    **Counsel for Plaintiffs**


Ms. Carla M. Saenz
**Griffith, Saenz & Hill, L.L.P.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862 Telephone
(956) 541-2864 Facsimile


BY: _____
    Carla M. Saenz
    SBN: 17514595
    **Counsel for Defendant**