# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DARWIN BISHOP | * | |
| | * | |
| VS | * | CIVIL ACTION B-00-138 |
| | * | (636(c)) |
| UNION STANDARD INSURANCE COMPANY | * | |
| | * | |

## ORDER GRANTING ORAL MOTION TO CANCEL HEARING

Defendant's Oral Motion to Cancel the Hearing for Partial Summary Judgment set for June 28, 2001, is hereby **granted**. A written motion shall be filed.

DONE at Brownsville, Texas, on 28th day of June 2001.

_____
Felix Recio
United States Magistrate Judge