# GRIFFITH, SAENZ & HILL, L.L.P.

### LAWYERS

**1325 PALM BLVD., SUITE H**
**BROWNSVILLE, TX 78520**
**956/541-2862**
**FAX/541-2864**

CARLA M. SAENZ

**McALLEN OFFICE:**
ONE PARK PLACE
100 SAVANNAH, SUITE 200
McALLEN, TX 78503
956/971-0446
FAX/971-0451

November 13, 2001

<u>VIA FACSIMILE (956) 546-0470</u>

Mr. R.W. Armstrong
R.W. Armstrong & Associates
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

Re:    **Civil Action No. B-00-138**
       **Darwin Bishop vs. Union Standard Insurance Co.**
       **In the United States District Court, Brownsville Division**
       **Our File No. 3800.0012/1092**

Dear Ron:

Pursuant to my assistant, Sandra's telephone conversation of today with your legal assistant, this is to confirm that you have agreed to grant Defendant Union Standard Insurance Company an extension to designate experts and/or produce experts' reports, thereby extending the file date to December 17, 2001.

If this meets with approval, please confirm by signing at the bottom of this letter, returning same to my office at your earliest convenience.

If you have any questions, or if you wish to discuss this matter, please call.

Sincerely,

**GRIFFITH, SAENZ & HILL, L.L.P.**

By: Carla M. Saenz

Carla M. Saenz

CMS:se

AGREED AND APPROVED TO:

Ron Armstrong