31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 21 2001

Michael N. Milby
Clerk of Court

JURY

| | | |
|---|---|---|
| **DARWIN BISHOP** | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-138 |
| | § | |
| **UNION STANDARD INSURANCE** | § | |
| **COMPANY** | § | |
| *Defendant* | § | |

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE ALL DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiffs, **DARWIN BISHOP**, and Defendant, **UNION STANDARD INSURANCE COMPANY,** by and through their attorneys of record, and hereby make and file this their Joint Motion for Extension of Time to Complete all Deadlines and in support thereof would respectfully show unto the Court the following:

### I.

Plaintiff and Defendant request that the Court extend all deadlines as outlined in their Joint Discovery Case Management Plan, in order to allow the parties sufficient time to engage in further discovery and preparation of this case.

### II.

Plaintiffs and Defendants hereby request that all the deadlines be extended so that all relevant information can be obtained.

### III.

Both parties have pursued discovery matters diligently in order to abide by the Court ordered Joint Discovery Case Management Plan. However, additional time is necessary to complete the extensive discovery anticipated in this case which in turn is necessary to complete all other deadlines.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, **DARWIN BISHOP**, and Defendant, **UNION STANDARD INSURANCE COMPANY**, pray that their Joint Motion for Extension of Time to Complete All Deadlines in this case be in all things granted; and for such other and further relief, both general and special, legal or equitable, to which parties may show themselves justly entitled.

Respectfully submitted,

Ron Armstrong
R.W. Armstrong & Associates
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
(956) 546-5556
(956) 546-0470

By: _____
Ron Armstrong
State Bar No. 01323500
Federal Identification No. 2401
**ATTORNEY FOR PLAINTIFF**
**DARWIN BISHOP**

Carla M. Saenz
**GRIFFITH, SAENZ & HILL, L.L.P.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862 Telephone
(956) 541-2864 Facsimile

BY: *[signature: Carla M. Saenz]*
       CARLA M. SAENZ
       State Bar No. 17514595
       Federal Id. No. 7994
       **ATTORNEY FOR DEFENDANT,
       UNION STANDARD INSURANCE COMPANY**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on this the 20th day of December, 2001, I conferred with Plaintiff's counsel and he has advised that he joins the Motion for Extension of Time to Complete All Deadlines and does not oppose the filing of this Motion.

_____
CARLA M. SAENZ

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the above and foregoing document has been sent on this 21st day of December, 2001, to all counsel of record, to wit:

Mr. R. W. Armstrong  **VIA CMRRR 7000 0520 0024 6464 3678**
**R.W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

*Attorney for Plaintiff*

_____
CARLA M. SAENZ