32

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 2 6 2001

Michael N. ~~~~~
By Deputy Clerk ~~~~~

| | | |
|---|---|---|
| DARWIN BISHOP | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-00-138 |
| | * | ~~B-00-133~~ |
| UNION STANDARD INSURANCE CO. | * | (636(c)) |

## ORDER GRANTING MOTION FOR CONTINUANCE

On December 21, 2001, came on to be considered the parties' Agreed Motion for Continuance, and the Court, having considered said Motion, finds that said motion should be and is hereby **GRANTED**.

The joint pretrial order shall be filed on or before March 15, 2002, the final pretrial is set for April 4, 2002, at 2:00 p.m., and the jury selection is set for April 5, 2002, at 9:00 a.m.

DONE at Brownsville, Texas, on 21st day of December 2001.

Felix Recio
United States Magistrate Judge