33

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# ADR MEMORANDUM TO CLERK OF COURT

(To Be Submitted in duplicate if cases settles before
ADR or within 10 days after completion of ADR)

United States District Court
Southern District of Texas
FILED

JAN 0 4 2002

Michael N. Milby
Clerk of Court

DARWIN BISHOP
        Plaintiff(s)　　　　　　　　　　Division Brownsville
VS.　　　　　　　　　　　　　　　　Civil Action No. B-00-138

UNION STANDARD INSURANCE
COMPANY
        Defendant(s)

**ADR METHOD:**  Mediation ___X___　　Arbitration _____
　　　　　　　　Mini – trail _____　　Summary Jury Trial _____

**TYPE OF CASE:** _____

1. Please check one of the following:
   The case referred to ADR settled _____ or did not settle _____.

2. My total fee and expenses were: $475.00 per party ( 2 parties )
   **(if you had no fee and expenses, please indicate if the case settled before ADR, OR if the ADR processing was conducted on a no-fee basis pursuant to order of the court or agreement of the parties.)**

   _____
   _____

3. Please list names, address and telephone numbers of all parties and all counsel of record:

Mr. R.W. Armstrong
R.W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, te. A
Brownsville, Texas 78521
FACSIMILE: 956/546-0470
PHONE: 956/546-5556

Ms. Carla M. Saenz
GRIFFITH, SAENZ & HILL, L.L.P.
1325 Palm Blvd., Ste. H
Brownsville, Texas 78520
FACSIMILE: 956/541-2864
PHONE: 956/541-2862

**Date:** _____

**ADR PROVIDER**
Name: **Leo C. Salzman**

Signature: *Leo C. Salzman*

SDTX-ADR.5