*34*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

## MAR 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DARWIN BISHOP | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-00-138 |
| | * | (636(c)) |
| UNION STANDARD INSURANCE CO. | * | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE RESPONSE
## TO PLAINTIFF'S OPPOSED MOTION FOR SUMMARY JUDGMENT

On this day came on to be considered Defendant's Motion for Leave to File Its

Response to Plaintiff's Opposed Motion for Summary Judgment, and the Court, having

considered said Motion, finds that said motion should be and is hereby GRANTED.

DONE at Brownsville, Texas, on 6th day of March 2002.

Felix Recio
United States Magistrate Judge

#25