UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DARWIN BISHOP | § | JURY |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-138 |
| | § | |
| UNION STANDARD INSURANCE | § | |
| COMPANY | § | |
| *Defendant* | § | |

**DEFENDANT UNION STANDARD INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, UNION STANDARD INSURANCE COMPANY, Defendant in the above-styled and numbered cause of action and file this its Motion for Leave to File Second Amended Answer, and in support thereof would respectfully show unto the Court the following:

I.

This Defendant respectfully requests that the Court grant them leave to file their Second Amended Answer a true and correct copy of which is attached hereto as **Exhibit "A"** in order to respond to Plaintiff's First Amended Complaint and assert affirmative defenses raised by further discovery in this case.

II.

WHEREFORE, PREMISES CONSIDERED, Defendant UNION STANDARD INSURANCE COMPANY pray that this Defendant be allowed leave to file their Second

Amended Answer, and for such other and further relief, general and spécial, both at law and in equity, to which this Defendant may be justly entitled.

Respectfully submitted,

**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862 Telephone
(956) 541-2864 Facsimile

BY: _____
CARLA M. SAENZ
State Bar No. 17514595
Federal I.D. No. 7994

ATTORNEYS FOR DEFENDANT,
UNION STANDARD INSURANCE COMPANY

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been sent on this 15th day of March, 2002, to all counsel of record, to wit:

*Via CM/RRR 7000 1530 0005 5014 8964*

Mr. R. W. Armstrong
**R.W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

*Attorney for Plaintiffs*

_____
CARLA M. SAENZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| DARWIN BISHOP | § JURY | |
| *Plaintiff* | § | |
|  | § | |
| vs. | § | CIVIL ACTION NO. B-00-138 |
|  | § | |
| UNION STANDARD INSURANCE COMPANY | § § | |
| *Defendant* | § | |

**ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER**

BE IT REMEMBERED that on this the ___ day of _____, 2002, came on to be considered Defendant **UNION STANDARD INSURANCE COMPANY'S** Motion for Leave to File their Second Amended Answer. The Court, having considered said Motion and argument of counsel, is of the opinion that said Motion should be **granted**.

IT IS, THEREFORE, ORDERED that Defendant **UNION STANDARD INSURANCE COMPANY** is granted leave to file their Second Amended Answer.

SIGNED for entry on this ___ day of _____, 2002.

_____
JUDGE PRESIDING

c.c.   Ms. Carla M. Saenz, **Griffith, Saenz & Hill, L.L.P.**, 1325 Palm Blvd., Suite H, Brownsville, Texas
       Mr. R.W. Armstrong, **R.W. Armstrong & Associates**, 2600 Old Alice Rd., Suite A, Brownsville, TX 78521

4