UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DARWIN BISHOP | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-138 |
| | § | |
| UNION STANDARD INSURANCE | § | |
| COMPANY | § | |
| *Defendant* | § | |

JURY

**DEFENDANT UNION STANDARD INSURANCE COMPANY'S
MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT
AND
ORIGINAL COUNTER-CLAIM**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW, UNION STANDARD INSURANCE COMPANY**, Defendant in the above-styled and numbered cause of action and file this its Motion for Leave to File Third Amended Answer and Original Counter-Claim, and in support thereof would respectfully show unto the Court the following:

I.

This Defendant respectfully requests that the Court grant them leave to file their Third Amended Answer and Original Counter-Claim a true and correct copy of which is attached hereto as **Exhibit "A"**. This motion is made in order that Defendant may respond to Plaintiff's First Amended Complaint , assert affirmative defenses and assert Defendant's counter-claims raised by further discovery in this case. In that connection, pursuant to Federal Rule of Civil Procedure,

13(f), a pleader may, by leave of court, assert a counterclaim when justice requires. Further discovery has revealed evidence which supports Defendant's counter-claims for fraudulent misrepresentation and fraudulent concealment. Accordingly, Defendant respectfully requests leave of court to file its Third Amended Answer and Original Counter-Claim.

## II.

**WHEREFORE, PREMISES CONSIDERED,** Defendant **UNION STANDARD INSURANCE COMPANY** pray that this Defendant be allowed leave to file their Third Amended Answer and Original Counter-Claim , and for such other and further relief, general and special, both at law and in equity, to which this Defendant may be justly entitled.

Respectfully submitted,

**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862 Telephone
(956) 541-2864 Facsimile


BY: _____
CARLA M. SAENZ
State Bar No. 17514595
Federal I.D. No. 7994

ATTORNEYS FOR DEFENDANT,
UNION STANDARD INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the above and foregoing document has been sent on this 22nd day of March, 2002, to all counsel of record, to wit:

<u>*Via CM/RRR 7000 1530 0005 5014 9107*</u>

R. W. Armstrong
**R.W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

*Attorney for Plaintiffs*

_____
CARLA M. SAENZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
|  | JURY |  |
| DARWIN BISHOP | § |  |
| *Plaintiff* | § |  |
|  | § |  |
| VS. | § | CIVIL ACTION NO. B-00-138 |
|  | § |  |
| UNION STANDARD INSURANCE | § |  |
| COMPANY | § |  |
| *Defendant* | § |  |

**ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER
AND
ORIGINAL COUNTER-CLAIM**

BE IT REMEMBERED that on this the ___ day of _____, 2002, came on to be considered Defendant **UNION STANDARD INSURANCE COMPANY'S** Motion for Leave to File their Third Amended Answer and Original Counter-Claim. The Court, having considered said Motion and argument of counsel, is of the opinion that said Motion should be **granted**.

IT IS, THEREFORE, ORDERED that Defendant **UNION STANDARD INSURANCE COMPANY** is granted leave to file their Third Amended Answer and Original Counter-Claim.

SIGNED for entry on this ___ day of _____, 2002.

_____
U.S. DISTRICT JUDGE

c.c.   Ms. Carla M. Saenz, **Griffith, Saenz & Hill, L.L.P.**, 1325 Palm Blvd., Suite H, Brownsville, Texas
      Mr. R.W. Armstrong, **R.W. Armstrong & Associates**, 2600 Old Alice Rd., Suite A, Brownsville, TX 78521

4