IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DARWIN BISHOP | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-138 |
| | § | |
| UNION STANDARD INSURANCE CO. | § | |

## JOINT MOTION FOR LEAVE TO FILE JOINT PRETRIAL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, **DARWIN BISHOP**, Plaintiff and **UNION STANDARD INSURANCE COMPANY**, Defendant in the above styled and numbered cause of action and file this their JOINT MOTION FOR LEAVE TO FILE JOINT PRETRIAL ORDER, and in support thereof would respectfully show unto the Court the following:

I.

This Court ordered a Joint Pretrial Order to be filed on or before March 15, 2002. Plaintiff and Defendant respectfully request that the Court grant them leave to file their Joint Pretrial Order on or before April 4, 2002.

II.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **DARWIN BISHOP** and Defendant **UNION STANDARD INSURANCE COMPANY** pray that they be allowed leave to file their Joint Pretrial Order on or before April 4, 2002, and for such other and further relief, general and special, both at law and in equity, to which both Plaintiff and Defendant may be justly entitled.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone:   (956) 546-5556
Telecopier:   (956) 546-0470

BY: _____
R. W. Armstrong
Fed. Id.No. 2237
Texas State Bar No. 01323500
**ATTORNEY FOR PLAINTIFF**


**CARLA M. SAENZ & ASSOCIATES**
1325 Palm Boulevard, Suite H
Brownsville, Texas 78520
Telephone:   (956) 541-2862
Telecopier:   (956) 541-2864

By: _____
Carla M. Saenz
Fed. Id.No. 7994
Texas State Bar No. 17514595
**ATTORNEY FOR DEFENDANT**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Joint Motion for Leave to file Pretrial Order was on this the 22nd day of March 2002, served via *Certified Mail*, return receipt requested, to wit:

Ms. Carla Saenz
**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**
1325 Palm Blvd. Suite H
Brownsville, Texas 78521

_____
R. W. Armstrong

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DARWIN BISHOP | § § | |
| V. | § § | CIVIL ACTION NO. B-00-138 |
| UNION STANDARD INSURANCE CO. | § § | |

## ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE JOINT PRETRIAL ORDER

BE IT REMEMBERED that on this the _____ day of _____, 2002, came on to be considered Plaintiff's and Defendant's JOINT MOTION FOR LEAVE TO FILE JOINT PRETRIAL ORDER. The Court, having considered said Motion and argument of counsel, is of the opinion that said Motion should be **GRANTED**.

IT IS, THEREFORE, ORDERED that Plaintiff and Defendant are granted leave to file their Joint Pretrial Order on or before April 4, 2002.

SIGNED this the _____ day of _____, 2002.

_____
PRESIDING JUDGE

COPIES TO:

Mr. R. W. Armstrong
**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

Ms. Carla Saenz
**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**
1325 Palm Blvd. Suite H
Brownsville, Texas 78521

File Server:Bishop,D.[99-219/hm]Bad Faith:MOTIONS:Mtn/leave-Joint Joint Motion for Leave