**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DARWIN BISHOP | * | |
| vs | * | CIVIL ACTION NO. B-00-138 (636(c)) |
| UNION STANDARD INSURANCE CO. | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

---

**FINAL PRETRIAL CONFERENCE**

**April 2, 2002, @ 2:00 P.M.**
(RESET FROM 4/4/02)

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

---

PLACE:   UNITED STATES DISTRICT COURT
         600 E. Harrison, 2nd Floor
         Brownsville, Texas 78520
         (956) 548-2701

---

BY ORDER OF THE COURT

March 26, 2002

cc:   Counsel of Record