43

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

DARWIN BISHOP                                    *

vs                                               *    CIVIL ACTION NO.  B-00-138
                                                              (636(c))

UNION STANDARD INSURANCE CO.    *


TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

=========================================================================

### FINAL PRETRIAL CONFERENCE

**April 4, 2002, @ 2:00 P.M.**
**(RESET FROM 4/2/02)**


### BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

=========================================================================

PLACE:    UNITED STATES DISTRICT COURT
          600 E. Harrison, 2nd Floor
          Brownsville, Texas 78520
          (956) 548-2701

=========================================================================


                                        **BY ORDER OF THE COURT**


March 27, 2002


cc:    Counsel of Record