COURTROOM MINUTES: Felix Recio Judge Presiding
Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | L Garcia |
| CSO | : | T Yanez |
| Law Clerk | : | R Byrd |
| Date | : | April 4, 2002 at 2:15 p.m. |

United States District Court
Southern ... Texas
FILED

APR - 4 2002

Michael N. Milby, Clerk of Court

CIVIL CASE NO. B-00-cv-138

Darwin Bishop                                    *           R Armstrong
                                                 *
vs                                               *
                                                 *
Union Standard Insurance Co.                     *           C Saenz

**PRETRIAL CONFERENCE**

Attorney, C Saenz present for the defendant;
Attorney, R Armstrong present for the plaintiff;

The Court proceeds to address the pending motions;

R Armstrong states he is not prepared to address the motions and further states this is due to the Motion for Continuance which he has filed;

The Court proceeds with the pending motions, case is set for trial;
C Saenz states motion 17-1 is **moot**;
R R Armstrong **withdraws** motion 22-1;
Motion 35-1 is **moot**;
Motion 38-1 is **granted**;

R Armstrong addresses the Court on the Motion for Continuance and states his client is a liver transplant recipient, has had surgery in Dallas;
Atty states he has no medical record on hand, but as soon as his client recovers the Court will receive a copy of a medical billing;

C Saenz is not opposed to the continuance and would like proof of hospitalization; Further requests a resetting for August;

The Court requests R Armstrong file documentation of hospitalization by April 12, 2002;
The Court **GRANTS** continuance, with the new dates to reflect August 1, 2002 at 2:00 p.m. for final pretrial and August 2, 2002 at 10:30 a.m. for Jury Selection;
Court adjourned.