IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DARWIN BISHOP                 *

VS                                     *     CIVIL ACTION NO. B-00-138

UNION STANDARD INSURANCE CO.   *

## ORDER GRANTING MOTION FOR CONTINUANCE

On April 4, 2002, the Court considered Plaintiff's Opposed Motion for Continuance. The Court after reviewing the motion, is of the opinion that good cause being shown, the Motion should be and is hereby granted. Pretrial Conference is set for August 1, 2002 at 2:00 p.m. and Jury Selection is set for August 2, 2002 at 10:30 a.m.

Signed for entry this the 4th day of April, 2002.

_____
Felix Recio
United States Magisrtate Judge