IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
Filed

APR 1 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DARWIN BISHOP | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-138 |
| | § | |
| UNION STANDARD INSURANCE CO. | § | |

## MOTION FOR EXTENSION OF TIME TO FILE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Plaintiff, **Darwin Bishop** and files this his MOTION FOR EXTENSION OF TIME TO FILE and in support thereof would show:

1. During a pre-hearing conference, this Court requested verification from Plaintiff that in fact he was hospitalized before the hearing.

2. Plaintiff's attorney has had no contact with Plaintiff since the date of hearing. In communication with Baylor Medical Center, they have refused to release information without an updated medical authorization which Plaintiff's attorney has prepared and forwarded.

3. Plaintiff's attorney received this date the requested information from the hospital which is attached hereto and marked as Exhibit "A".

4. This request for continuance is not for delay only, but that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays this Court grant Plaintiff's request, as Plaintiff's attorney has only to date received the requested information from the hospital.

RESPECTFULLY SUBMITTED,

R.W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone:   (956) 546-5556
Telecopier:  (956) 546-0470
BY: _____
R. W. Armstrong
Fed.Id.No. 2237
Texas State Bar No. 01323500

File Server/Disclosures (Rule 26)/Bishop, D. -- #99-219
1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Motion For Extension of Time to File** was on this the 12th day of April 2002, served via *Certified Mail*, return receipt requested, to wit:

Ms. Carla Saenz
**GRIFFITH SAENZ & HILL, L.L.P.**
1325 Palm Blvd. Suite H
Brownsville, Texas 78521

_____
R. W. Armstrong

## CERTIFICATE OF CONFIRMATION

I certify that I have spoken with Carla Saenz concerning the filing of this Motion and she expressed no objection to the motion.

_____
R.W. Armstrong

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DARWIN BISHOP | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-138 |
| | § | |
| UNION STANDARD INSURANCE CO. | § | |

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | AFFIDAVIT OF R. W. ARMSTRONG |
| COUNTY OF CAMERON | § | |

BEFORE ME, the undersigned authority, on this day personally appeared **R. W. Armstrong**, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath, stated as follows:

"My name is **R.W. Armstrong**. I am the attorney for Plaintiff in the above-entitled and numbered cause. I would state that every statement contained therein is true and based either on personal knowledge or upon documents contained in the file of the United States District Court, Southern District of Texas, Brownsville Division, styled *Darwin Bishop vs. Union Standard Insurance Company*."

_____
R.W. Armstrong

SUBSCRIBED AND SWORN TO BEFORE ME by the said R.W. Armstrong, this the 12th day of April, 2002, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC
My Commission Expires: 5-23-05

KARIN T. LEWIS
Notary Public, State of Texas
My Commission Expires 05-23-05

File Server/Disclosures (Rule 26)/Bishop, D. -- #99-219
3

# EXHIBIT "A"

## BAYLOR SPINE CENTER
### A Service of the Baylor Health Care System

Kathleen Sisler, M.D.
Telephone: (214) 820-1883
Fax: (214) 820-9404

Name: Bishop, Darrius　　Date: 4/12/02

℞ Mr. Bishop told me about his groin pain 3/26/02. I told him to see a cardiologist for possible hernia.

Dispense # _____　May refill _____ times.

· Refills, M-F 9AM-4PM

_____ M.D.　_____ M.D.
Product Selection Permitted　Dispense as Written

#1805 P.002
BAYLOR PLAZA HOTEL
2148207323

Official Copy

BUMC Emergency Department
Discharge Instructions for: Darwin Bishop

Page 1 of 4

# Baylor University Medical Center
## Emergency Department
3500 Gaston Avenue
Dallas, TX 75246
(214) 820-2501

**DISCHARGE INSTRUCTIONS FOR:** **Darwin Bishop**
**FOR TODAY'S VISIT ON:** **Wednesday 3/27/2002**

Thank you for using the Baylor University Medical Center for your care today. It is important for you to know that the evaluation and treatment you have received in the emergency department today was rendered on an emergency basis only and was not intended to be a substitute for an effort to provide complete medical care. You should contact your private physician or the physician we referred you to, and inform the physician of your visit to the emergency department.

### X-RAYS and LAB TESTS:
If you had x-rays taken today, the x-rays were read by the staff radiologist. If you had a culture done, it will take 24 to 72 hours to get results. If there is a change in the x-ray diagnosis or a positive culture, a staff member from the emergency department will contact you. (Make sure we have your local phone number).

### MEDICATIONS:
If you received a prescription for a medication(s) today, it is important to inform your pharmacist of the names of your current medications and any drug allergies you have. It is also very important to let your private physician know of any new medications that have been prescribed for you.

Thank you again for using the Baylor University Medical Center Emergency Department for your treatment today. The discharge instructions for your visit today are outlined below. Please call your insurance provider to verify that the physician to whom we referred you provides coverage for your health plan.

---

Hernia
Smith, Bruce
Call referral doc tomorrow for re-evaluation

---

I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).

X _Darwin Merritt Bishop_         _[signature]_
Darwin Bishop                      ED Physician or Nurse

MRN# 324698                        Date _3/27/02_

**Medical Record Copy**

324698-035  59
            11/06/42 F/0
BISHOP,DARWIN MERRITT
OR MURRAY,NATALIE M 26902486



**BAYLOR UNIVERSITY MEDICAL CENTER**
3500 Gaston Avenue
Dallas, Texas 75246
(214) 820-0111
Cable Address BAYLORDAL

March 28, 2002

TO WHOM IT MAY CONCERN:

Mr/Mrs _Darwin M. Bishop_ was in this Department for a procedure requested by _____ physician on _03/28_, _02_

If you have any questions regarding this matter, please do not hesitate to call at 820-2196. Thank you.

We saw Mr. Bishop as a patient referred by Dr. Bruce Smith.

Sincerely,

Angelina Hernandez
(214) 820-3664

**Bruce A. Smith, M.D.**
Fellow American College of Surgery

3600 Gaston Avenue
Suite 710, Barnett Tower

Dallas, Texas 75246
(214) 827-5820

April 12, 2002

Mr. Bishop was scheduled for March 29, 2002 but Dr. Smith decided to postpone until later date.

For Bruce A. Smith M.D.
Ann Adams
Office Mgr

**Bruce A. Smith, M.D.**
LAPAROSCOPIC AND GENERAL SURGERY
FELLOW AMERICAN COLLEGE OF SURGERY

HOURS BY APPOINTMENT
214 827 5820

BARNETT TOWER, SUITE 710
3600 GASTON AVENUE
DALLAS, TEXAS 75246

APR.12.2002 15:22  2148207323          BAYLOR PLAZA HOTEL          #1805 P.005

**Physical Exam**
**Office of Dr. Bruce A. Smith**

NAME: Darwin Bishop          DATE: MAR 28 2002

BP: 160/94   P: 88   Temp: 98.1   Resp: 16   Height: 5'11 3/4"   Weight: 193 1/2

| Normal | System | Findings |
|---|---|---|
|  | GENERAL |  |
|  | HEENT |  |
|  | NECK |  |
| ✓ | CHEST |  |
| ✓ | HEART |  |
|  | BREAST |  |
|  | LYMPHATIC |  |
|  | ABDOMEN | Large - ? Ascites - Collat Veins |
|  | BACK | visible - Mercedes scar |
|  | GENITAL | Bilat Groin Hernia from BIH Repair - |
|  | RECTAL | Marked Bilat Testicular/Groin |
|  | PROSTATE |  |
|  | VASCULAR | Sensitivity to touch - Hyperm- |
|  | EXTREMITIES |  |
|  | NEUROLOGIC | Hyper Tentor in origin - small bl. |
|  | SKIN/WOUND | Vesicovale Rent - rt Testi - No idea |
|  | OTHER | Hernia on either side |

Diagnosis/Problem: 1) R Groin + R Testicle Pain -
2) S/P BIH Repair - 3) S/P Liver Transplant

Plan: R/O Recurrent Ing. Hernia

Dictated: 4/1/02   To: N. Murray          Signature: [signed]
Revised 2/7/01

**New Patient Information-Detailed**
**Office of Dr. Bruce A. Smith**

Name: Darwin Bishop     Age: _____   Date of Birth: _____   Today's Date: 3/28/02
Referred by: Dr Murray     Primary Care Physician (PCP): Dr. Murray
Reason for Today's Exam: Hernia (R) inguinal - hurts severely for 2 mo —
1st Noticed - 4 mo ago

## Medications

List both prescription and non-prescription medications (including aspirin); Give name, dose, and frequency taken: If you need more space ask for a separate medication sheet: see list

## Allergies and Adverse Reactions

Do you have any allergies or adverse reactions to medications, iodine, tape, food, latex, or soaps?   No ☐   Yes ☒

If yes, give the name and describe the reaction (nausea, rash, itching, asthma, shock, or other).
Sulpher, Codiene, pencillin.

## Past Surgeries

Have you had any surgical procedures or operations in the past?   No ☐   If yes, please indicate the type Below:

☐ Heart Valve  ☐ Venous port/catheter  ☐ Pacemaker  ☐ Defibrillator  ☐ Pins, rods, nails or joints  ☐ Other implanted device.  Other Surgical Procedures: bullet Lt hip, leg, Lt arm, removal bullet, cut, double hernia, Liver transplant, face, tumors Lt arm, neck

Complications of Surgery or Anesthesia: shunt removal
Past Medical History: doesn't wake as quickly → May-95
before '95 - (Bilat)

Have you ever taken blood thinners (i.e. Coumadin or Heparin other than as a catheter flush)?   No ☒   Yes ☐

If yes, for what type of condition: _____

Are you currently being treated or followed by a Doctor for any illness or condition?   No ☐   Yes ☒   If yes, please list the name of the condition and name of the Doctor: Dr. Murray, Dr Levitz & Dr Goldstein

### PLEASE CIRCLE ALL RESPONSES THAT APPLY   Do you have a history of:

Seizures/Strokes/Fainting | Esophagus/Stomach Disease | Bleeding Disorder | Are you Pregnant?
Heart/Lung Disease | Intestine/Colon Disease | (HIV) | Other: _____
Heart Attack/Chest Pain | GERD/Reflux | (Diabetes) ✱ |
Vascular Disease | Spastic Colon/Irritable Bowel | Thyroid Disease |
Cancer - Skin | (High Blood Pressure) | Hearing/Vision Impairment — |
(Liver Disease/Hepatitis) | High Cholesterol/Triglycerides | Mental Illness |
Kidney/Bladder Disease | Blood Clots | Depression/Anxiety Disorder |

**Continued on Reverse Side**

Revised 9/15/01                                                        Reviewed by: _____

APR.12.2002 15:22  BAYLOR PLAZA HOTEL  2148207323  #1805 P.007

Name: Darwin Bishop

**Social History/Habits/Employment**

☒ Married  ☐ Single  ☐ Divorced  ☐ Separated  ☐ Widowed

☐ Desk/Clerical/ Mgt  ☐ Professional  ☐ Self Employed  ☐ Homemaker  ☐ Heavy Labor  ☐ Retired  ☒ Other _____

Level of your physical intensity at work. Please circle one:   (low) 1   2   3   4   5 (high)

Please describe the most physically strenuous part of your job and your life style/exercise routine: 1) Job: _____
_____ 2) Exercise: _____

If you are in need of assistance after surgery is there someone available?   No ☐  Yes ☐  Relationship: _____

Do you currently use any type of tobacco product? No ☒ Yes ☐ If yes, indicate what type, how much per day and for how long.

If you have used tobacco products in the past indicate for how long and when you quit: _____

Do you drink alcohol? No ☒ Yes ☐ If yes indicate what type, how much, and how often (amount per day or week): _____

Have you ever had problems with or an addiction to alcohol or drugs? No ☒ Yes ☐

**Review of Systems**

PLEASE CIRCLE ALL RESPONSES THAT APPLY
*Recently have you had or do you continue to have any of the following:*

Change in appetite, nausea, vomiting, or weight loss ?

Change in, or difficulty with bowel or bladder elimination ?

Constipation/Diarrhea?

Blood in bowel movements/ urine / sputum/ vomitus ?  Hemorrhoid

Yellowing of Eyes and or Skin (Jaundice)? -  No

Fever/Night Sweats/Infections?  No

Chest Pain/Angina?  No

Difficulty Breathing/Cough?  No

Insomnia?  No

Physical Handicap or (Disability?)

Mental Disorder?  No

Depression/ Anxiety?  No

**Family History**

Are you adopted?  No ☒  Yes ☐  If yes do you know the medical history of your biological parents?  No ☐  Yes ☒

*Have any of your blood relatives experienced any of the following problems:* Please circle responses that apply:

|  | OFFICE USE ONLY |
|---|---|
| High (Blood Pressure, Cholesterol or Triglycerides), Heart Disease, Vascular Disease or Stroke | (GP, M,F, S,C) |
| Diabetes, Thyroid Disease, Liver Disease, Hepatitis, Cirrhosis, Gallstones, Intestinal Ulcers | (GP, M,F, S C) |
| Hemophilia or Bleeding Disorders, Blood clots (leg veins or lungs), Pulmonary Emboli | (GP, M,F, S,C) |
| Drug or Alcohol Addiction, Depression, Bipolar Disorder, Other Mental Illness | (GP, M,F, S,C) |
| Cancer: Breast, Ovarian, Lung, Leukemia, Lymphoma, Melanoma, Other Skin Cancer, | (GP, M,F, S,C) |
| Esophagus, Stomach, Colon, Other Types of Cancer: _____ | (GP, M,F, S,C) |
| Other Inherited or Familial Disorders: _____ | (GP, M,F S,C) |

Reviewed by: _____

| NAME | ACCOUNT # | H O L D | CHARGE | CHECK | CASH PAYMENTS | OTHER |
|---|---|---|---|---|---|---|

Bishop, Darwin

| E/OUTPATIENT SERVICES | (CPT-4) | New Pt. | Est. Pt. | Fee | OFFICE PROCEDURES - SUPPLIES | | Fee |
|---|---|---|---|---|---|---|---|
| evel 1 | | 99201 | 99211 | | ( ) Drainage of Abscess | 10060 | |
| evel 2 | | 99202 | 99212 | | Aspiration of Seroma, Hematoma, Cyst | 10160 | |
| evel 3 | | 99203 | 99213 | | Excision - Benign Lesions | | |
| evel 4 | | 99204 | 99214 | | Trunk, Arms or Legs <0.5 cm | 11400 | |
| evel 5 | | 99205 | 99215 | | .6 - 1.0 cm | 11401 | |
| ost-Op. Visit | | | 90024 | N/C | 1.1 - 2.0 cm | 11402 | |
| ULTS - NEW OR ESTABLISHED | | | | | 2.1 - 3.0 cm | 11403 | |
| | | | | | Excision of Ingrown Toenail | 11750 | |
| evel 1 | | | 99241 | | Destruction, Benign Lesions, Face | 17000 | |
| Level 2 | | | 99242 | | Destruction, of Lesion, Not Face | 17100 | |
| Level 3 | | | (99243) | | Chemical Cauterization of Granulated Tissue | 17250 | |
| Level 4 | | | 99244 | | Breast, Aspiration of Cyst | 19000 | |
| Level 5 | | | 99245 | | Central Venous Catheter | 36489 | |
| | | | | | Removal of Venous Port | 36535 | |
| ting Physicians ____ UPIN # ____ | | | | | Dialysis, Apheresis Catheter | 36800 | |
| ORATORY | | | | | CXR - Single View | 71010 | |
| Hemoccult/Stool | | | 82270 | | Medical Supplies | 99070 | |
| ER SERVICES | | | | | Debridement Skin - Partial | 11040 | |
| | | | | | Debridement Skin - Full Thickness | 11041 | |
| | | | | | Debridement Skin - Full & Subcu. | 11042 | |
| | | | | | Biopsy of Skin | 11100 | |
| | | | | | Removal of Skin tags - 1 - 15 | 11200 | |
| | | | | | Shaving of Epidermal Lesions (11300-13) | 113 | |

**DIAGNOSIS CODES**

| | | |
|---|---|---|
| ominal Pain...789.00 | Coagulopathy...286.9 | Hepatitis...571.40 |
| nopathy...785.6 | Constipation...564.0 | HIV + (AIDS)...042.1 |
| riosclerotic Cardiovascular Disease...429.2 | Congestive Heart Failure...428.0 | Hypertension...401.9 |
| act Mass...611.72 | Diabetes...250.0 | Ingrown Toenail...703.0 |
| icer (Neoplasm) | Diverticulitis...562.11 | Irritable Bowel Syndrome...564.1 |
| Breast...174.9 | Fever (Unknown Origin)...780.6 | Idiopathic Thrombocytopenia Purpura (ITP or TTP)...287.3 |
| Colon...153.9 | Fibrocystic Disease...610.1 | Lipoma...214.8 |
| Hodgkins Disease...201.9 | Graft vs Host Disease...996.80 | Liver Failure +/or Cirrhosis...572.8 / 571.5 |
| Leukemia...208.9 | Hemorrhoids...455.6 | Mole (Benign)...M8720 |
| Lymphoma...202.8 | External...455.5 | Myositis (Myofascial Pain)...729.1 |
| Melanoma...172.9 | Prolapsed/Bleeding...455.6 | Pancreatitis...577.0 |
| Ovarian...183.0 | Thrombosed...455.7 | Renal Failure...586 |
| Rectal...154.1 | Hernia | Sebaceous Cyst...706.2 |
| thether Complication...996.7 | Incisional...553.21 | Seborrheic Keratosis...706 |
| olecystitis (w/obstruction -1 w/o obstruction)...575.0 | Inguinal...550.9 | Thrombosis (Due to Implanted Device)...996.7 |
| olelithiasis (Gallstones)...574.2 | (Unilateral -0, Bilateral -2, Recurrent Unil. -1, Recurrent Bilat. -3) | Venous Sclerosis...459.89 |
| oledocholithiasis (common bile duct stone)...574.5 | Umbilical...553.1 | Wart=Plantar/Venereal/Viral...078.1 |
| | | Chronic Obstructive Pulmonary Disease...496 |

AGNOSIS: (1) R Groin Pain — Transplant  (2) R Varicocele  (3) S/P Trans___

MEDICARE PROV. No. 00AX96  
S.L.N. # 2016

**BRUCE A. SMITH, M.D.**  
3600 GASTON AVE.  
BARNETT TOWER, SUITE 710  
DALLAS, TEXAS 75246  
(214) 827-5820

TAX I.D. # 75-1895233  
MEDICAID P000AX965  
UPIN # C22016

**11098**

100CS000027M 12/01



**BAYLOR UNIVERSITY MEDICAL CENTER**
**OUTPATIENT PHYSICAL MEDICINE**

DATE OF APPT. 5-3-02

TIME OF APPT. 11:00

DR. Sister

TO CANCEL OR RESCHEDULE PLEASE CALL:
(214) 820-8518