UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DARWIN BISHOP, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-138 |
| | § | (636(c)) |
| UNION STANDARD INSURANCE CO., | § | |
| Defendant. | § | |

### ORDER

Before the Court is Plaintiff's Motion for Extension of Time to File (Doc. # 49) and a Joint Motion for Leave to File the Joint Pretrial Order (Doc. # 40). After due consideration, both of these motions are hereby GRANTED.

Plaintiff will have until July 26, 2002, to file documentation proving that Mr. Bishop was hospitalized on April 4, 2002. Further, the parties will have until July 22, 2002, to file a Joint Pretrial Order.

DONE at Brownsville, Texas, this __3rd__ day of July, 2002.

Felix Recio
United States Magistrate Judge