UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DARWIN BISHOP,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-00-138 |
| UNION STANDARD INSURANCE CO.,<br>Defendant. | §<br>§<br>§ | |

## ORDER

Before the Court are Defendant Union Standard Insurance Company's Motions to Exclude the Expert Testimony of Guy Bevil (Doc. # 46), Gerald Tomlin (Doc. # 47), and Paul Rosamond (Doc. # 48), and Defendant's Motion for Leave to File Third Amended Answer to Plaintiff's First Amended Complaint (Doc. # 38). Defendant's Motion for Leave to File is hereby GRANTED. All three of the Motions to Exclude Expert Testimony are hereby set for a Daubert hearing on July 22, 2002, at 2:00 p.m. in Judge Recio's Courtroom.

DONE at Brownsville, Texas, this _____ day of July, 2002.

Felix Recio
United States Magistrate Judge