```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :   M Garcia
ERO                :   G Mendieta
CSO                :   Harolson
Law Clerk          :   R Byrd
Date               :   July 22, 2002 at 2:00 p.m.
```

United States District Court
Southern District of Texas
FILED

JUL 2 2 2002

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-00-cv-138

| | | |
|---|---|---|
| Darwin Bishop | * | R Armstrong |
| | * | |
| vs | * | |
| | * | |
| Union Standard Insurance Co. | * | C Saenz |

---

## **MOTION HEARING**

Attorney, C Saenz present for the defendant;
Attorney, R Armstrong present for the plaintiff;

C Saenz proceeds to state facts of the case and addresses Deft's Motion to Exclude Expert Testimony; Counsel states appraisals of Gerald Tomlin and Guy Bevil are based on speculation and not reliable; Further states no details were given for the property in question, therefore making it difficult to assess a value of the property; Counsel states they are withdrawing Deft's Motion to Exclude Expert Testimony of Paul Rosamond(48-1);

The Court addresses C Saenz;

C Saenz states deft has been provided with proof of loss and expert testimony only;

R Armstrong addresses the Court; Counsel states provided Deft's attorney with exemplar photos of the stolen items; Counsel states they may not have jurisdiction in Federal Court; Counsel states experts are in the Courtroom if the Court wishes to hear any testimony;

C Saenz states Tomlin is an expert on European Furniture and nothing else; Would like to carry motions along with the trial;

The Court addresses the Pretrial Order; R Armstrong states the order is almost done and is requesting time to finish with the order; Further states the case is worth $59,160.00 excluding attorneys fees and interest;

Counsel have no problems to continue this case until September;
The Court resets Final Pretrial for 09/05 at 9:00 a.m. and Jury Selection for 09/06/02; The Court orders Joint Pretrial Order to be filed by 08/23/02;
**COURT ADJOURNED.**