UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DARWIN BISHOP | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-138 |
| | § | |
| UNION STANDARD INSURANCE CO., | § | |
| Defendants. | § | |

## ORDER

Before the court are the following motions and other issues:

1. Defendant's Motion for Leave to File Joint Pretrial Order (Doc. # 40). This order is hereby GRANTED and the court hereby ORDERS said Joint Pretrial Order completed and submitted to this court by August 23, 2002.

2. On the 23rd day of July, 2002, Defendant WITHDREW its Motion to Exclude Expert Testimony of Paul Rosamond (Docket # 48).

3. Having considered Defendant's Motion to Exclude Expert Testimony of Guy Bevil and Motion to Exclude Expert Testimony of Gerald Tomlin, this Court is of the opinion that the two motions (Docket # 46, 47) should be CARRIED ALONG with the trial.

4. Having reviewed Defendant's Motion to Compel Answers and Responses to Defendant's First Set of Interrogatories and Request for Production Propounded to Plaintiff (Docket # 37), this Court is of the opinion that the motion should be GRANTED IN PART and DENIED IN PART. Defendant's motion is GRANTED with regard to Request for Production Numbers 3, 5, 6, 9, 14, 15, 16, 17, 18, 19, 20, 21, 23, 26, 27, 28, 29, 30, and

31. Defendant's motion is DENIED with regard to Interrogatory Numbers 16, 17, 18, 24, 25 and Request for Production Numbers 7, 10, and 13. No attorney's fees will be granted to defense counsel for time spent preparing, filing or attending a hearing on this motion.

5.  Additionally, this court hereby RETAINS jurisdiction over this proceeding. Although the amount in controversy has changed, the amendments that have been made subsequent to the filing of the original complaint do not divest this court of jurisdiction.[1]

DONE in Brownsville, Texas this 25st day of July, 2002.

_____
Felix Recio
United States Magistrate Judge

---

[1] *See St. Paul Mercury Indem. Co. v. Red Cab Co.,* 303 U.S. 283, 292 (1938); *Seafoam, Inc. v. Barrier Sys., Inc.,* 830 F.2d 62, 66 (5th Cir. 1987); *St. Paul Reinsurance Company, Ltd., v. Greenberg,* 134 F.3d 1250 (5th Cir. 1998).