CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

SEP 0 4 2002

Michael N. Milby
Clerk of Court

Felix Recio, United States Magistrate Judge
Southern District of Texas, Brownsville Division

Law Clerk:      Ryan A Byrd

Date:           Sep 4, 2002, 2:00 PM
---

C.A. NO.   B-00-138 (636(c))
---

DARWIN BISHOP                          *   R W Armstrong
     vs                                *
UNION STANDARD INSURANCE CO.           *   Carla M Saenz
                                           & Maria Estela Garcia
---

### CHAMBERS CONFERENCE

A conference held with attorneys Armstrong, Saenz and Garcia.

The parties' oral motion for a continuance, due to conflicting schedules and the Plaintiff's accident, granted. Final pretrial reset to October 3, 2002, at 9:00 a.m. and jury selection reset to October 4, 2002, at 9:30 a.m. The trial will commence on October 15, 2002, at 9:00 a.m. (ETT: 3 days)

The parties expressed concerned about procedural matters that might affect the trial. The Court assured the parties that all matters will be ruled on prior to trial.

Attorney Saenz informed the Court that she would be filing a motion in limine and that the parties would be filing separate pretrial orders.