57

COURTROOM MINUTES: Felix Recio Judge Presiding
              Southern District of Texas, Brownsville Division

| | | | |
|---|---|---|---|
| Courtroom Clerk | : | M Garcia | |
| ERO | : | R Nieto | |
| CSO | : | Canet | |
| Law Clerk | : | R Byrd | |

Date            :    October 3, 2002 at 09:00 a.m.

United States District Court
Southern District of Texas
FILED

OCT 0 3 2002

Michael N. Milby
Clerk of Court

---------------------------------------------------------------

CIVIL CASE NO. B-00-cv-138 (636(c))

DARWIN BISHOP                          *              R W ARMSTRONG
                                       *
VS                                     *
                                       *
UNION STANDARD INSURANCE CO.           *              C SAENZ
---------------------------------------------------------------

## FINAL PRETRIAL

R W Armstrong present with Darwin Bishop;
C Saenz present for Union Standard Insurance Co.;

The Court states the pending motions in this case will be carried along with trial(46-1 and 47-1);

Plaintiff's atty filed a Motion in Limine with the Court;
The Court at this time will not rule on the motion; the motion will be carried along with trial;

Plaintiff's atty specifically states the part of his motion in which they do not want defense counsel to go into other claims filed by his client;

Plaintiff's atty provides additional medical information which the Court had requested;

Plaintiff's atty states parties are discussing settlement;

The Court states Jury Selection in this case is set for 10/04/02 at 9:00 a.m. and trial to start on 10/15/02;

Court adjourned.