58

# CYNTHIA A. GARCIA, M.D., P.A.

## Appointments for BISHOP, DARWIN

United States District Court
Southern District of Texas
FILED

OCT 0 3 2002

Michael N. Milby
Clerk of Court

| Date | Time | Provider | |
|------|------|----------|---|
| 10/10/2002 | 10:45 am | GARCIA, CYNTHIA | No Repeat |
| 9/19/2002 | 11:00 am | CAVAZOS, CELENA | No Repeat |
| 9/10/2002 | 1:30 pm | TAM, FELIX | No Repeat |
| 9/12/2002 | 9:30 am | CAVAZOS, CELENA | No Repeat |
| 9/9/2002 | 9:30 am | CAVAZOS, CELENA | No Repeat |
| 9/5/2002 | 9:30 am | CAVAZOS, CELENA | No Repeat |
| 9/4/2002 | 9:30 am | CAVAZOS, CELENA | No Repeat |
| 9/3/2002 | 9:30 am | TAM, FELIX | No Repeat |
| 8/28/2002 | 9:30 am | CAVAZOS, CELENA | No Repeat |
| 8/27/2002 | 9:30 am | CAVAZOS, CELENA | No Repeat |
| 8/26/2002 | 9:30 am | CAVAZOS, CELENA | No Repeat |
| 8/21/2002 | 9:30 am | CAVAZOS, CELENA | No Repeat |
| 8/20/2002 | 9:30 am | CAVAZOS, CELENA | No Repeat |
| 8/19/2002 | 9:30 am | TAM, FELIX | No Repeat |
| 9/11/2002 | 2:00 pm | GARCIA, CYNTHIA | No Repeat |
| 8/15/2002 | 10:15 am | CAVAZOS, CELENA | No Repeat |
| 8/13/2002 | 10:15 am | CAVAZOS, CELENA | No Repeat |
| 8/12/2002 | 11:00 am | CAVAZOS, CELENA | No Repeat |
| 8/8/2002 | 10:15 am | TAM, FELIX | No Repeat |
| 8/7/2002 | 3:45 pm | TAM, FELIX | No Repeat |
| 8/5/2002 | 8:45 am | TAM, FELIX | No Repeat |
| 8/15/2002 | 9:00 am | GARCIA, CYNTHIA | No Repeat |

Darwin Bishop is treating with
Dr. Cynthia Garcia starting on
8/5/2002 to current.

Lisa H.
Front Office

Printed  10/2/2002 4:28 pm



Cynthia A. García, M.D., P.A.

1205 N. Ed Carey Drive, Suite 2-B
Harlingen, Texas 78550

(956) 412-2200
Fax: (956) 412-3009

*Office Hours: 8:30 am – 5:00 pm Monday through Friday & by special appointment*

M

### HAS AN APPOINTMENT ON

❑ Mon.　❑ Tues.　❑ Wed.　❑ Thur.　❑ Fri.　❑ Sat.

DATE · Oct 10　AT 10:45　AM / PM

IF UNABLE TO KEEP APPOINTMENT KINDLY GIVE 24 HOURS NOTICE