IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 04 2002

Michael N. Milby, Clerk of Court

| | |
|---|---|
| DARWIN BISHOP | § |
| | § |
| VS. | § CIVIL ACTION NO. B-00-138 |
| | § |
| UNION STANDARD INSURANCE CO. | § |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT COURT:

NOW COME, Plaintiff, **DARWIN BISHOP**, and DEFENDANT, **UNION STANDARD INSURANCE COMPANY**, in the above-entitled and numbered cause, and file this their Notice of Settlement and inform the Court that all matters in controversy have been concluded between Plaintiff and Defendant.

Respectfully submitted,

CARLA M. SAENZ & ASSOCIATES, L.L.P.
1325 Palm Blvd, Suite H
Brownsville, Texas 78520
Tel. No. (956) 541-2862
Fax No. (956) 541-2864

By: _____
CARLA SAENZ MARTINEZ
State Bar No. 17514595
Federal I.D. No. 7994
**ATTORNEYS FOR DEFENDANT UNION STANDARD INSURANCE CO.**

R.W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Tel. No. (956) 546-5556
Fax No. (956) 546-0470

By: _Ron Armstrong_ with permission
R.W. ARMSTRONG          by Carla Saenz Martinez
State Bar No. 1323500
Federal ID No. 2401
**ATTORNEY FOR PLAINTIFF**



```
                                              United States District Court
                                               Southern District of Texas
         IN THE UNITED STATES DISTRICT COURT              FILED
         FOR THE SOUTHERN DISTRICT OF TEXAS
                   BROWNSVILLE DIVISION               OCT 04 2002

                                              Michael N. Milby, Clerk of Court
```

| | |
|---|---|
| DARWIN BISHOP | § |
| | § |
| VS. | §    CIVIL ACTION NO. B-00-138 |
| | § |
| UNION STANDARD INSURANCE CO. | § |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE U.S. DISTRICT COURT:**

NOW COME, Plaintiff, **DARWIN BISHOP**, and DEFENDANT, **UNION STANDARD INSURANCE COMPANY**, in the above-entitled and numbered cause, and file this their Notice of Settlement and inform the Court that all matters in controversy have been concluded between Plaintiff and Defendant.

Respectfully submitted,

**CARLA M. SAENZ & ASSOCIATES, L.L.P.**
1325 Palm Blvd, Suite H
Brownsville, Texas 78520
Tel. No. (956) 541-2862
Fax No. (956) 541-2864

By: _____
    CARLA SAENZ MARTINEZ
    State Bar No. 17514595
    Federal I.D. No. 7994
**ATTORNEYS FOR DEFENDANT UNION STANDARD INSURANCE CO.**

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Tel. No. (956) 546-5556
Fax No. (956) 546-0470

By: _____ with permission
    R.W. ARMSTRONG    by Carla Saenz Martinez
    State Bar No. 1323500
    Federal ID No. 2401
**ATTORNEY FOR PLAINTIFF**