IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DARWIN BISHOP | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-138 |
| | § | (636(c)) |
| UNION STANDARD INSURANCE CO. | § | |

**AGREED FINAL JUDGEMENT BETWEEN
DARWIN BISHOP and UNION STANDARD INSURANCE COMPANY**

**BE IT REMEMBERED** that on this the 5th day of November, 2002, before trial of the above-styled and numbered cause, came Plaintiff, **DARWIN BISHOP,** and Defendant, **UNION STANDARD INSURANCE COMPANY,** by and through their attorneys of record and announced to the Court that, subject to the approval of the Court, they had reached a compromise settlement agreement of disputed claims. Under the terms of the same, settling Defendant is to pay to Plaintiff the sum set out herein in full and final settlement and release of any and all claims that Plaintiff has against Defendant.

Under the terms of the Release & Indemnity Agreement Plaintiff **DARWIN BISHOP** should have and recover against the Defendant **UNION STANDARD INSURANCE COMPANY** the total sum of **EIGHTEEN THOUSAND & OO/100THS ($18,000.00),** which is to be paid to **DARWIN BISHOP** and his attorneys, **R. W. Armstrong & Associates**. It is further agreed and understood that Plaintiff and his attorneys shall and hereby agree to pay all expenses of all kinds, including attorneys fees, incurred on behalf of **DARWIN BISHOP** as a result of the said incident.

Agreed Final Judgment                                                                                                                    1

All sums set forth above are guaranteed and constitute damages on account of personal injuries arising from an occurrence within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

**IT IS THEREFORE, ACCORDINGLY ORDERED, ADJUDGED and DECREED** by the Court as follows:

**I.**

The total sum of **EIGHTEEN THOUSAND AND NO/100 DOLLARS ($18,000.00)** has been and will be paid to **DARWIN BISHOP** and his attorneys, **R. W. Armstrong & Associates**. It is further agreed and understood that Plaintiff and his attorneys shall and hereby agree to pay all expenses of all kinds, including attorneys fees, incurred on behalf of **DARWIN BISHOP** as a result of the said incident.

**II.**

**IT IS FURTHER ORDERED** that costs of Court are to be paid by parties incurring same.

**IV.**

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** by the Court that Defendant **UNION STANDARD INSURANCE COMPANY** along with the other persons and entities mentioned as Released Parties in the Release and Indemnity Agreement shall be and hereby stand fully and finally released, acquitted and discharged from any and all liability to Plaintiff **DARWIN BISHOP** only by virtue of this Judgment and that this Judgment shall be absolute bar to any further prosecution of this cause between this Plaintiff and this Defendant.

**SIGNED and ENTERED** on this the 5th day of November, 2002.

_____
**U.S. MAGISTRATE JUDGE**

**APPROVED AS TO FORM:**

Mr. R. W. Armstrong
**R. W. Armstrong & Associates**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
(956) 546-5556 Telephone
(956) 546-0470 Facsimile

BY: _____
Mr. R. W. Armstrong
Federal I.D. No. 2237
State Bar No. 01323500

**ATTORNEYS FOR PLAINTIFF**
**DARWIN BISHOP**

Carla Saenz Martinez
**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**
1325 Palm Blvd., Suite H
Brownsville, Texas 78520
(956) 541-2862 Telephone
(956) 541-2864 Facsimile

BY: _____
CARLA SAENZ MARTINEZ
Federal I.D. No. 7994
State Bar No. 17514595

**ATTORNEY FOR DEFENDANT**
**UNION STANDARD INSURANCE COMPANY**